# EXHIBIT
# A

# In The Matter Of:

## *CHRISTOPHER IRIZARRY,*
### *v.*
## *CORKNARD, et al.*

---

## *IRIZARRY, CHRISTOPHER - Vol. 1*
### *March 29, 2011*

---

**MERRILL CORPORATION**

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

CHRISTOPHER IRIZARRY,

                    Plaintiff,

-against                  Case No. 9:10-CV-1022

CORKNARD, et al.               (GLS/DRH)

                    Defendants.

---------------------------------------------------------------


STENOGRAPHIC MINUTES OF DEPOSITION

Conducted of Plaintiff, CHRISTOPHER IRIZARRY, on the 29th

day of March, 2011, at the offices of Great Meadow

Correctional Facility, Comstock, New York, commencing at

11:33 a.m.; before ANNA-MARIE COMERIE, Shorthand Reporter

and Notary Public in and for the State of New York.

1  APPEARANCES:

2  BY:  Christopher Irizarry, Pro Se

3  Great Meadow Correctional Facility

4  11739 State Route 22

5  P.O. Box 51

6  Comstock, New York 12821-0051

7

8  BY:  Adrienne Kerwin, Esq.

9  Assistant Attorney General

10  The Capitol

11  Albany, New York 12224

12  Appearing for the Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                S T I P U L A T I O N S

 2

 3          It is hereby stipulated and agreed by and between

 4     the attorneys for the respective parties hereto that the

 5     signing and filing of the Notary's Oath be waived; that the

 6     examination be conducted before Anna-Marie Comerie, a

 7     Shorthand Reporter and Notary Public in and for the State of

 8     New York; that the filing of the transcript of testimony in

 9     the Office of the Clerk of the Court be waived; that all

10     objections to questions, except as to the form thereof, are

11     specifically reserved to the time of trial; that a copy of

12     this examination shall be furnished to the attorney for the

13     witness being examined without charge; and that the

14     transcript of testimony will be signed before any Notary

15     Public or other officer authorized to administer oaths.

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CHRISTOPHER IRIZARRY

 2              (first duly sworn by the Notary Public, was

 3      examined and testified as follows:)

 4                         EXAMINATION

 5      BY MS. KERWIN:

 6      Q.      Mr. Irizarry, let me introduce myself, I'm Adrienne

 7      Kerwin from the attorney general's office.  And I'm here

 8      today to ask you some questions about the lawsuit that you

 9      filed against a Sergeant Young and a host of other folks

10      from your time at Coxsackie.  Do you know the case I'm

11      talking about?

12      A.      Yes.

13      Q.      If at any time you don't understand my question, let

14      me know, because I want to make sure we're talking about the

15      same thing.  If you need me to rephrase it, if you have to

16      ask me what I'm talking about, please do that before you

17      answer.  Okay?

18      A.      Okay.

19      Q.      The other thing is always make sure to answer out

20      loud not nod or shake your head.  We have to make sure we

21      don't speak over each other, and I do this all the time and

22      that's why I warn other people.  You're going to know what

23      I'm asking so you're going to want to start to answer before

24      I'm done.  She can only take one of us down at a time so

25      wait till I finish asking before you start answering.  Okay?
```

| 1  | A. | Okay. |
|----|----|-------|
| 2  | Q. | What's your full name? |
| 3  | A. | Christopher Michael Irizarry. |
| 4  | Q. | And what is your date of birth? |
| 5  | A. | 4/29/78. |
| 6  | Q. | And we're here at Great Meadows today, and you just |
| 7  |    | arrived here recently? |
| 8  | A. | Yes. |
| 9  | Q. | When did you get here? |
| 10 | A. | On or around February 25, I believe. |
| 11 | Q. | 2011? |
| 12 | A. | Yes. |
| 13 | Q. | And where had you been prior to Great Meadows? |
| 14 | A. | Southport. |
| 15 | Q. | And how long had you been at Southport? |
| 16 | A. | Approximately, say 19 months until it was, until the |
| 17 |    | determination was reversed by the court and they released me |
| 18 |    | out of the box. |
| 19 | Q. | And where had you been immediately prior to |
| 20 |    | Southport? |
| 21 | A. | Coxsackie. |
| 22 | Q. | And is this time at Coxsackie the time we're going to |
| 23 |    | talk about today? |
| 24 | A. | Yes. |
| 25 | Q. | How long total were you at Coxsackie during this time |

```
 1   period?

 2   A.    58 days, 59 days.

 3   Q.    Where had you been immediately prior to that?

 4   A.    Clinton Annex.

 5   Q.    And how long is the sentence that you are serving

 6   now?

 7   A.    Twenty years.

 8   Q.    Do you know the date of your conviction?

 9   A.    You want the date I was sentenced or the date I was

10   convicted?

11   Q.    Well, if you remember either one, but the

12   conviction --

13   A.    9/15/1998.

14   Q.    That's the conviction date?

15   A.    That's the date I blew trial.

16   Q.    And what was the conviction for?

17   A.    Robbery and burglary.

18   Q.    So did you enter New York State Department of

19   Corrections custody in 1998?

20   A.    1999.

21   Q.    Prior to entering State Department of Corrections

22   custody in 1999 had you ever been in New York State custody

23   before?

24   A.    Yes.

25   Q.    What was the date of that incarceration?
```

| | | |
|---|---|---|
| 1 | A. | On or around January 22, 1996. |
| 2 | Q. | That's when you went in? |
| 3 | A. | Yes. |
| 4 | Q. | And when did you get out? |
| 5 | A. | October 3, 1997. |
| 6 | Q. | Had you been in New York State custody before that? |
| 7 | A. | No. |
| 8 | Q. | So it's just the two terms of custody that we are |
| 9 | | talking about that you had? |
| 10 | A. | Yes. |
| 11 | Q. | Okay. Now, I've gone through your complaint its kind |
| 12 | | of long. It might take us a little long to go through. |
| 13 | A. | Can I look at what I brought along? |
| 14 | Q. | If you want to sure. Now, I'm going to ask you some |
| 15 | | questions, and I might cut you off to ask you another |
| 16 | | question so don't think I'm being rude. |
| 17 | | How long after you arrived at Coxsackie did this |
| 18 | | incident happen? |
| 19 | A. | About 54 days later. No, I'd say 40 something days. |
| 20 | | I was only there for about a month and a couple of days. |
| 21 | Q. | So you were there about 58, 59 days? |
| 22 | A. | Right, in population, but in the box I was in SHU for |
| 23 | | about two weeks. And I was immediately shipped to |
| 24 | | Southport. |
| 25 | Q. | And you went to SHU as a result of this incident, |

1  right?

2  A.    Yes.

3  Q.    So when this incident happened you were still in

4  general population?

5  A.    Yes.

6  Q.    And in your complaint you said it happened on July

7  26, 2009; does that sound correct?

8  A.    Correct.

9  Q.    So start telling me what happened starting from when

10  you started to the mess hall?

11  A.    Well, I was en route to the mess hall that particular

12  afternoon or morning it was around 11, I forget what time it

13  was, but while en route to the mess hall Sergeant Young

14  pulled me out of the line to talk to me.

15  Q.    Now, had you had interaction with Sergeant Young

16  prior to this date?

17  A.    Nothing major, but we have had I would say small

18  dialogue as far as, you know, dressing procedures and things

19  of that nature. Me just arriving at the facility -- I was

20  there before ten years ago. And he was just refreshing me

21  on how to -- I didn't know you had to wear state down

22  everywhere you go. So one day I had a sweat shirt on he

23  told me, you know, you not supposed to wear things of that

24  nature, sneakers, how to properly tie them and everything

25  like that.

| 1 | Q. | What housing unit were you in? |
| 2 | A. | I was in A3. |
| 3 | Q. | And was Sergeant Young assigned to that housing unit? |
| 4 | A. | No, he wasn't. |
| 5 | Q. | So where would you see him when you had these |
| 6 | | conversations? |
| 7 | A. | Going to the mess hall en route to the mess hall. |
| 8 | Q. | So the only interaction you ever had up until July |
| 9 | | 26, 2009 is when you were on your way to the mess hall? |
| 10 | A. | Yes, that is correct. |
| 11 | Q. | And was that only for the lunch meal? |
| 12 | A. | He's usually there in the morning, and afternoon once |
| 13 | | in a while, not always, but he was at least maybe three or |
| 14 | | four times out of the week. |
| 15 | Q. | Now, when he pulled you out of the line July 26 what |
| 16 | | did he want to talk to you about? |
| 17 | A. | Well, he asked me why did I -- at Coxsackie you have |
| 18 | | to always be in cell order. It's routine there because |
| 19 | | there's a gate, there's a gate when you walk into the |
| 20 | | assembly area and its routine there that when the gate gets |
| 21 | | blocked the officers don't like that. They always need |
| 22 | | access to go in and out of the gate. I was in 38. I'm in |
| 23 | | the back. Now, they got even and odd lines so they call |
| 24 | | odd. The odd is on this side (indicating), excuse me, even |
| 25 | | is on the right side, odd is on the left side. What they |

1    tell us to do is break it off, so, whoever is in the back of
2.   the line breaks it off. I broke it off. So, I happen to be
3    in the wrong line so as he said even line I went with the
4    even line which I was just following the cell rules and
5    procedures. You always supposed to be in cell order so I
6    got in line, "Hey what are you -- step out the line." I
7    step out of the line. "What are you doing?" I explained to
8    him the officers told us to break, and I was just getting
9    back in cell order cause I didn't want any problems. You
10   want me to keep going?

11   Q.    Yes.

12   A.    He put me through the routine, "Get on the wall." I
13   got searched, pat frisked, I walked through the metal
14   detector, and sat on a chair. I was in compliance with the
15   whole thing.

16   Q.    Hold on, why did you have to go to the chair?
17   A.    I guess I was suspicious or whatever, you know, they
18   do that routine in Coxsackie in the assembly area. They
19   might pick a few guys out. You walk through the assembly
20   area and sit in the boss chair. And I guess he felt I had
21   something on me or something so I went through there got
22   searched and whatever and the officer that searched me said
23   I was okay.

24   Q.    Do you know who that officer was?
25   A.    Verga, and he's also -- I mean the record has been

1    expunged because these, both of these misbehavior reports

2    were expunged off my record; that's another thing we can

3    talk about later.

4    Q.    So they got you on the chair?

5    A.    They got me on the chair. Now, I get up. Everything

6    is good. I get up, and the officer says, he's good, he

7    didn't have anything, he's all right. Then he comes over to

8    me and asks me if I have an attitude problem.

9    Q.    Sergeant Young?

10   A.    Yes, and he starts using disrespectful language,

11   unprofessional language, you know, using the F word and

12   addressing me as something that's not my name.

13   Q.    Were you talking to Young at all when you're on the

14   chair?

15   A.    No, he was conducting, I guess his post, which I

16   tried to ascertain through Foil and everything, but they

17   wouldn't give the chart posted for that day. Obviously, but

18   I don't know what it was. It had to be right there by the

19   mess hall. So he was doing his job, telling me even line,

20   you step in or you go to the north mess hall or south mess

21   hall, stuff like that. He comes up to me and says

22   basically, "This is my jail. And if you got an attitude

23   we'll fix it. I'll have someone fix it for you." You know,

24   just basically trying to admonish me for nothing because I

25   did nothing.

1    Q.    And you hadn't said anything to him?

2    A.    I hadn't said anything to him.

3    Q.    Okay. Keep going.

4    A.    Because an attitude is just a feeling. I mean, you

5    know, in prison we have feelings so we might be feeling one

6    way today another way another day that's all an attitude is.

7    My attitude was positive not negative, so he begins to say

8    all these things to me and after that --

9    Q.    Did you say anything back?

10   A.    I didn't say anything to him, and then he threatens

11   me and says, "Well, we're going to have someone fix your

12   attitude, adjust your attitude, this is my jail and you're

13   going to learn that and I'm going to send some people to

14   come see you." Not in those words, but its in my complaint

15   exactly what he said.

16   Q.    That was the point he got across to you?

17   A.    Yes.

18   Q.    So you were completely silent this whole time?

19   A.    Yes, I did not, you know, in his misbehavior report

20   which again for the record was ex-sponged, he said that I

21   called him an asshole and things. Excuse my language,

22   called him the A word and things of that nature, which I

23   didn't. And also, just for the record, I asked for the

24   video tape which is very important exculpatory evidence, you

25   know, with this case to be preserved. And it disappeared

1    mysteriously.

2    Q.    Hold on a second, I have a video tape.  This is what

3    I sent to you on February 1?

4    A.    Yes, I have that.

5    Q.    And there is a video tape available for your review?

6    A.    That's not the one though.  That's the tape of me

7    being escorted not from my cell but from the front of A3

8    division to clinic to receive medical attention and then

9    being escorted to SHU.

10    Q.    So you're saying there's a tape from your cell to

11    where?

12    A.    No, there's a tape that can show the assembly area

13    that I was going to use to substantiate that I didn't say

14    any words to him because the camera was on me the whole    .

15    time.  It would see that I'm in compliance just listening to

16    him.

17    Q.    Who did you ask to present that tape?

18    A.    First, I asked my assistant at the hearing.  The

19    assistant told me they didn't have the tape.  I went to the

20    hearing and Captain Raymond who was the first tier three

21    hearing officer came and brought the tape, and there was

22    nothing on it.

23    Q.    Like it was blank or was there something else on it?

24    A.    It was the wrong tape.  It wasn't even the tape that

25    I asked for, then they said they don't have it no more.

1    First they said they had it, then it mysteriously
2    disappeared.

3    Q.    Okay. When Sergeant Young was swearing at you,
4    threatening you, was there anybody around you that could
5    hear it or who should have been able to hear it?
6    A.    Well, at the inmates were about, they were about a
7    couple of rooms away like down and the officer that was
8    there, CO Verga, he was, he was standing right there, but I
9    don't know if he overheard what was going on.

10   Q.    Did you ever talk to him about it?
11   A.    I asked him at the hearing. I questioned him at the
12   hearing and he even said at the hearing that he didn't hear
13   me say anything. Oh, excuse me, I think I do have those
14   minutes from an article 78 I did.

15   Q.    Okay. All right. So Young says he's going to have,
16   for lack of a better word, have someone teach you a lesson?
17   A.    Exactly.

18   Q.    Then what happened?
19   A.    Then what happed next was he asked me if I understand
20   him. And he kept saying it like it was a threat, "You
21   understand me? You understand me?" And I said, "Yes," then
22   he said, "Oh, you think this is a joke? You think this is a
23   joke? You're key blocked." So I didn't say anything. And
24   the officer came who was working the company at the time and
25   said something in his ear.

1   Q.    Who's this officer?

2   A.    Grimaldi, he said something in his ear and he looked

3   back at me and then he told Officer Verga to escort me back

4   to my cell that I was key blocked.

5   Q.    Young told Verger to take you back?

6   A.    Yes.

7   Q.    Did you and Verga have any conversation?

8   A.    No.

9   Q.    Go ahead.

10  A.    On the way back to company nothing happened.  No

11  threats were made.

12  Q.    It was just you and Verga?

13  A.    That's it.  Then when I arrived at A3 division, at

14  the division, Davies was there.  And he let me in, and he

15  let me in and asked me what happened.  And I told him I

16  don't know what happen.  The sergeant pulled me out and

17  searched me.  I guess he was having a bad day and sent me to

18  my cell key blocked.  And me and Davies didn't even have a

19  problem.  So he sent me to my cell and said your key

20  blocked, not to my cell, but to the cell I was blocked in.

21           They sent me back to my cell, and about five or

22  eight minutes later I looked down the company and I see

23  Sergeant Young talking to CO Harris and Davies, then

24  Grimaldi comes back in from chow.  Now, I can look down

25  company and see through the crack of my cell that they up

1    there at the lock box and basically the sergeant is coaching
2    them.
3    Q.    You didn't hear anything?
4    A.    I didn't hear anything cause I'm all the way in 38.
5    I'd be lying if I said I did. But I'm watching his body
6    language though. His body language is telling me that he's
7    pointing down this way, and I get the direction that he is
8    telling them to come to my cell and assault me.
9    Q.    So he's talking to Harris, Grimaldi and Davies right
10   now?
11   A.    Yes, all right now, it's kind of hard for me to talk
12   about this. This is like a real painful experience right
13   here.
14   Q.    Take your time. We have as much time as you need.
15   A.    This is like I was almost killed. Next thing I know,
16   the officer Grimaldi comes with a tray.
17   Q.    In your cell or to it.
18   A.    He comes to my cell with a tray. The cell opens up
19   and he shoves the tray in my chest.
20   Q.    Now, when the doors open in your cell are you
21   supposed to be placed in a certain spot in the cell or does
22   it matter?
23   A.    Well, they usually direct you, see certain blocks
24   they have feed-up hatches and you can just put the tray in
25   the slots, but in this particular division it doesn't have

```
 1    feed-up slots.  It has like just a hole through the front of
 2    the door that you have to open the door.
 3    Q.    Yep.
 4    A.    But to my knowledge they give the porter the tray,
 5    and the porter opens the cell, and you grab it like that,
 6    but this particular day it didn't happen like that.
 7    Q.    So when you're in your cell you don't have to be
 8    against the back wall or anything?
 9    A.    Well, I mean, no.
10    Q.    Okay.  Keep going.
11    A.    That's what he said though.  Well, Sergeant Young
12    said that he directed me to go stand in the back of my cell.
13    Q.    But that's not a rule in general?
14    A.    Well its not routine in general.
15    Q.    All right.
16    A.    So I backed up so he could see me.  I had my hands
17    up.  He came in the cell like he was passing me the tray.
18    Once I grabbed it he shoved it in my chest and punched me in
19    my face.
20    Q.    Were both your hands on the tray?
21    A.    Yes.
22    Q.    Was he fully in the cell or part in and part out?
23    A.    He was basically, he did it, the way how he did it
24    was he shoved the tray in my face, backed up out of the cell
25    and then ran back in the cell.  And that's when he started
```

```
1    saying don't "F" with my sergeant.  And he threw another
2    punch and I blocked it.  I blocked it, and I basically told
3    him, "Stop, what are you dong?"
4    Q.    Now, when he shoved the tray in your chest, did you
5    move backwards; did the force move you backwards?
6    A.    No, the punch moved me backward.
7    Q.    But the shove with the tray in your chest did not?
8    A.    It was like a diversion.  It kind of threw me off
9    because when he handed me the tray I didn't think he was
10   going to do that I didn't even thing it was that serious.  I
11   knew it was coming, but I didn't think it was like that.
12   Q.    But you didn't stumble or anything when he pushed you
13   with the tray?
14   A.    No, I backed up when he hit me when he came back in
15   the cell and hit me again, so I blocked it.
16   Q.    So you dropped the tray at some point?
17   A.    The tray fell.  I mean I had, I had to block my face.
18   Q.    Did you drop the tray when he punched you the first
19   time?
20   A.    Yes.
21   Q.    Okay.  Go ahead.
22   A.    I was shocked.  I was transfixed.  I didn't know he
23   was going to punch me in my face, then he started saying
24   don't "F" with my sergeant.  I said, "Yo, get out my cell.
25   I don't want no problems."
```

1    Q.    Are you still on your feet?

2    A.    Yes, so he rushes me again.

3    Q.    This is the third time?

4    A.    Well, it's in stride, his second stride.  So I didn't

5    want to hurt him so I just cuffed up, cuffed up and I laid

6    down, and they whaled on me and they jumped me.

7    Q.    When you say you cuffed up, you put your forearms

8    under your head and you curled up?

9    A.    Yes, I curled up to prevent injuries to my face and

10   everything, which really didn't do anything.

11   Q.    So you curl up on your bed?

12   A.    Yes, I was on the bed.  I curled up, next thing I

13   know that's when Harris comes in the cell, and he just

14   joined the assault, starting hitting me with my hot pot,

15   broke my hot pot over my head.

16   Q.    Now, once you got on your bed was Grimaldi still

17   hitting you?

18   A.    Yes.

19   Q.    And while Grimaldi was hitting you Harris starts

20   hitting you at the same time or did they take turns?

21   A.    Yes, they were jumping me.

22   Q.    Okay.  Go ahead.

23   A.    Then once they dragged me down to the floor Davies

24   came in.

25   Q.    Other than saying "don't "F" with my sergeant" that

1    Grimaldi said, did Grimaldi or Harris say anything else
2    while they were hitting you?
3    A.    I don't remember, let me see.  I know they were
4    saying something, but I don't really remember.
5    Q.    Were they calling for help or assistance or anything
6    like that?
7    A.    No.
8    Q.    Were you?
9    A.    Yes.
10   Q.    All right.  So it's Davies that comes in now?
11   A.    Yes, he comes in swinging his stick like a mad man.
12   Q.    His baton?
13   A.    Yes.  His baton and I'm already on the floor, but I
14   look up.  And at the same time I'm already in handcuffs?
15   Q.    When did you get in handcuffs?
16   A.    When Harris threw me on the floor.
17   Q.    So Harris comes in and he hits you with the hot pot
18   and stuff right?
19   A.    Right.
20   Q.    Then at some point one or both of them pulled you to
21   the floor from the bed?
22   A.    Well, Harris is a big guy.  He's about 6'6", 6'7".
23   So you know, I'm a little guy.  And he grabs me, throws me
24   on the floor which is how I sustained this knee injury, and
25   he threw me on the floor that's when he hit me with the hot

```
 1    pot, you know.  I fell completely on the floor, face down on
 2    the floor.
 3    Q.    Flat?
 4    A.    I got one arm out one arm under me laying face down
 5    on the floor.  He grabs both my arms and puts handcuffs on
 6    me.
 7    Q.    You're handcuffed behind your back?
 8    A.    Behind my back.
 9    Q.    Okay.
10    A.    Davies enters the cell after that which is in his
11    report.
12    Q.    What is Grimaldi doing while Harris is punching you?
13    A.    Punching me in my eye.
14    Q.    Are you face down?
15    A.    Yes.
16    Q.    How is he punching you then?
17    A.    In the side, on the side.
18    Q.    So is he on the ground too, Grimaldi?
19    A.    Yes.
20    Q.    Up by your face?
21    A.    I guess he's on his knees, whatever, I seen him.  I
22    seen him while he was doing it.
23    Q.    And Harris was like on your butt or whatever?
24    A.    He was sitting on my back while I was on the ground.
25    Eventually Davies came in and hit me with the stick on my
```

```
 1   back.
 2   Q.   While Grimaldi is hitting you in your eye you saw
 3   Harris come in and hit you with the baton?
 4   A.   Yes.
 5   Q.   All right.  Go ahead.
 6   A.   He just continued his --
 7   Q.   Where is he hitting you?
 8   A.   On my back, on the back of my legs, my arm like in
 9   the back not on the top of my head but on the back of it
10   which there was no indication of that because I was already
11   in full restraints.
12   Q.   Were you struggling trying to defend yourself or
13   anything?
14   A.   How can I defend myself if my hands are behind me.
15   Q.   Well that's what I'm trying to understand.  Were you
16   struggling, trying to role, trying to stand up, anything
17   like that?
18   A.   Nothing.
19   Q.   You were completely nonmoving?  So you were face down
20   on the ground?  I'm just trying to get a picture.  You're
21   face down on the ground and you're motionless?
22   A.   Yes.
23   Q.   Okay.  Go ahead.
24   A.   I mean of course I move when I'm getting hit with
25   sticks and punched in the face.
```

1    Q.    So Davies is hitting you with a baton, then what
2    happened. Take your time?
3    A.    Well, I believe, without looking at my complaint that
4    after that happened, it was so long ago, it was a tragic
5    moment for me. I believe at that moment that's when the
6    other officers responded.
7    Q.    What are they responding to?
8    A.    I guess one of the them pulled a pin.
9    Q.    How long after Grimaldi came with the tray did these
10   other officers respond?
11   A.    Immediately, that's how I know it was premeditated.
12   As soon as the second punch, you can hear his feet come
13   running down the company. It was right away.
14   Q.    Hold on. I guess I mean the group that came with
15   Sergeant Roach, how long after Grimaldi hit you with the
16   tray did that group come?
17   A.    I'd say about ten minutes later.
18   Q.    All right. But what you're trying to tell me just
19   now is that Davies's came immediately after the tray after
20   Grimaldi shoved the tray?
21   A.    Harris.
22   Q.    Harris. All right. So Harris came and then Davies
23   came. So Sergeant Roach shows up with who?
24   A.    I don't know who he showed up with. I looked up and
25   just seen him when I looked up. I was on the floor bleeding

CHRISTOPHER IRIZARRY - 3/29/2011

1   profusely from my head and my eye.  And I looked up and I
2   seen him and I asked him, "Could you tell them to stop," you
3   know.
4   Q.   Are they still hitting you holding you down or what?
5   A.   Yeah, they holding me down and hitting me, even the
6   other officers join the attack which I can't even identify
7   except the few I didn't hear.
8   Q.   Did others officers start hitting you before you
9   could talk to Sergeant Roach?
10  A.   Yeah, they told me to shut-up.
11  Q.   But who was hitting you like any new guys that came
12  with Roach before you asked Roach for help?
13  A.   Let me look for his name.  I forgot his name, Officer
14  Fernandez.
15  Q.   He came as a result of what you called a pin pull?
16  A.   Yes.  They call it the pass system.
17  Q.   What did Fernandez do?
18  A.   Kick me in my eye in my face.
19  Q.   Anybody else?
20  A.   I can't identify anybody else, but I know it was
21  Fernandez, Corknard, C-O-R-K-N-A-R-D.
22  Q.   What did he do?
23  A.   Kicked me in my face and my eye.
24  Q.   Anyone else, and I'm just talking about the short
25  period before you start talking to Roach.

1    A.    Oh, before that prior to me talking to Roach?

2    Q.    Right, you said you spoke with Roach, and everything

3    was fine with him, right?

4    A.    Actually, this is while Sergeant Roach was present.

5    He was present at the time when Officer Fernandez and

6    Corknard kicked me in the face and everything.

7    Q.    Okay. And that was the point when you asked him to

8    help you?

9    A.    Yeah, I pleaded with him. I said, "Please tell them

10   to stop." I showed him I'm in full restraints. They beat

11   me for like a half hour on the floor.

12   Q.    Did you know who Roach was prior to that minute?

13   A.    I know Sergeant Roach. I know Sergeant Roach from

14   when I was there in 1999. I believe he was there in 1999.

15   Q.    Did you have interaction with Grimaldi prior to this

16   day?

17   A.    I don't know who he is.

18   Q.    Well, Davies you knew and he left?

19   A.    Yes, but I didn't know him either.

20   Q.    What about Harris?

21   A.    Never had a problem with any of them.

22   Q.    Did you know them from your block or?

23   A.    I mean, I've heard, the only one of the three I heard

24   of is Harris. I mean he has a representation for being a

25   tough guy. So of course I heard of him.

1    Q.    And he's the big guy?

2    A.    Yeah, he's the big guy.  But I never had any

3    incidents with them because I don't really initiate problems

4    with officers I don't that.

5    Q.    But you didn't have any friendly conversations with

6    these folks before?

7    A.    No, because I use to work in the mess hall and that's

8    all the officers I knew was from the mess hall.

9    Q.    Okay.  You knew who Sergeant Roach was from the last

10   time you were there.  Did you know Fernandez before this

11   date?

12   A.    I didn't even know who he was.

13   Q.    And what about Corknard, do you know who he was?

14   A.    No.

15   Q.    So how were you able to identify who was doing what

16   to you know when you were putting together your complaint?

17   A.    That's easy, on that video tape, on that video tape I

18   can see those officers.

19   Q.    And then you were able to match them with what had

20   happened?

21   A.    Exactly I know they faces, see what I'm saying?  I

22   know they faces.  And once I saw their faces on the tape and

23   I said, "Okay.  That's Fernandez."  Like you know them, but

24   you're actually not familiar with them as far as, but that's

25   him, that's him, and once I view the video tape I identify

1    the name with the face.

2    Q.    And the video tape you're talking about is the one I

3    also have with the escort video?

4    A.    Yes.

5    Q.    Did Sergeant Young show up at any point in time?

6    A.    Yes.

7    Q.    When did he show up?

8    A.    He was there the whole time, but I saw him when I was

9    en route, leaving, leaving when they were taking me to the

10   clinic.

11   Q.    So Young didn't put his hands on you in any fashion

12   while you were in the cell?

13   A.    Yes, he kicked me in my chest.

14   Q.    So he did come to your cell?

15   A.    He didn't come to my cell.  This happened on the way

16   out.

17   Q.    I have to back you up because I don't want to get

18   confused.

19   A.    All right.  This is after, this is after I said all

20   that to Sergeant Young.

21   Q.    Sergeant Roach?

22   A.    I mean, yes, Sergeant Roach.

23   Q.    After Roach shows up then what happens, does Roach

24   responds to you, your request for help?

25   A.    He didn't say anything.  He didn't participate, but I

1    mean, I believe he had a realistic opportunity to stop his
2    subordinates to stop assaulting me.
3    Q.    How long was he there while you were being punched?
4    A.    To my knowledge 15 to 20 minutes.
5    Q.    20 minutes?
6    A.    Maybe 15 minutes.  And on my way out --
7    Q.    Okay.  So you're still on the floor being kicked by
8    Fernandez and Corknard and then what happen?
9    A.    Somebody said that's enough.  I don't know who said
10   it or what and they lifted me up --
11   Q.    Who's they?
12   A.    Harris, Fernandez and Corknard which in the beginning
13   I thought was King.
14   Q.    You thought Corknard was King?
15   A.    Escorting me down to the clinic, while I was being
16   escorted I was being punched and kicked.  I couldn't even
17   identify who it was both my eyes were shut, but I could
18   still see out of my left eye, but my right eye was so
19   swollen and bloodied because I had a gash right here
20   (indicating) so I couldn't really see who the other officers
21   were.
22   Q.    Was there anybody with you other than Harris,
23   Fernandez and Corknard?
24   A.    Well, Harris fell back and them two escorted me.
25   Q.    The two being Harris and Corknard?

CHRISTOPHER IRIZARRY - 3/29/2011

Page 29

1    A.    No Corknard and Fernandez.

2    Q.    Were there any other officers walking along with you

3    or anything or was it just you and the three of them?

4    A.    Well, Sergeant Roach I noticed when I looked back, I

5    looked back to the left and I seen Sergeant Roach and Dwayne

6    Dixon who had the video camera walking behind me.

7    Q.    So who was hitting you in the face as you're being

8    escorted?

9    A.    I know Fernandez was hitting me and I know Corknard

10   was hitting me to because one of them which I don't remember

11   at this time I think it was Corknard was complaining about

12   blood being splashed on his shirt.  He had a lot of blood

13   from my injuries.

14   Q.    And you're being escorted to the clinic and being

15   hit?

16   A.    Off, while I'm being brought off the division.

17   Q.    Okay.

18   A.    Now, as I'm being brought off the division that's

19   when Sergeant Young kicked me in my chest and punched me in

20   my face.

21   Q.    He kicked you in the chest while you're standing up?

22   A.    No, see this is what they do, when they bring you

23   out, I'm handcuffed.  They have you like this (indicating).

24   Q.    Bent over?

25   A.    Bent over, so as I'm bent over that's when he kicked

1    A.    No Corknard and Fernandez.

2    Q.    Were there any other officers walking along with you

3    or anything or was it just you and the three of them?

4    A.    Well, Sergeant Roach I noticed when I looked back, I

5    looked back to the left and I seen Sergeant Roach and Dwayne

6    Dixon who had the video camera walking behind me.

7    Q.    So who was hitting you in the face as you're being

8    escorted?

9    A.    I know Fernandez was hitting me and I know Corknard

10   was hitting me to because one of them which I don't remember

11   at this time I think it was Corknard was complaining about

12   blood being splashed on his shirt.  He had a lot of blood

13   from my injuries.

14   Q.    And you're being escorted to the clinic and being

15   hit?

16   A.    Off, while I'm being brought off the division.

17   Q.    Okay.

18   A.    Now, as I'm being brought off the division that's

19   when Sergeant Young kicked me in my chest and punched me in

20   my face.

21   Q.    He kicked you in the chest while you're standing up?

22   A.    No, see this is what they do, when they bring you

23   out, I'm handcuffed.  They have you like this (indicating).

24   Q.    Bent over?

25   A.    Bent over, so as I'm bent over that's when he kicked

| 1 | me in my face and kicked me in my chest. |
| 2 | Q. Where did he come from? |
| 3 | A. He was standing there the whole time. He was still |
| 4 | in the same position now, I don't know if he came down to |
| 5 | the cell. He said he did in his to/from, but I don't know |
| 6 | if he actually came down to the cell, but he actually was |
| 7 | there when I looked up. I seen him. He was standing right |
| 8 | there and he said "yeah," that's what he did, what he did on |
| 9 | the way out. |
| 10 | Q. And you're still being held by Fernandez and |
| 11 | Corknard, as well? |
| 12 | A. Yes. |
| 13 | Q. And then what happens? |
| 14 | A. They escort me downstairs and they bring me to the |
| 15 | clinic for medical treatment. |
| 16 | Q. And who shows up at the clinic with you just |
| 17 | Fernandez and Corknard? |
| 18 | A. Sergeant Roach and Dixon. |
| 19 | Q. Dixon with the camera? |
| 20 | A. Which he started once we got in the hallway. He |
| 21 | didn't start video taping until we got in the hallway. |
| 22 | Q. Do you know when he showed up? |
| 23 | A. He was there I seen him. |
| 24 | Q. How did he get there? |
| 25 | A. I don't know. I guess we're going to have to ask him |

| 1 | | that. I don't know. |
| 2 | Q. | How did he know to show up with a camera? |
| 3 | A. | Because I guess that's procedure, that's routine. |
| 4 | Q. | But he would have had to know that was happening |
| 5 | | before he showed up with the camera? |
| 6 | A. | I believe he was with Sergeant Roach because that's |
| 7 | | who he was with the whole time. |
| 8 | Q. | Okay. So you show up at the clinic then what |
| 9 | | happened? |
| 10 | A. | Then what happened? |
| 11 | Q. | Yes. |
| 12 | A. | Oh, then what happens. All right. |
| 13 | Q. | Do they put you somewhere? |
| 14 | A. | They put me on the wall and then they take picture of |
| 15 | | all my injuries. |
| 16 | Q. | Are you still handcuffed? |
| 17 | A. | No, they took them off. |
| 18 | Q. | When? |
| 19 | A. | About 20 minutes after I was down there. |
| 20 | Q. | All right. Did they have you standing around, do |
| 21 | | they have you sit or what? |
| 22 | A. | Standing up. |
| 23 | Q. | And then they uncuffed you and put you on the wall? |
| 24 | A. | Yes. |
| 25 | Q. | And then what happens? |

1   A.    Well, the nurse was, what's her name, Georgiani.    She

2   asked me what was wrong.    And I reported all my injuries to

3   her.

4   Q.    Had they taken your photos yet before the nurse came

5   out.

6   A.    Yes.

7   Q.    Do you know who took those?

8   A.    C.O. Carroll.

9   Q.    Carroll?

10  A.    Yes.

11  Q.    And then Nurse Georgiani comes out and asks, what did

12  she ask you?

13  A.    She asked me what were my injuries.

14  Q.    Okay.

15  A.    But prior to that prior to her asking me about my

16  injuries one that was real visible was I had big gash on my

17  eye that was bleeding and that required stitches.  And I had

18  one on the back of my head too.  So she treated me for that

19  first or tried to treat me, whatever.  They told me to wash

20  it off.  I washed it off.. I used the disinfectant and

21  everything.  I actually did all that myself.  She didn't do

22  anything.  It just kept bleeding profusely.  She put three

23  butterfly stitches on it which it required real stitches.  I

24  needed to go to the hospital.  But she just put butterfly

25  stitches on it.  And I told her it was wasn't going to hold.

1    I had blood all over my shirt my face, everything, then I

2    told her about my knee, my eye, my back, all my injuries.

3    Q.    And at the point you're at the clinic and you're

4    talking to the nurse what was bothering you at that point?

5    I know you're explaining it to me, but what was wrong with

6    your knee?  What did you feel on your knee?

7    A.    It felt like it was broken.

8    Q.    And when did you get the idea that started?

9    A.    Where Harris slammed me on the floor on my knee.

10   Q.    Your eye we know about, what about your back?

11   A.    My back, my head --

12   Q.    Your back hurt.  Was it a stabbing pain, bleeding?

13   A.    Excruciating pain which was inflicted by the baton.

14   Q.    Upper or lower back?

15   A.    Both.

16   Q.    Do you have any idea when your eye started to bleed;

17   when it busted open?

18   A.    I'm not exactly sure because I blanked out a few

19   times.  I was losing a lot of blood.  I blanked out.

20   Q.    And you told Georgiani about your knee, your eye and

21   your back, anything else?

22   A.    My jaw, elbow, and my neck.

23   Q.    There was pain in all of these?

24   A.    I had multiple -- I had several knots on my head, the

25   back of my head, gash in the back of my ear, and on my back.

| 1 | Q. | Back of your ear? |
|---|---|---|
| 2 | A. | Yes. |
| 3 | Q. | Anything else? |
| 4 | A. | And on my back. |
| 5 | Q. | Anything else? |
| 6 | A. | I believe there was more, but at this time that's all |
| 7 | | I remember. |
| 8 | Q. | Now, did anything start bothering you in the days |
| 9 | | that followed that didn't bother you when you were talking |
| 10 | | to Georgiani that you didn't realize? |
| 11 | A. | Well, actually I haven't reported it yet, but I don't |
| 12 | | know if its too late, but my eye. |
| 13 | Q. | Your right eye? |
| 14 | A. | Yeah, really it's both of them, but my right eye, my |
| 15 | | vision has been kind of blurry ever since that time? |
| 16 | Q. | It's really red right now, is that normal? |
| 17 | A. | No. |
| 18 | Q. | Do you have allergies? |
| 19 | A. | No, it just happens, just one eye, right? |
| 20 | Q. | Yes. |
| 21 | A. | Yes, that happens to my right eye sometimes. |
| 22 | Q. | Does it hurt or is it only blurry? |
| 23 | A. | It hurts only when I go to sleep and wake up. |
| 24 | Q. | Does it have crud on it? |
| 25 | A. | Yeah, like I can't even open it sometimes. |

| 1 | Q. | Have you seen medical about that? |
| 2 | A. | Maybe not the medical, but the optometrist. I spoke |
| 3 | | to the optometrist. |
| 4 | Q. | What did he say? |
| 5 | A. | I never got back to him. They ran a test on me, but |
| 6 | | I left Southport. |
| 7 | Q. | Okay. |
| 8 | A. | So I never got the result of that test. |
| 9 | Q. | But you never talked to anybody at any facility about |
| 10 | | this problem with your eye? |
| 11 | A. | In Southport, yes. |
| 12 | Q. | And that's when you went to the optometrist, that's |
| 13 | | what they did? |
| 14 | A. | Yes, that's what they did. |
| 15 | Q. | Did they give you drops, eye drops? |
| 16 | A. | They don't really give you too much like |
| 17 | | over-the-counter stuff. All they do is refer you to other |
| 18 | | people, and you keep going to other people. |
| 19 | Q. | Now, when you told Nurse Georgiani about your |
| 20 | | injuries, what happened then? What did she do if anything? |
| 21 | A. | Well, she applied three butterfly stitches to my eye. |
| 22 | | I explained to her they weren't going to hold and I told her |
| 23 | | my knee was broke. She looked at it and didn't even touch |
| 24 | | it or anything and said your knee's not broken. |
| 25 | Q. | Were you standing up? |

1    A.    I was sitting down.

2    Q.    Okay.  What else, you said she didn't help you clean

3    the blood off you did it yourself?

4    A.    Well, the other nurse I don't what her name is.

5    She's not in the complaint, but the other nurse assisted me

6    a little bit.  I don't know what you call those things but

7    they have alcohol on it because the blood was caked up on my

8    beard and my mouth.  And I really couldn't move my arms or

9    my jaw.  I was trying to talk to her.  I was trying to tell

10   her I couldn't get it off so she helped me take a little bit

11   of it off but the blood just kept dripping, dripping.

12   Q.    Now, wasn't this the Nurse Pliense that's in the

13   complaint?

14   A.    No, that wasn't her.

15   Q.    So after Georgiani looked at your knee, what happened

16   next?

17   A.    I was escorted to Special Housing Unit.

18   Q.    By who?

19   A.    I don't know the officer's name.  I know one was

20   King, S. King.  And I don't know who the other officer was.

21   Q.    But they're not defendants in this case?

22   A.    No, they are not.

23   Q.    All right.  And what happen when you arrived at SHU?

24   A.    I'm admitted to SHU.  They admitted me into SHU.

25   They escort me to the cell.  I notified the officer that I

1    needed to see the nurse immediately, that I feel dizzy, need

2    to see the doc, that I feel dizzy, that my knee is broke, I

3    can't walk, and also that I need stitches.

4    Q.    Did you walk to SHU?

5    A.    I limped.

6    Q.    But you didn't need a wheel chair?

7    A.    They were holding me, yeah.

8    Q.    Did they send someone over to you?

9    A.    Well, it's kind of procedure in any facility you go

10   to.  See, when you first have a new admission in SHU they

11   have to come the nurse, the mental health people to evaluate

12   you.  Anyway so it was like, well, the nurse was coming down

13   here anyway so she'll look at you when she comes.

14   Q.    So what time of day is this that you finally make it

15   to SHU?

16   A.    In the afternoon.  I don't even know.

17   Q.    Is it before dinner?

18   A.    It was before dinner.

19   Q.    How long after you arrived did a nurse or medical

20   person come?

21   A.    About an hour later?

22   Q.    And do you know who that was?

23   A.    Okay.  J. Pliens wherever her name is.

24   Q.    What did she do for you?

25   A.    All right.  At first, when she first arrived at the

1    cell she asked me my name and number.  I told her everything
2    then she started going, "Well, I have to," actually she
3    wasn't professional at all.  I tried to address it to her,
4    I'm bleeding profusely.  I got blood all over my shirt, the
5    wound was just bleeding, the back of my head is bleeding, my
6    knee is just swollen this big (indicating).  I explained to
7    her I need to go to an outside hospital or speak to a doctor
8    immediately.  I feel dizzy.  I'm about to blackout.  "Well,
9    let me do this first and then I'll get back to you."  I
10   explain to her, "No, this is important because I'm
11   bleeding."  My eye, the stitches broke, the butterfly
12   stitches.  They came off because so much blood was leaking
13   that they came off.
14   Q.    How long after you arrived at SHU did that break?
15   A.    Like a half hour.  And then I explained it to her and
16   I showed it to her.  I showed her my shirt.  I showed her my
17   eye.  I backed up; I showed her my knee.  And she just
18   didn't do nothing?
19   Q.    All right.  So she was doing your admission basically
20   at this point like an interview?
21   A.    Yes, basically.
22   Q.    Was there any kind of physical itself?
23   A.    No, she told me to put down for sick call, which I
24   did I put down for, emergency sick call.
25   Q.    When did you do that?

1    A.    Soon as I got there.  Like I told you earlier, as
2    soon as I got there I told them about my complaints,
3    immediately.
4    Q.    And they told you to wait for the nurse because she's
5    coming down?
6    A.    Then when she came she told me I had to put down for
7    sick call which is a serious -- I'm in the cell with serious
8    injuries not just physical serious injuries.
9    Q.    So she leaves without doing anything?
10   A.    She leaves and then writes that I refuse treatment,
11   which I didn't.
12   Q.    Did she offer to do anything for you like reapply the
13   butterfly stitches or --
14   A.    Nothing.
15   Q.    Take your vitals, nothing?
16   A.    Nothing.
17   Q.    She just took your interview and left?
18   A.    She didn't even conduct the interview like what they
19   do is they say, "Drop down to your shorts, turn around, how
20   do you feel, you know, things like that.  We didn't even get
21   there.  Actually, I was worried I didn't want to go to
22   sleep.  I had several knots on my head.  My face, I don't
23   even look how I look now.  My face was deformed.  Everything
24   was just, my knee, everything.  I wanted to see a doctor.
25   It took me about a week to see a doctor after that maybe

```
 1    even more.  I'm not sure.  Eventually, I did see a doctor.
 2    Q.    When did you see someone from medical after Nurse
 3    Pliense left.  When was the next time you saw someone from
 4    medical?
 5    A.    I don't remember.  I can't even give you an exact
 6    date.  I can't even give you an exact date.
 7    Q.    Well, do the nurses make rounds in SHU?
 8    A.    No, just for medication and sick call.
 9    Q.    And you weren't taking medication?
10    A.    Not yet, eventually after seeing a doctor I was put
11    on Tramadol, and I was taking pain medication for my knee.
12    Q.    And you think it was about a week that you saw a
13    doctor?
14    A.    Maybe about a week.
15    Q.    And did you see that doctor within the SHU?
16    A.    Yes.
17    Q.    Do you remember who that doctor was?
18    A.    Dr. Miller.
19    Q.    And when you saw Dr. Miller -- was that a male or
20    female?
21    A.    A male.
22    Q.    What did you tell him was bothering you?
23    A.    Everything, as I just explained earlier, especially I
24    put special emphasis on my eye and my knee.
25    Q.    Was your eye still bleeding a week later?
```

1    A.    No.

2    Q.    Were any of your gashes bleeding a week later after

3    you saw Dr. Miller?

4    A.    Excuse me, they were bleeding, but not as bad as they

5    were the first time.

6    Q.    When did the eye subside with the bleeding, you said

7    it was gushing, Nurse Pliense came in. When did it stop?

8    A.    Maybe, I can't even say. I applied pressure to it.

9    I had my shirt wrapped around my head tied on it and just

10   kept it on it, but it went down eventually, maybe the next

11   day the officer gave me some, I think, I don't remember his

12   name.  The officer gave me a gauze pad. I put that on

13   there.  Actually the officer gave it to me at the clinic so

14   I had extra gauze pads. I put that on there and I tied my

15   shirt around it again.

16   Q.    Somebody gave you gauze on the 26th at the clinic

17   when it happened?

18   A.    I think the officer did either at the clinic or on

19   the block.  I don't remember.

20   Q.    In that week after it happened before you saw Dr.

21   Miller were you interacting with any of the SHU officers?

22   A.    Yes.

23   Q.    And what were they saying?

24   A.    They wasn't really trying to comply with what I was

25   asking them.

| | | |
|---|---|---|
| 1 | Q. | Well, there's sick call in SHU, right? |
| 2 | A. | Yes. |
| 3 | Q. | And you were putting in for that? |
| 4 | A. | That's one of the ways how I got to see the doctor by |
| 5 | | putting in for a sick call. |
| 6 | Q. | But you didn't see a nurse prior to Dr. Miller |
| 7 | | coming? |
| 8 | A. | Yes, I did, just not her. |
| 9 | Q. | But you did see another nurse? |
| 10 | A. | Yes. |
| 11 | Q. | When did you first see a nurse? |
| 12 | A. | I don't remember, but it was during that week. It |
| 13 | | was a few days before I saw Dr. Miller that's how I was able |
| 14 | | to see Dr. Miller. Actually, no, actually, when I saw Dr. |
| 15 | | Miller that same day is when I saw the nurse and the nurse |
| 16 | | went and conveyed my complaints to him and he came down |
| 17 | | personally to the box, blew me out the cell, and checked me |
| 18 | | out right down there. |
| 19 | Q. | Okay. So the nurse sees you as a result of your sick |
| 20 | | call slip and the nurse goes immediately and gets Dr. |
| 21 | | Miller? |
| 22 | A. | Yes. |
| 23 | Q. | Other than that nurse had you seen any other nurse |
| 24 | | besides Nurse Pliense? |
| 25 | A. | No. |

1   Q.    How many times did you put in for sick call that
2   week?
3   A.    I don't remember.
4   Q.    And how do you put in for sick call at the SHU?
5   A.    Drop a slip, put a slip at the door.
6   Q.    And they get picked up daily or something?
7   A.    Yes.
8   Q.    So what were you telling them about your problems and
9   what would they say?
10  A.    Well, I wouldn't call it interaction.  They bring me
11  my tray --
12  Q.    Okay.
13  A.    And it was real difficult for me to eat at times.  I
14  may have eaten maybe one or two chows a day maybe one.  It
15  was real difficult for me to walk to the cell to get the
16  tray.
17  Q.    How do they check on you in the SHU do they just look
18  in?
19  A.    A light stays on all the time and they can check on
20  you see if you're moving that's it.
21  Q.    And were you able to lodge any complaints with them
22  during this time?
23  A.    Yes, I would tell them I need emergency sick call.
24  I'm bleeding, and my knee is broke.  And I need to see the
25  doctor.

| 1 | Q. | What did they say? |
| 2 | A. | They said, all right.  But I never saw anybody.  What |
| 3 | | happen was, which was good for me, I have a loving family |
| 4 | | that loves me and supports me.  And when they came to see me |
| 5 | | they notified my lawyers.  And they called up and that's how |
| 6 | | everything got to moving. |
| 7 | Q. | When did your family come to see you?  When was that? |
| 8 | A. | I would say maybe a week maybe before.  I don't know |
| 9 | | the exact date. |
| 10 | Q. | Within a week though? |
| 11 | A. | I know it was August, maybe August 2. |
| 12 | Q. | Who was it that visited? |
| 13 | A. | My wife and my mother at that time. |
| 14 | Q. | And you were able to participate in a visit with |
| 15 | | them? |
| 16 | A. | Yes, it was difficult for me to get down, but, you |
| 17 | | know, I got down there. |
| 18 | Q. | And they called your lawyer? |
| 19 | A. | Yeah, they made some phone calls and they called up |
| 20 | | there, not here, but they called the facility where I was at |
| 21 | | and they came to see me. |
| 22 | Q. | The nurse did? |
| 23 | A. | The doctor. |
| 24 | Q. | But I thought you said the nurse got the doctor to |
| 25 | | come and see you? |

```
 1    A.     Yes, she was a part of it, but the doctor told me he
 2    got a call from my family.
 3    Q.     Does your wife have the same last name as you?
 4    A.     Yes.
 5    Q.     What's her name?
 6    A.     Nikeia, N-I-K-E-I-A.
 7    Q.     And what about your mom?
 8    A.     Alva, same last name.
 9    Q.     And what did Dr. Miller do when he saw you?  Did he
10    give you an x-ray for your knee?
11    A.     He ordered the x-ray, he ordered that, I get ice for
12    my knee, and he fixed up my stitches.
13    Q.     Did he puts in real stitches?
14    A.     No, it was too late at that time so he put in
15    butterfly stitches, and checked my head out.
16    Q.     Was your back still hurting at this point?
17    A.     Yeah, he put me on Tramadol two times a day after
18    that.
19    Q.     What's that, pain medicine?
20    A.     Pain killer.
21    Q.     Okay?
22    A.     And that was basically it.  And then I went for x-ray
23    a couple of days later.
24    Q.     And what did that show if anything?
25    A.     Well, according to them it showed a joint effusion
```

1    and -- you should have it, what they said it was -- left
2    knee demonstrates a small joint effusion.
3    Q.    Okay.  Did Dr. Miller tell you what that meant?
4    A.    No, he didn't, but I ascertained that on my own.
5    Q.    What did you find out?
6    A.    Small joint effusion?  It actually means that there's
7    water in my knee.  And it shows that there was some damage
8    that was done, but the damage is not that significant enough
9    to be a fracture, but as time went along I learned that I
10   also have a popliteal cyst in the back of my knee and
11   chondromalacia through MRI.
12   Q.    So since that x-ray you've had more done on your
13   knee?
14   A.    Yes.
15   Q.    After the x-ray's done what does Dr. Miller do?
16   A.    That's it.  That's the last contact I had with him
17   ever since the x-ray.
18   Q.    Did he give you crutches, put a brace on it,
19   anything?
20   A.    Oh, he gave me a brace for it.
21   Q.    He did?
22   A.    At Southport, I was going to physical therapy and
23   everything.
24   Q.    Okay.  But while you were at --
25   A.    Coxsackie?

1    Q.    Coxsackie, they didn't give you a brace or physical

2    therapy or anything like that?  Well, you were almost done,

3    right?  You were almost out of Coxsackie at that point?

4    A.    I told you I was only there after the hearing for

5    about a week.

6    Q.    How long after the x-rays did you leave Coxsackie?

7    A.    About two weeks after that.

8    Q.    Okay.  And when did you learn what the x-rays showed?

9    A.    Till I got to Southport.

10   Q.    Okay.  You didn't learn what the x-rays showed until

11   you got to Southport?

12   A.    Yes.

13   Q.    Did you see Dr. Miller again after that first time?

14   A.    No.

15   Q.    Did you make any other medical complaints after you

16   saw Dr. Miller while you were still at Coxsackie?

17   A.    Yes.

18   Q.    Who did you make those too?

19   A.    Sick call.

20   Q.    Okay.  But did you see anyone?

21   A.    I don't remember who that was.  I didn't actually go

22   out anywhere.  They were giving me medication for it.

23   Q.    Did you see the nurse again before you left

24   Coxsackie?

25   A.    I saw the nurse everyday after that maybe about a

1    week before I left the nurse would come to my cell twice a

2    day to give me my medication.

3    Q.    And during those med runs did you make any complaints

4    to the nurse about anything that was bothering you?

5    A.    Yes, my knee.  I told them they needed to raise the

6    dosage.  I still feel my knee.  It was broke.

7    Q.    And what did the nurse say in response to that?

8    A.    The only assessment that she could have made was by

9    her looking at it.  There was something wrong, like I said,

10   even after a week it was still swollen.

11   Q.    Were you still putting ice on it?

12   A.    Maybe a couple of days, but once the ice ran out they

13   stopped.

14   Q.    But when you were making the complaints did she make

15   an appointment with the doctor; did she do anything else?

16   A.    That's what she said, she said, "I'll make an

17   appointment with the doctor."  But a lot of this is chicken

18   scratch.  I don't understand that type of writing.

19   Q.    But you didn't see the doctor again before you left?

20   A.    No.  .

21   Q.    Now, since you left Coxsackie, what kind of treatment

22   have you gotten for your knee?

23   A.    I'm currently taking medication for it.

24   Q.    Still pain medicine?

25   A.    Yes.

| 1 | Q. | Does it still hurt? |
| 2 | A. | Yes, on occasion it does. |
| 3 | Q. | How often? |
| 4 | A. | I can't give you an exact -- |
| 5 | Q. | Does it hurt every day, every week? |
| 6 | A. | Yes, it hurts every day. Like they said, I have |
| 7 | | chondromalacia. |
| 8 | Q. | What's that? |
| 9 | A. | Chondromalacia is like when your knee cap scraps |
| 10 | | under your knee. Its like its been damaged. So every time |
| 11 | | you move it a certain way, it crunches and it scrapes. And |
| 12 | | I also have a cyst behind my knee, and you know a cyst can |
| 13 | | grow and get large and become a problem. It can grow and |
| 14 | | become cancerous or whatever. |
| 15 | Q. | Did anybody ever tell you what caused that cyst? |
| 16 | A. | My injury. |
| 17 | Q. | Who told you that? |
| 18 | A. | My doctor. |
| 19 | Q. | Which doctor? |
| 20 | A. | The physical therapist doctor. |
| 21 | Q. | At Southport? |
| 22 | A. | Yes, because prior to that I didn't have a cyst on my |
| 23 | | body at all, on my knee, no where. |
| 24 | Q. | How do you know that? |
| 25 | A. | Because I take a physical exam every five years. |

1    I've been incarcerated 13 years already.  I'm constantly on

2    top of my health.

3    Q.    Have you had any other x-rays or MRIs on your knee

4    prior to this incident that they can compare it to?

5    A.    On my knee?

6    Q.    Yes.

7    A.    Not exactly.

8    Q.    Have you ever had any leg, knee, or ankle injury

9    prior to this injury?

10   A.    No.

11   Q.    All right.  Now, did anybody ever try to tell you,

12   I'm not even going to try say it, but the knee cap thing how

13   that was caused?

14   A.    Yes, it was damaged by falling, it can happen by

15   slamming, sports, anything of that nature.

16   Q.    And who told you that the physical therapist?

17   A.    Yes.

18   Q.    And you said you got an MRI of your knee?

19   A.    Yes.

20   Q.    When was that?

21   A.    10/12/2010.

22   Q.    Have you been to any outside medical people for any

23   of the injuries you alleged were sustained that day?

24   A.    Just what I said.  You mean for the MRI?

25   Q.    Well, for anything?

| 1 | A. | Yes. |
| 2 | Q. | Elmira? |
| 3 | A. | Yes. |
| 4 | Q. | What's the name of Elmira Imaging? |
| 5 | A. | Open MRI of Elmira. |
| 6 | Q. | Anywhere else, any outside places, outside hospitals, |
| 7 | | outside doctors? |
| 8 | A. | Well, that's just the outside hospital. |
| 9 | Q. | The Elmira one? |
| 10 | A. | Yes. |
| 11 | Q. | Have you been to Albany Med or anything like that? |
| 12 | A. | Well, it's just an MRI place. They just take MRI, |
| 13 | | x-ray, stuff like that. |
| 14 | Q. | But that's all you haven't seen? Any other |
| 15 | | specialist, orthopedist, or anything? |
| 16 | A. | Just the physical therapist I went to for a couple |
| 17 | | maybe eight weeks of physical therapy for my knee. |
| 18 | Q. | Did the doctor at Southport ever make a referral for |
| 19 | | you to be seen by any kind specialist, orthopedist or |
| 20 | | anything like that? |
| 21 | A. | Yes. |
| 22 | Q. | Did that happen? |
| 23 | A. | Not yet. |
| 24 | Q. | So you're supposed to see an orthopedist at Great |
| 25 | | Meadows? |

1    A.    I don't know what they're doing.  I know I was

2    transferred here.  This is unexpected.  I didn't expect to

3    come here.

4    Q.    Have you seen medical here at Great Meadows for your

5    knee?

6    A.    Yes.

7    Q.    What have they said?

8    A.    I have yet to even receive my medication yet, but I

9    did, when I first arrived at the facility when they ask you,

10   "Do you have any injuries?"  "Yes, my knee is bothering me.

11   My knee is still hurting.  I need my medication."  Recently

12   I was on bedrest sick so I haven't had the opportunity to

13   complain about it.

14   Q.    Now, has your knee been bothering more than when you

15   were on the medication?

16   A.    Yes.

17   Q.    Now, what about, I don't see a scar, do you have a

18   scar on your eye?

19   A.    Yes, it's very small right now because I apply cocoa

20   butter.

21   Q.    Any other scars from that day on your head or your --

22   A.    My brain.

23   Q.    Right, I mean on the outside.  Any physical scars

24   that you know of that exist from this?

25   A.    Not really I mean I think I have -- the doctor said I

1    have carpel tunnel. I mean, I can't, sometimes my hands

2    just shake. I don't know if that's from the handcuffs being

3    too tight.

4    Q.    What about your back, have you gotten any treatment

5    for that; does that still hurt?

6    A.    It's off and on but it's not a major --

7    Q.    So really your major concern is your knee that's the

8    ongoing concern that you have?

9    A.    What you mean outside of this complaint?

10   Q.    Well, no, from anything you allege happened as a

11   result of that day that you're still getting treatment for?

12   A.    Well, my injuries are injuries. I was injured in

13   several places. That's my concern, all my injuries.

14   Q.    Things you're still getting treatment for, I mean,

15   that's what I meant to say, so your knee, you're still

16   getting treatment?

17   A.    Yes.

18   Q.    Anything else you're still seeking treatment for?

19   A.    Not at this time, no.

20   Q.    Do your wife and mom still come to visit up here? I

21   guess I shouldn't say still have they seen you since that

22   day we talk about?

23   A.    Yes.

24   Q.    When was the most recent time any of them have seen

25   you?

```
 1  A.     Two weeks ago.

 2  Q.     Was that your wife or mom or both?

 3  A.     My mom.

 4  Q.     Who was officer Southard, S-O-U-T-H-A-R-D?

 5  A.     That's the officer that was stricken, right?

 6  Q.     I don't know, yeah, who was he though do you remember

 7  why you put him on there in the beginning?

 8  A.     He was one of the ones -- what I did was, I could

 9  have amended it and put him back in there, but there's

10  already too many defendants.  He's one of the ones I noticed

11  so I put him in the complaint, but I didn't actually write

12  down what he did so this is why I think they gave me the

13  opportunity to amend it, but I didn't amend it I just let

14  him go.

15  Q.     Have you ever talked to any of the defendants in this

16  case since July 26, 2009?  Like did you see any of them

17  again?

18  A.     Yes.

19  Q.     Who did you see?

20  A.     I'd rather not say, but I know that one of them is

21  here. And I don't even know why I was sent to this facility.

22  And one of them is in this facility.  I mean that's not my

23  job to really tell you who it is.

24  Q.     I just want to know have you talked to this person

25  about the incident because, I mean, if you've talked to any
```

| 1 | | of the defendants I don't want to find out later that |
|---|---|---|
| 2 | | there's some kind of problem. So you're saying one of the |
| 3 | | defendants works here know? |
| 4 | A. | Yes. |
| 5 | Q. | You've seen him or her? |
| 6 | A. | Him. |
| 7 | Q. | So it's not a nurse? |
| 8 | A. | No. |
| 9 | Q. | Has this person talked to you about the case? |
| 10 | A. | No. |
| 11 | Q. | Have they had a conversation with you at all? |
| 12 | A. | No. |
| 13 | Q. | So have you ever talked to any of these defendants |
| 14 | | about the incident after July 26, so even while you were |
| 15 | | still in Coxsackie or any other way? |
| 16 | A. | No. |
| 17 | Q. | Other than your mom and wife and lawyer have you ever |
| 18 | | told anyone else what happened that day? |
| 19 | A. | I mean it's documented in the court, all right. In |
| 20 | | the state court. |
| 21 | Q. | In your article 78, you mean? |
| 22 | A. | Well, I didn't really go into, well, yes, I did |
| 23 | | because I had to give a statement of fact and everything so |
| 24 | | the State Court Chemung County Court. |
| 25 | Q. | County or supreme? |

1    A.    Supreme court.

2    Q.    That --

3    A.    Grievances, Albany, IG.

4    Q.    Was the Chemung Supreme Court case involving any of

5    these defendants or was it just for disciplinary stuff?

6    A.    Well, it was about the disciplinary.  It started the

7    whole thing.

8    Q.    The hearing and such?

9    A.    That started the whole thing.

10   Q.    What do you mean it started the whole thing?

11   A.    I mean the two misbehavior reports.

12   Q.    That stemmed from this, you got two misbehavior

13   reports as a result of this incident?

14   A.    Yeah, but I think this stems from that if it wasn't

15   for that this never would have happened.

16   Q.    That's what I want to know about I don't understand

17   what that means.  So you had a misbehavior report by some of

18   these people?

19   A.    Well, two of the defendants are the two officers of

20   the first misbehavior reports.

21   Q.    Okay.  And when were they issued?

22   A.    That what this whole incident stemmed from.  If there

23   wasn't no misbehavior reports this incident wouldn't be we

24   wouldn't be doing this right now because they allege that an

25   incident happened that didn't happen.

1    Q.     Okay.  But they didn't beat you up because you had

2    already had a misbehavior report.  Misbehavior reports was

3    issued based on the same event that we're talking about

4    today?

5    A.     Yes.

6    Q.     I thought you were saying that the assault happened

7    because of the hearing process, but that's not true the

8    hearing process happened after the assault?

9    A.     Yes.

10   Q.     I just thought I missed something huge?

11   A.     All right.

12   Q.     So other than discussing it in the hearing process in

13   the article 78 in the grievance process, your mom, your

14   lawyer, and your wife, have you ever talked about it to

15   anyone else, any other inmates, any administrators, DOCS

16   people, Coxsackie people?

17   A.     Well, me personally, no. I'm sure my family has

18   talked to congress people and certain other people that's

19   concerned about my safety while I'm in here, but as far as

20   in detail I don't think so.

21   Q.     Have you ever heard from anybody on the outside

22   concerned about your safety for instance if your mom or wife

23   talked to a congress person did you get letters or phone

24   calls or visits or anyone?

25   A.     Is that relevant to what --

1    Q.    Well, I'll tell you, the reason I'm asking is --

2    A.    I'm feeling uncomfortable now.

3    Q.    I need to know of any time you told, I'll call it the

4    story because I need to make sure it's always been

5    consistent and stuff, so if you told anyone what happened,

6    technically, I can depose those people to make sure you're

7    telling the same story.  So that's why it's relevant.  I'm

8    not trying to interfere with your privacy or anything I just

9    want to know who you told about this incident and who have

10   you had contact with?

11   A.    Well, actually like I said, IG, grievance.

12   Q.    There was an IG investigation?

13   A.    Yes, but I don't know what happened with it that's

14   about it as far as my family -- they don't know the whole

15   story they just know that --

16   Q.    You were hurt?

17   A.    And they worried about my safety and they're just

18   trying to make sure I don't get killed up here?

19   Q.    Were you interviewed by IG?

20   A.    Yes.

21   Q.    Was this while you were still at Coxsackie?

22   A.    Yes.

23   Q.    So it went quickly then?

24   A.    Yes.

25   Q.    Did anybody at Coxsackie ever talk to you about the

1   fact that IG had been there to talk to you?  Did an officer

2   say, "Why was IG here?"  Something like that?

3   A.    Not to my recollection, no.

4   Q.    What about any of the defendants, do you remember any

5   of them saying anything to you about it?

6   A.    The only one that ever said anything to me after the

7   situation was Sergeant Roach and he asked me what happened.

8   Q.    Asked you how it started and you said he was there

9   for a good portion of it?

10  A.    Yes.

11  Q.    What did you say to him?

12  A.    It's in his report you should have that.

13  Q.    So you mean what he was doing in his investigation?

14  A.    As far as afterward he didn't talk to me I haven't

15  spoken to any of them.

16  Q.    I think I'm done.  Have you ever had a deposition

17  done before?

18  A.    Like this?

19  Q.    With a court reporter and lawyer talking to you?

20  A.    Yes.

21  Q.    What will happen is I will gets a copy of the

22  transcript and I'll send it to you with a sheet where you

23  can fix any mistakes.  Its called an ERRATA sheet and then

24  you'll sign it and send it back to me, and you'll get a full

25  copy and that will happen in the next month or so.

1            (Whereupon, the proceedings in the above-entitled

2    matter were concluded at 12:52 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              ERRATA SHEET
2
3      I, CHRISTOPHER IRIZARRY, have read the transcript of my
       testimony and would like the following changes:
4
               PAGE    LINE     CHANGE FROM:        CHANGE TO:
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21     Subscribed and sworn to before me this _____ day of
22     _____, 20____.
23
24     Notary Public Signature
25

```
 1    STATE OF NEW YORK         )

 2                              ) SS

 3    COUNTY OF                 )

 4

 5           I, Christopher Irizarry, have read the foregoing

 6    record of my testimony taken at the time and place noted in

 7    the heading hereof, and I do hereby acknowledge it to be a

 8    true and correct transcript of same.

 9

10
                                        Christopher Irizarry
11

12

13    DATED:

14

15

16

17

18

19

20

21    Sworn to before me this _____

22    day of _____, 20____

23

24    Notary Public

25
```

1                    C E R T I F I C A T I O N

2

3

4            I, ANNA-MARIE COMERIE,  Shorthand Reporter and

5      Notary Public in and for the State of New York, do hereby

6      CERTIFY that the foregoing record taken by me at the time

7      and place noted in the heading hereof is a true and accurate

8.     transcript of same, to the best of my ability and belief.

9

10

11                            **ANNA-MARIE COMERIE**

12

13

14      Dated: April 14, 2011

15

16

17

18

19

20

21

22

23

24

25

**A**

ability 63:8
able 14:5 26:15,19
  42:13 43:21 44:14
above-entitled 60:1
access 9:22
accurate 63:7
acknowledge 62:7
address 38:3
addressing 11:12
adjust 12:12
administer 3:15
administrators 57:15
admission 37:10 38:19
admitted 36:24,24
admonish 11:24
Adrienne 2:8 4:6
afternoon 8:12 9:12
  37:16
afterward 59:14
ago 8:20 23:4 54:1
agreed 3:3
ahead 15:9 18:21
  19:22 22:5,23
al 1:7
Albany 2:11 51:11
  56:3
alcohol 36:7
allege 53:10 56:24
alleged 50:23
allergies 34:18
Alva 45:8
amend 54:13,13
amended 54:9
ankle 50:8
Anna-Marie 1:15 3:6
  63:4,10,11
Annex 6:4
answer 4:17,19,23
answering 4:25
anybody 14:4 24:19
  24:20 28:22 35:9
  44:2 49:15 50:11
  57:21 58:25
anyway 37:12,13

**APPEARANCES** 2:1
Appearing 2:12
applied 35:21 41:8
apply 52:19
appointment 48:15,17
Approximately 5:16
April 63:14
area 9:20 10:18,20
  13:12
arm 21:4,4 22:8
arms 21:5 36:8
arrived 5:7 7:17 15:13
  36:23 37:19,25 38:14
  52:9
arriving 8:19
article 14:14 55:21
  57:13
ascertain 11:16
ascertained 46:4
asked 9:17 12:23
  13:18,25 14:11,19
  15:15 24:2,12 25:7
  32:2,13 38:1 59:7,8
asking 4:23,25 32:15
  41:25 58:1
asks 11:8 32:11
assault 16:8 19:14
  57:6,8
assaulting 28:2
assembly 9:20 10:18
  10:19 13:12
assessment 48:8
asshole 12:21
assigned 9:3
assistance 20:5
assistant 2:9 13:18,19
assisted 36:5
attack 24:6
attention 13:8
attitude 11:8,22 12:4,6
  12:7,12,12
attorney 2:9 3:12 4:7
attorneys 3:4
August 44:11,11
authorized 3:15

available 13:5
a.m 1:15
A3 9:2 13:7 15:13

**B**

back 9:23 10:1,9 12:9
  15:3,3,5,10,21,24
  17:8,12,25 18:14
  21:7,8,24 22:1,8,8,9
  22:9 27:17 28:24
  29:4,5 32:18 33:2,10
  33:11,12,14,21,25,25
  33:25 34:1,4 35:5
  38:5,9 45:16 46:10
  53:4 54:9 59:24
backed 17:16,24 18:14
  38:17
backward 18:6
backwards 18:5,5
bad 15:17 41:4
based 57:3
basically 11:22,24
  16:1 17:23 18:2
  38:19,21 45:22
baton 20:12,13 22:3
  23:1 33:13
beard 36:8
beat 25:10 57:1
bed 19:11,12,16 20:21
bedrest 52:12
beginning 28:12 54:7
begins 12:7
belief 63:8
believe 5:10 23:3,5
  25:14 28:1 31:6 34:6
bent 29:24,25,25
best 63:8
better 14:16
big 20:22 26:1,2 32:16
  38:6
birth 5:4
bit 36:6,10
blackout 38:8
blank 13:23
blanked 33:18,19

bleed 33:16
bleeding 23:25 32:17
  32:22 33:12 38:4,5,5
  38:11 40:25 41:2,4,6
  43:24
blew 6:15 42:17
block 18:17 25:22
  41:19
blocked 9:21 14:23
  15:4,18,20,20 18:2,2
  18:15
blocks 16:23
blood 29:12,12 33:1
  33:19 36:3,7,11 38:4
  38:12
bloodied 28:19
blurry 34:15,22
body 16:5,6 49:23
boss 10:20
bother 34:9
bothering 33:4 34:8
  40:22 48:4 52:10,14
box 2:5 5:18 7:22 16:1
  42:17
brace 46:18,20 47:1
brain 52:22
break 10:1,8 38:14
breaks 10:2
bring 29:22 30:14
  43:10
broke 10:2 19:15
  35:23 37:2 38:11
  43:24 48:6
broken 33:7 35:24
brought 7:13 13:21
  29:16,18
burglary 6:17
busted 33:17
butt 21:23
butter 52:20
butterfly 32:23,24
  35:21 38:11 39:13
  45:15

**C**

**C** 63:1,1
**caked** 36:7
**call** 9:23 24:16 36:6
  38:23,24 39:7 40:8
  42:1,5,20 43:1,4,10
  43:23 45:2 47:19
  58:3
**called** 12:21,22 24:15
  44:5,18,19,20 59:23
**calling** 20:5
**calls** 44:19 57:24
**camera** 13:14 29:6
  30:19 31:2,5
**cancerous** 49:14
**cap** 49:9 50:12
**Capitol** 2:10
**Captain** 13:20
**carpel** 53:1
**Carroll** 32:8,9
**case** 1:6 4:10 12:25
  36:21 54:16 55:9
  56:4
**cause** 10:9 16:4
**caused** 49:15 50:13
**cell** 9:18 10:4,5,9 13:7
  13:10 15:4,18,19,20
  15:20,21,25 16:8,17
  16:18,18,20,21 17:5
  17:7,12,17,22,24,25
  18:15,24 19:13 21:10
  27:12,14,15 30:5,6
  36:25 38:1 39:7
  42:17 43:15 48:1
**certain** 16:21,23 49:11
  57:18
**CERTIFY** 63:6
**chair** 10:14,16,20 11:4
  11:5,14 37:6
**CHANGE** 61:4,4
**changes** 61:3
**charge** 3:13
**chart** 11:17
**check** 43:17,19
**checked** 42:17 45:15
**Chemung** 55:24 56:4

**chest** 16:19 17:18 18:4
  18:7 27:13 29:19,21
  30:1
**chicken** 48:17
**chondromalacia** 46:11
  49:7,9
**chow** 15:24
**chows** 43:14
**Christopher** 1:4,12
  2:2 4:1 5:3 61:3 62:5
  62:10
**clean** 36:2
**Clerk** 3:9
**clinic** 13:8 27:10 28:15
  29:14 30:15,16 31:8
  33:3 41:13,16,18
**Clinton** 6:4
**coaching** 16:1
**cocoa** 52:19
**come** 12:14 16:8 22:3
  23:12,16 27:14,15
  30:2 37:11,20 44:7
  44:25 48:1 52:3
  53:20
**Comerie** 1:15 3:6 63:4
  63:10,11
**comes** 11:7,21 15:24
  16:16,18 19:13 20:10
  20:11,17 32:11 37:13
**coming** 18:11 37:12
  39:5 42:7
**commencing** 1:14
**company** 14:24 15:10
  15:22,25 23:13
**compare** 50:4
**complain** 52:13
**complaining** 29:11
**complaint** 7:11 8:6
  12:14 23:3 26:16
  36:5,13 53:9 54:11
**complaints** 39:2 42:16
  43:21 47:15 48:3,14
**completely** 12:18 21:1
  22:19
**compliance** 10:14

13:15
**comply** 41:24
**Comstock** 1:14 2:6
**concern** 53:7,8,13
**concerned** 57:19,22
**concluded** 60:2
**conduct** 39:18
**conducted** 1:12 3:6
**conducting** 11:15
**confused** 27:18
**congress** 57:18,23
**consistent** 58:5
**constantly** 50:1
**contact** 46:16 58:10
**continued** 22:6
**conversation** 15:7
  55:11
**conversations** 9:6 26:5
**conveyed** 42:16
**convicted** 6:10
**conviction** 6:8,12,14
  6:16
**copy** 3:11 59:21,25
**Corknard** 1:7 24:21
  25:6 26:13 28:8,12
  28:14,23,25 29:1,9
  29:11 30:11,17
**correct** 8:7,8 9:10 62:8
**Correctional** 1:14 2:3
**Corrections** 6:19,21
**County** 55:24,25 62:3
**couple** 7:20 14:7 45:23
  48:12 51:16
**course** 22:24 25:25
**court** 1:1 3:9 5:17
  55:19,20,24,24 56:1
  56:4 59:19
**Coxsackie** 4:10 5:21
  5:22,25 7:17 9:17
  10:18 46:25 47:1,3,6
  47:16,24 48:21 55:15
  57:16 58:21,25
**crack** 15:25
**crud** 34:24
**crunches** 49:11

**crutches** 46:18
**cuffed** 19:5,5,7
**curl** 19:11
**curled** 19:8,9,12
**currently** 48:23
**custody** 6:19,22,22 7:6
  7:8
**cut** 7:15
**cyst** 46:10 49:12,12,15
  49:22
**C-O-R-K-N-A-R-D**
  24:21
**C.O** 32:8

**D**

**daily** 43:6
**damage** 46:7,8
**damaged** 49:10 50:14
**date** 5:4 6:8,9,9,14,15
  6:25 8:16 26:11 40:6
  40:6 44:9
**Dated** 62:13 63:14
**Davies** 15:14,18,23
  16:9 19:23 20:10
  21:10,25 23:1,22
  25:18
**Davies's** 23:19
**day** 1:13 8:22 11:17
  12:6 15:17 17:6
  25:16 37:14 41:11
  42:15 43:14 45:17
  48:2 49:5,6 50:23
  52:21 53:11,22 55:18
  61:21 62:22
**days** 6:2,2 7:19,19,20
  7:21 34:8 42:13
  45:23 48:12
**defend** 22:12,14
**defendants** 1:8 2:12
  36:21 54:10,15 55:1
  55:3,13 56:5,19 59:4
**deformed** 39:23
**demonstrates** 46:2
**Department** 6:18,21
**depose** 58:6

deposition 1:11 59:16
detail 57:20
detector 10:14
determination 5:17
dialogue 8:18
difficult 43:13,15
  44:16
dinner 37:17,18
direct 16:23
directed 17:12
direction 16:7
disappeared 12:25
  14:2
disciplinary 56:5,6
discussing 57:12
disinfectant 32:20
disrespectful 11:10
DISTRICT 1:1,2
diversion 18:8
division 13:8 15:13,14
  16:25 29:16,18
Dixon 29:6 30:18,19
dizzy 37:1,2 38:8
doc 37:2
DOCS 57:15
doctor 38:7 39:24,25
  40:1,10,13,15,17
  42:4 43:25 44:23,24
  45:1 48:15,17,19
  49:18,19,20 51:18
  52:25
doctors 51:7
documented 55:19
doing 10:7 11:19
  21:12,22 26:15 38:19
  39:9 52:1 56:24
  59:13
dong 18:3
door 17:2,2 43:5
doors 16:20
dosage 48:6
downstairs 30:14
Dr 40:18,19 41:3,20
  42:6,13,14,14,20
  45:9 46:3,15 47:13

47:16
dragged 19:23
dressing 8:18
dripping 36:11,11
drop 18:18 39:19 43:5
dropped 18:16
drops 35:15,15
duly 4:2
Dwayne 29:5

**E**

E 63:1
ear 14:25 15:2 33:25
  34:1
earlier 39:1 40:23
easy 26:17
eat 43:13
eaten 43:14
effusion 45:25 46:2,6
eight 15:22 51:17
either 6:11 25:19
  41:18
elbow 33:22
Elmira 51:2,4,5,9
emergency 38:24
  43:23
emphasis 40:24
en 8:11,13 9:7 27:9
enter 6:18
entering 6:21
enters 21:10
ERRATA 59:23 61:1
escort 15:3 27:3 30:14
  36:25
escorted 13:7,9 28:16
  28:24 29:8,14 36:17
Escorting 28:15
especially 40:23
Esq 2:8
et 1:7
evaluate 37:11
event 57:3
eventually 21:25 40:1
  40:10 41:10
everyday 47:25

evidence 12:24
exact 40:5,6 44:9 49:4
exactly 12:15 14:17
  26:21 33:18 50:7
exam 49:25
examination 3:6,12
  4:4
examined 3:13 4:3
Excruciating 33:13
exculpatory 12:24
excuse 9:24 12:21
  14:13 41:4
exist 52:24
expect 52:2
experience 16:12
explain 38:10
explained 10:7 35:22
  38:6,15 40:23
explaining 33:5
expunged 11:1,2
extra 41:14
ex-sponged 12:20
eye 21:13 22:2 24:1,18
  24:23 28:18,18 32:17
  33:2,10,16,20 34:12
  34:13,14,19,21 35:10
  35:15,21 38:11,17
  40:24,25 41:6 52:18
eyes 28:17

**F**

F 11:11 18:1,24 19:25
  63:1
face 17:19,24 18:17,23
  19:9 21:1,4,14,20
  22:19,21,25 24:18,23
  25:6 27:1 29:7,20
  30:1 33:1 39:22,23
faces 26:21,22,22
facility 1:14 2:3 8:19
  35:9 37:9 44:20 52:9
  54:21,22
fact 55:23 59:1
falling 50:14
familiar 26:24

family 44:3,7 45:2
  57:17 58:14
far 8:18 26:24 57:19
  58:14 59:14
fashion 27:11
February 5:10 13:3
feed-up 16:24 17:1
feel 33:6 37:1,2 38:8
  39:20 48:6
feeling 12:4,5 58:2
feelings 12:5
feet 19:1 23:12
fell 18:17 21:1 28:24
felt 10:20 33:7
female 40:20
Fernandez 24:14,17
  24:21 25:5 26:10,23
  28:8,12,23 29:1,9
  30:10,17
filed 4:9
filing 3:5,8
finally 37:14
find 46:5 55:1
fine 25:3
finish 4:25
first 4:2 13:18,20 14:1
  18:18 32:19 37:10,25
  37:25 38:9 41:5
  42:11 47:13 52:9
  56:20
five 15:21 49:25
fix 11:23,23 12:11
  59:23
fixed 45:12
Flat 21:3
floor 19:23 20:13,16
  20:21,24,25 21:1,2,5
  23:25 25:11 28:7
  33:9
Foil 11:16
folks 4:9 26:6
followed 34:9
following 10:4 61:3
follows 4:3
force 18:5

forearms 19:7
foregoing 62:5 63:6
forget 8:12
forgot 24:13
form 3:10
four 9:14
fracture 46:9
friendly 26:5
frisked 10:13
front 13:7 17:1
full 5:2 22:11 25:10
  59:24
fully 17:22
furnished 3:12

_____ G _____
gash 28:19 32:16
  33:25
gashes 41:2
gate 9:19,19,20,22
gauze 41:12,14,16
general 2:9 8:4 17:13
  17:14
general's 4:7
Georgiani 32:1,11
  33:20 34:10 35:19
  36:15
getting 10:8 22:24
  53:11,14,16
give 11:17 17:4 35:15
  35:16 40:5,6 45:10
  46:18 47:1 48:2 49:4
  55:23
giving 47:22
GLS/DRH 1:7
go 7:12 8:22 9:22
  10:16 11:20 15:9
  17:12 18:21 19:22
  22:5,23 32:24 34:23
  37:9 38:7 39:21
  47:21 54:14 55:22
goes 42:20
going 4:22,23 5:22
  7:14 9:7 10:10 12:3
  12:11,13,13 13:13

14:9,15 17:10 18:10
  18:23 30:25 32:25
  35:18,22 38:2 46:22
  50:12
good 11:6,6 44:3 59:9
gotten 48:22 53:4
grab 17:5
grabbed 17:18
grabs 20:23 21:5
Great 1:13 2:3 5:6,13
  51:24 52:4
grievance 57:13 58:11
Grievances 56:3
Grimaldi 15:2,24 16:9
  16:16 19:16,19 20:1
  20:1 21:12,18 22:2
  23:9,15,20 25:15
ground 21:18,24
  22:20,21
group 23:14,16
grow 49:13,13
guess 10:17,20 11:15
  15:17 21:21 23:8,14
  30:25 31:3 53:21
gushing 41:7
guy 20:22,23 25:25
  26:1,2
guys 10:19 24:11

_____ H _____
half 25:11 38:15
hall 8:10,11,13 9:7,7,9
  11:19,20,21 26:7,8
hallway 30:20,21
handcuffed 21:7 29:23
  31:16
handcuffs 20:14,15
  21:5 53:2
handed 18:9
hands 17:16,20 22:14
  27:11 53:1
happed 14:19
happen 7:18 10:2
  15:16 17:6 28:8
  36:23 44:3 50:14

51:22 56:25 59:21,25
happened 8:3,6,9
  14:18 15:10,15 23:2
  23:4 26:20 27:15
  31:9,10 35:20 36:15
  41:17,20 53:10 55:18
  56:15,25 57:6,8 58:5
  58:13 59:7
happening 31:4
happens 27:23 30:13
  31:12,25 34:19,21
hard 16:11
Harris 15:23 16:9
  19:13,19 20:1,16,17
  20:22 21:12,23 22:3
  23:21,22,22 25:20,24
  28:12,22,24,25 33:9
hatches 16:24
head 4:20 19:8,15 22:9
  24:1 32:18 33:11,24
  33:25 38:5 39:22
  41:9 45:15 52:21
heading 62:7 63:7
health 37:11 50:2
hear 14:5,5,12 16:3,4
  23:12 24:7
heard 25:23,23,25
  57:21
hearing 13:18,20,21
  14:11,12,12 47:4
  56:8 57:7,8,12
held 30:10
help 20:5 24:12 25:8
  27:24 36:2
helped 36:10
hereof 62:7 63:7
hereto 3:4
Hey 10:6
hit 18:14,15 20:25
  21:25 22:3,24 23:15
  29:15
hits 20:17
hitting 19:14,17,19,20
  20:2 22:2,7 23:1
  24:4,5,8,11 29:7,9,10

hold 10:16 13:2 23:14
  32:25 35:22
holding 24:4,5 37:7
hole 17:1
hospital 32:24 38:7
  51:8
hospitals 51:6
host 4:9
hot 19:14,15 20:17,25
hour 25:11 37:21
  38:15
housing 9:1,3 36:17
huge 57:10
hurt 19:5 33:12 34:22
  49:1,5 53:5 58:16
hurting 45:16 52:11
hurts 34:23 49:6

_____ I _____
ice 45:11 48:11,12
idea 33:8,16
identify 24:6,20 26:15
  26:25 28:17
IG 56:3 58:11,12,19
  59:1,2
Imaging 51:4
immediately 5:19 6:3
  7:23 23:11,19 37:1
  38:8 39:3 42:20
important 12:24 38:10
incarcerated 50:1
incarceration 6:25
incident 7:18,25 8:3
  50:4 54:25 55:14
  56:13,22,23,25 58:9
incidents 26:3
indicating 9:24 28:20
  29:23 38:6
indication 22:10
inflicted 33:13
initiate 26:3
injured 53:12
injuries 19:9 29:13
  31:15 32:2,13,16
  33:2 35:20 39:8,8

50:23 52:10 53:12,12
53:13
injury 20:24 49:16
50:8,9
inmates 14:6 57:15
instance 57:22
interacting 41:21
interaction 8:15 9:8
25:15 43:10
interfere 58:8
interview 38:20 39:17
39:18
interviewed 58:19
introduce 4:6
investigation 58:12
59:13
involving 56:4
Irizarry 1:4,12 2:2 4:1
4:6 5:3 61:3 62:5,10
issued 56:21 57:3

**J**

J 37:23
jail 11:22 12:12
January 7:1
jaw 33:22 36:9
job 11:19 54:23
join 24:6
joined 19:14
joint 45:25 46:2,6
joke 14:22,23
July 8:6 9:8,15 54:16
55:14
jumped 19:6
jumping 19:21

**K**

keep 10:10 12:3 17:10
35:18
kept 14:20 32:22
36:11 41:10
Kerwin 2:8 4:5,7
key 14:23 15:4,18,19
Kick 24:18
kicked 24:23 25:6
27:13 28:7,16 29:19

29:21,25 30:1
killed 16:15 58:18
killer 45:20
kind 7:11 16:11 18:8
34:15 37:9 38:22
48:21 51:19 55:2
King 28:13,14 36:20
36:20
knee 20:24 33:2,6,6,9
33:20 35:23 36:15
37:2 38:6,17 39:24
40:11,24 43:24 45:10
45:12 46:2,7,10,13
48:5,6,22 49:9,10,12
49:23 50:3,5,8,12,18
51:17 52:5,10,11,14
53:7,15
knees 21:21
knee's 35:24
knew 18:11 25:18 26:8
26:9
knots 33:24 39:22
know 4:10,14,22 6:8
8:18,21,23 10:17,24
11:11,18,23 12:5,19
12:25 14:9 15:16
16:15 18:22 19:13
20:3,23 21:1 23:11
23:24 24:3,20 25:12
25:13,13,17,19,22
26:10,12,13,16,21,22
26:23 28:9 29:9,9
30:4,5,22,25 31:1,2,4
32:7 33:5,10 34:12
36:6,19,19,20 37:16
37:22 39:20 44:8,11
44:17 49:12,24 52:1
52:1,24 53:2 54:6,20
54:21,24 55:3 56:16
58:3,9,13,14,15
knowledge 17:4 28:4

**L**

L 3:1
lack 14:16

laid 19:5
language 11:10,11
12:21 16:6,6
large 49:13
late 34:12 45:14
lawsuit 4:8
lawyer 44:18 55:17
57:14 59:19
lawyers 44:5
laying 21:4
leaking 38:12
learn 12:13 47:8,10
learned 46:9
leave 47:6
leaves 39:9,10
leaving 27:9,9
left 9:25 25:18 28:18
29:5 35:6 39:17 40:3
46:1 47:23 48:1,19
48:21
leg 50:8
legs 22:8
lesson 14:16
letters 57:23
lifted 28:10
light 43:19
limped 37:5
line 8:14 9:15 10:2,3,3
10:4,6,6,7 11:19 61:4
lines 9:23
listening 13:15
little 7:12 20:23 36:6
36:10
lock 16:1
lodge 43:21
long 5:15,25 6:5 7:12
7:12,17 23:4,9,15
28:3 37:19 38:14
47:6
look 7:13 15:24 20:14
24:13 37:13 39:23,23
43:17
looked 15:2,22 23:24
23:25 24:1 29:4,5
30:7 35:23 36:15

looking 23:3 48:9
losing 33:19
lot 29:12 33:19 48:17
loud 4:20
loves 44:4
loving 44:3
lower 33:14
lunch 9:11
lying 16:5

**M**

mad 20:11
major 8:17 53:6,7
making 48:14
male 40:19,21
man 20:11
March 1:13
match 26:19
matter 16:22 60:2
Mcadow 1:13 2:3
Meadows 5:6,13 51:25
52:4
meal 9:11
mean 10:25 12:4 17:9
18:17 22:24 23:14
25:23,24 27:22 28:1
50:24 52:23,25 53:1
53:9,14 54:22,25
55:19,21 56:10,11
59:13
means 46:6 56:17
meant 46:3 53:15
med 48:3 51:11
medical 13:8 30:15
35:1,2 37:19 40:2,4
47:15 50:22 52:4
medication 40:8,9,11
47:22 48:2,23 52:8
52:11,15
medicine 45:19 48:24
mental 37:11
mess 8:10,11,13 9:7,7
9:9 11:19,20,20 26:7
26:8
metal 10:13

Michael 5:3
Miller 40:18,19 41:3
   41:21 42:6,13,14,15
   42:21 45:9 46:3,15
   47:13,16
minute 25:12
minutes 1:11 14:14
   15:22 23:17 28:4,5,6
   31:19
misbehavior 11:1
   12:19 56:11,12,17,20
   56:23 57:2,2
missed 57:10
mistakes 59:23
mom 45:7 53:20 54:2
   54:3 55:17 57:13,22
moment 23:5,5
month 7:20 59:25
months 5:16
morning 8:12 9:12
mother 44:13
motionless 22:21
mouth 36:8
move 18:5,5 22:24
   36:8 49:11
moved 18:6
moving 43:20 44:6
MRI 46:11 50:18,24
   51:5,12,12
MRIs 50:3
multiple 33:24
mysteriously 13:1
   14:1

**N**
N 3:1 63:1
name 5:2 11:12 24:13
   24:13 27:1 32:1 36:4
   36:19 37:23 38:1
   41:12 45:3,5,8 51:4
nature 8:19,24 12:22
   50:15
neck 33:22
need 4:15 9:21 16:14
   37:1,3,6 38:7 43:23

43:24 52:11 58:3,4
needed 32:24 37:1
   48:5
negative 12:7
never 25:21 26:2 35:5
   35:8,9 44:2 56:15
new 1:2,14,16 2:6,11
   3:8 6:18,22 7:6
   24:11 37:10 62:1
   63:5
Nikeia 45:6
nod 4:20
nonmoving 22:19
normal 34:16
north 11:20
**NORTHERN** 1:2
Notary 1:16 3:7,14 4:2
   61:24 62:24 63:5
Notary's 3:5
noted 62:6 63:7
noticed 29:4 54:10
notified 36:25 44:5
number 38:1
nurse 32:1,4,11 33:4
   35:19 36:4,5,12 37:1
   37:11,12,19 39:4
   40:2 41:7 42:6,9,11
   42:15,15,19,20,23,23
   42:24 44:22,24 47:23
   47:25 48:1,4,7 55:7
nurses 40:7
N-I-K-E-I-A 45:6

**O**
O 3:1 63:1
Oath 3:5
oaths 3:15
objections 3:10
Obviously 11:17
occasion 49:2
October 7:5
odd 9:23,24,24,25
offer 39:12
office 3:9 4:7
officer 3:15 10:22,24

11:6 13:21 14:7,24
   15:1,3 16:16 24:13
   25:5 36:20,25 41:11
   41:12,13,18 54:4,5
   59:1
officers 9:21 10:8 23:6
   23:10 24:6,8 26:4,8
   26:18 28:20 29:2
   41:21 56:19
officer's 36:19
offices 1:13
Oh 14:13,22 25:1
   31:12 46:20
okay 4:17,18,25 5:1
   7:11 10:23 12:3 14:3
   14:15 17:10 18:21
   19:22 21:9 22:23
   25:7 26:9,23 28:7
   29:17 31:8 32:14
   35:7 36:2 37:23
   42:19 43:12 45:21
   46:3,24 47:8,10,20
   56:21 57:1
once 9:12 17:18 19:16
   19:23 26:22,25 30:20
   48:12
ones 54:8,10
ongoing 53:8
open 16:20 17:2 33:17
   34:25 51:5
opens 16:18 17:5
opportunity 28:1
   52:12 54:13
optometrist 35:2,3,12
order 9:18 10:5,9
ordered 45:11,11
orthopedist 51:15,19
   51:24
outside 38:7 50:22
   51:6,6,7,8 52:23 53:9
   57:21
overheard 14:9
over-the-counter
   35:17

**P**
P 3:1
pad 41:12
pads 41:14
**PAGE** 61:4
pain 33:12,13,23
   40:11 45:19,20 48:24
painful 16:12
part 17:22,22 45:1
participate 27:25
   44:14
particular 8:11 16:25
   17:6
parties 3:4
pass 24:16
passing 17:17
pat 10:13
people 4:22 12:13
   35:18,18 37:11 50:22
   56:18 57:16,16,18,18
   58:6
period 6:1 24:25
person 37:20 54:24
   55:9 57:23
personally 42:17
   57:17
phone 44:19 57:23
photos 32:4
physical 38:22 39:8
   46:22 47:1 49:20,25
   50:16 51:16,17 52:23
pick 10:19
picked 43:6
picture 22:20 31:14
pin 23:8 24:15
place 51:12 62:6 63:7
placed 16:21
places 51:6 53:13
**Plaintiff** 1:5,12
pleaded 25:9
please 4:16 25:9
**Pliens** 37:23
**Pliense** 36:12 40:3
   41:7 42:24
point 12:16 18:16

20:20 25:7 27:5 33:3
33:4 38:20 45:16
47:3
pointing 16:7
popliteal 46:10
population 7:22 8:4
porter 17:4,5
portion 59:9
position 30:4
positive 12:7
post 11:15
posted 11:17
pot 19:14,15 20:17
21:1
premeditated 23:11
present 13:17 25:4,5
preserved 12:25
pressure 41:8
prevent 19:9
prior 5:13,19 6:3,21
8:16 25:1,12,15
32:15,15 42:6 49:22
50:4,9
prison 12:5
privacy 58:8
Pro 2:2
problem 11:8 15:19
25:21 35:10 49:13
55:2
problems 10:9 18:25
26:3 43:8
procedure 31:3 37:9
procedures 8:18 10:5
proceedings 60:1
process 57:7,8,12,13
professional 38:3
profusely 24:1 32:22
38:4
properly 8:24
Public 1:16 3:7,15 4:2
61:24 62:24 63:5
pull 24:15
pulled 8:14 9:15 15:16
20:20 23:8
punch 18:2,6,23 23:12

punched 17:18 18:18
22:25 28:3,16 29:19
punching 21:12,13,16
pushed 18:12
put 10:12 16:24 19:7
27:11 31:13,14,23
32:22,24 38:23,24
39:6 40:10,24 41:12
41:14 43:1,4,5 45:14
45:17 46:18 54:7,9
54:11
puts 21:5 45:13
putting 26:16 42:3,5
48:11
p.m 60:2
P.O 2:5

**Q**

question 4:13 7:16
questioned 14:11
questions 3:10 4:8
7:15
quickly 58:23

**R**

R 63:1
raise 48:5
ran 17:25 35:5 48:12
Raymond 13:20
read 61:3 62:5
real 16:12 32:16,23
43:13,15 45:13
realistic 28:1
realize 34:10
really 19:10 20:4 26:3
28:20 34:14,16 35:16
36:8 41:24 52:25
53:7 54:23 55:22
reapply 39:12
reason 58:1
receive 13:8 52:8
recollection 59:3
record 10:25 11:2
12:20,23 62:6 63:6
red 34:16
refer 35:17

referral 51:18
refreshing 8:20
refuse 39:10
released 5:17
relevant 57:25 58:7
remember 6:11 20:3,4
29:10 34:7 40:5,17
41:11,19 42:12 43:3
47:21 54:6 59:4
rephrase 4:15
report 12:19 21:11
56:17 57:2 59:12
reported 32:2 34:11
reporter 1:15 3:7
59:19 63:4
reports 11:1 56:11,13
56:20,23 57:2
representation 25:24
request 27:24
required 32:17,23
reserved 3:11
respective 3:4
respond 23:10
responded 23:6
responding 23:7
responds 27:24
response 48:7
restraints 22:11 25:10
result 7:25 24:15 35:8
42:19 53:11 56:13
reversed 5:17
review 13:5
right 7:22 8:1 9:25
11:7,18 14:8,15 16:9
16:11,12 17:15 20:10
20:18,19 22:5 23:13
23:18,22 25:2,3
27:19 28:18,19 30:7
31:12,20 34:13,14,16
34:19,21 36:23 37:25
38:19 42:1,18 44:2
47:3 50:11 52:19,23
54:5 55:19 56:24
57:11
Roach 23:15,23 24:9

24:12,12,25 25:1,2,4
25:12,13,13 26:9
27:21,22,23,23 29:4
29:5 30:18 31:6 59:7
Robbery 6:17
role 22:16
rooms 14:7
rounds 40:7
route 2:4 8:11,13 9:7
27:9
routine 9:18,20 10:12
10:18 17:14 31:3
rude 7:16
rule 17:13
rules 10:4
running 23:13
runs 48:3
rushes 19:2

**S**

S 3:1,1 36:20
safety 57:19,22 58:17
sat 10:14
saw 22:2 26:22 27:8
40:3,12,19 41:3,20
42:13,14,15 44:2
45:9 47:16,25
saying 13:10 14:20
18:1,23 19:25 20:4
26:21 41:23 55:2
57:6 59:5
says 11:6,21 12:11
14:15
scar 52:17,18
scars 52:21,23
scrapes 49:11
scraps 49:9
scratch 48:18
Se 2:2
searched 10:13,22,22
15:17
second 13:2 19:4
23:12
see 9:5 12:14 13:15
15:22,25 16:23 17:16

20:3 26:18,21 28:18
28:20 29:22 37:1,2
37:10 39:24,25 40:1
40:2,15 42:4,6,9,11
42:14 43:20,24 44:4
44:7,21,25 47:13,20
47:23 48:19 51:24
52:17 54:16,19
**seeing** 40:10
**seeking** 53:18
**seen** 21:21,22 23:25
24:2 29:5 30:7,23
35:1 42:23 51:14,19
52:4 53:21,24 55:5
**sees** 42:19
**send** 12:13 37:8 59:22
59:24
**sent** 13:3 15:17,19,21
54:21
**sentence** 6:5
**sentenced** 6:9
**sergeant** 4:9 8:13,15
9:3 11:9 14:3 15:16
15:23 16:1 17:11
18:1,24 19:25 23:15
23:23 24:9 25:4,13
25:13 26:9 27:5,20
27:21,22 29:4,5,19
30:18 31:6 59:7
**serious** 18:10 39:7,7,8
**serving** 6:5
**shake** 4:20 53:2
**sheet** 59:22,23 61:1
**she'll** 37:13
**shipped** 7:23
**shirt** 8:22 29:12 33:1
38:4,16 41:9,15
**shocked** 18:22
**short** 24:24
**Shorthand** 1:15 3:7
63:4
**shorts** 39:19
**shove** 18:7
**shoved** 17:18,24 18:4
23:20

**shoves** 16:19
**show** 13:12 27:5,7
31:2,8 45:24
**showed** 23:24 25:10
30:22 31:5 38:16,16
38:16,17 45:25 47:8
47:10
**shows** 23:23 27:23
30:16 46:7
**SHU** 7:22,25 13:9
36:23,24,24 37:4,10
37:15 38:14 40:7,15
41:21 42:1 43:4,17
**shut** 28:17
**shut-up** 24:10
**sick** 38:23,24 39:7
40:8 42:1,5,19 43:1,4
43:23 47:19 52:12
**side** 9:24,25,25 21:17
21:17
**sign** 59:24
**Signature** 61:24
**signed** 3:14
**significant** 46:8
**signing** 3:5
**silent** 12:18
**sit** 10:20 31:21
**sitting** 21:24 36:1
**situation** 59:7
**slammed** 33:9
**slamming** 50:15
**sleep** 34:23 39:22
**slip** 42:20 43:5,5
**slots** 16:25 17:1
**small** 8:17 46:2,6
52:19
**sneakers** 8:24
**Somebody** 28:9 41:16
**soon** 23:12 39:1,2
**sound** 8:7
**south** 11:20
**Southard** 54:4
**Southport** 5:14,15,20
7:24 35:6,11 46:22
47:9,11 49:21 51:18

**speak** 4:21 38:7
**special** 36:17 40:24
**specialist** 51:15,19
**specifically** 3:11
**splashed** 29:12
**spoke** 25:2 35:2
**spoken** 59:15
**sports** 50:15
**spot** 16:21
**SS** 62:2
**stabbing** 33:12
**stand** 17:12 22:16
**standing** 14:8 29:21
30:3,7 31:20,22
35:25
**start** 4:23,25 8:9 24:8
24:25 30:21 34:8
**started** 8:10 17:25
18:23 30:20 33:8,16
38:2 56:6,9,10 59:8
**starting** 8:9 19:14
**starts** 11:10 19:19
**state** 1:16 2:4 3:7 6:18
6:21,22 7:6 8:21
 55:20,24 62:1 63:5
**statement** 55:23
**STATES** 1:1
**stays** 43:19
**stemmed** 56:12,22
**stems** 56:14
**STENOGRAPHIC**
1:11
**step** 10:6,7 11:20
**stick** 20:11 21:25
**sticks** 22:25
**stipulated** 3:3
**stitches** 32:17,23,23
32:25 35:21 37:3
38:11,12 39:13 45:12
45:13,15
**stop** 18:3 24:2 25:10
28:1,2 41:7
**stopped** 48:13
**story** 58:4,7,15
**stricken** 54:5

**stride** 19:4,4
**struggling** 22:12,16
**stuff** 11:21 20:18
35:17 51:13 56:5
58:5
**stumble** 18:12
**subordinates** 28:2
**Subscribed** 61:21
**subside** 41:6
**substantiate** 13:13
**supports** 44:4
**supposed** 8:23 10:5
16:21 51:24
**supreme** 55:25 56:1,4
**sure** 4:14,19,20 7:14
33:18 40:1 57:17
58:4,6,18
**suspicious** 10:17
**sustained** 20:24 50:23
**swearing** 14:3
**sweat** 8:22
**swinging** 20:11
**swollen** 28:19 38:6
48:10
**sworn** 4:2 61:21 62:21
**system** 24:16
**S-O-U-T-H-A-R-D**
54:4

**T**

**T** 3:1,1 63:1,1
**take** 4:24 7:12 15:5
16:14 19:20 23:2
31:14 36:10 39:15
49:25 51:12
**taken** 32:4 62:6 63:6
**talk** 5:23 8:14 9:16
11:3 14:10 16:11
24:9 36:9 53:22
58:25 59:1,14
**talked** 35:9 54:15,24
54:25 55:9,13 57:14
57:18,23
**talking** 4:11,14,16 7:9
11:13 15:23 16:9

24:24,25 25:1 27:2
33:4 34:9 57:3 59:19
tape 12:24 13:2,5,6,10
13:12,17,19,21,24,24
26:17,17,22,25 27:2
taping 30:21
teach 14:16
technically 58:6
tell 10:1 23:18 24:2
25:9 36:9 40:22
43:23 46:3 49:15
50:11 54:23 58:1
telling 8:9 11:19 16:6
16:8 43:8 58:7
ten 8:20 23:17
terms 7:8
test 35:5,8
testified 4:3
testimony 3:8,14 61:3
62:6
therapist 49:20 50:16
51:16
therapy 46:22 47:2
51:17
thereof 3:10
thing 4:15,19 10:15
11:2 16:15 18:10
19:12 50:12 56:7,9
56:10
things 8:18,23 12:8,21
12:22 36.6 39:20
53:14
think 7:16 14:13,22,22
18:9,11 29:11 40:12
41:11,18 52:25 54:12
56:14 57:20 59:16
third 19:3
thought 28:13,14
44:24 57:6,10
threat 14:20
threatening 14:4
threatens 12:10
threats 15:11
three 9:13 13:20 25:23
29:3 32:22 35:21

threw 18:1,8 20:16,25
throws 20:23
tie 8:24
tied 41:9,14
tier 13:20
tight 53:3
till 4:25 47:9
time 3:11 4:10,13,21
4:24 5:22,22,25 8:12
12:18 13:15 14:24
16:14,14 18:19 19:3
19:20 20:14 23:2
25:5 26:10 27:5,8
29:11 30:3 31:7 34:6
34:15 37:14 40:3
41:5 43:19,22 44:13
45:14 46:9 47:13
49:10 53:19,24 58:3
62:6 63:6
times 9:14 33:19 43:1
43:13 45:17
today 4:8 5:6,23 12:6
57:4
told 8:23 10:8 13:19
15:3,5,15 18:2 24:10
32:19,25 33:2,20
35:19,22 38:1,23
39:1,2,4,6 45:1 47:4
48:5 49:17 50:16
55:18 58:3,5,9
top 22:9 50:2
total 5:25
touch 35:23
tough 25:25
to/from 30:5
tragic 23:4
Tramadol 40:11 45:17
transcript 3:8,14
59:22 61:3 62:8 63:8
transferred 52:2
transfixed 18:22
tray 16:16,18,19,24
17:4,17,20,24 18:4,7
18:9,13,16,17,18
23:9,16,19,20 43:11

43:16
treat 32:19
treated 32:18
treatment 30:15 39:10
48:21 53:4,11,14,16
53:18
trial 3:11 6:15
tried 11:16 32:19 38:3
true 57:7 62:8 63:7
try 50:11,12
trying 11:24 22:12,15
22:16,16,20 23:18
36:9,9 41:24 58:8,18
tunnel 53:1
turn 39:19
turns 19:20
Twenty 6:7
twice 48:1
two 7:8,23 28:24,25
43:14 45:17 47:7
54:1 56:11,12,19,19
type 48:18

_____ U _____

U 3:1
uncomfortable 58:2
uncuffed 31:23
understand 4:13
14:19,21,21 22:15
48:18 56:16
unexpected 52:2
unit 9:1,3 36:17
UNITED 1:1
unprofessional 11:11
Upper 33:14
use 13:13 26:7
usually 9:12 16:23

_____ V _____

Verga 10:25 14:8 15:3
15:7,12
Verger 15:5
video 12:24 13:2,5
26:17,17,25 27:2,3
29:6 30:21
view 26:25

visible 32:16
vision 34:15
visit 44:14 53:20
visited 44:12
visits 57:24
vitals 39:15

_____ W _____

wait 4:25 39:4
waived 3:5,9
wake 34:23
walk 9:19 10:19 37:3,4
43:15
walked 10:13
walking 29:2,6
wall 10:12 17:8 31:14
31:23
want 4:14,23 6:9 7:14
9:16 10:9,10 18:25
19:5 27:17 39:21
54:24 55:1 56:16
58:9
wanted 39:24
warn 4:22
wash 32:19
washed 32:20
wasn't 9:4 13:24 32:25
36:12,14 38:3 41:24
56:14,23
watching 16:5
water 46:7
way 9:9 12:6,6 15:10
16:4,7 17:23 27:15
28:6 30:9 49:11
55:15
ways 42:4
wear 8:21,23
week 9:14 39:25 40:12
40:14,25 41:2,20
42:12 43:2 44:8,10
47:5 48:1,10 49:5
weeks 7:23 47:7 51:17
54:1
went 7:2,25 10:3,21
13:19 35:12 41:10

42:16 45:22 46:9
51:16 58:23
**weren't** 35:22 40:9
**we'll** 11:23
**we're** 4:14 5:6,22
12:11 30:25 57:3
**whaled** 19:6
**wheel** 37:6
**wife** 44:13 45:3 53:20
54:2 55:17 57:14,22
**witness** 3:13
**word** 11:11 12:22
14:16
**words** 12:14 13:14
**work** 26:7
**working** 14:24
**works** 55:3
**worried** 39:21 58:17
**wouldn't** 11:17 43:10
56:23,24
**wound** 38:5
**wrapped** 41:9
**write** 54:11
**writes** 39:10
**writing** 48:18
**wrong** 10:3 13:24 32:2
33:5 48:9

**X**

**x-ray** 45:10,11,22
46:12,17 51:13
**x-rays** 47:6,8,10 50:3
**x-ray's** 46:15

**Y**

**yeah** 24:5,10 25:9 26:2
30:8 34:14,25 37:7
44:19 45:17 54:6
56:14
**years** 6:7 8:20 49:25
50:1
**Yep** 17:3
**Yo** 18:24
**York** 1:2,14,16 2:6,11
3:8 6:18,22 7:6 62:1
63:5

**Young** 4:9 8:13,15 9:3
11:9,13 14:3,15 15:5
15:23 17:11 27:5,11
27:20 29:19

**1**

**1** 13:3
**10/12/2010** 50:21
**11** 8:12
**11:33** 1:15
**11739** 2:4
**12:52** 60:2
**12224** 2:11
**12821-0051** 2:6
**13** 50:1
**14** 63:14
**15** 28:4,6
**19** 5:16
**1996** 7:1
**1997** 7:5
**1998** 6:19
**1999** 6:20,22 25:14,14

**2**

**2** 44:11
**20** 28:4,5 31:19 61:22
62:22
**2009** 8:7 9:9 54:16
**2011** 1:13 5:11 63:14
**22** 2:4 7:1
**25** 5:10
**26** 8:7 9:9,15 54:16
55:14
**26th** 41:16
**29th** 1:12

**3**

**3** 7:5
**38** 9:22 16:4

**4**

**4/29/78** 5:5
**40** 7:19

**5**

**51** 2:5

**54** 7:19
**58** 6:2 7:21
**59** 6:2 7:21

**6**

**6'6** 20:22
**6'7** 20:22

**7**

**78** 14:14 55:21 57:13

**9**

**9/15/1998** 6:13
**9:10-CV-1022** 1:6

# EXHIBIT
# B

New York State Department of Correctional Services
COXSACKIE CORRECTIONAL FACILITY
WILLIAM R. LAPE
Superintendent

## MEMORANDUM

**TO:**       **Superintendent William R. Lape**

**FROM:**   **Daniel F. Martuscello, D.S.S.**

**DATE:**    **July 31, 2009**

**SUBJECT:**   **U.I. #09-0065 (CCC# 210360) / U.O.F. #09-0039**
*Assault on Staff – Security / Staff Use of Weapons-Baton*

---

After reviewing the attached U.I. / U.O.F. paperwork, I feel that staff acted appropriately.

The force used was within departmental guidelines.

Approval: _____
                    Captain

                                         Deputy Superintendent of Security

DM/slc

COXSACKIE                            FAC CODE 130    FAC LOG# 090065    CCC# 210360

                                 UF LOG# 090039

INCIDENT DATE    07/26/09  TIME 11:41 AM  LOCATION  CELL·        0A 03 38S

TELEPHONE DATE   07/26/09  TIME 03:14 PM

      PERSON CALLING      LT    J. HUFF
      PERSON RECEIVING    CAPT  JEREMY KNAPP

REPORT DATE     07/31/09      PERSON REPORTING EMP    SHERRIE L. CISLER

      USE OF FORCE  YES    WEAPON USED  YES

********************************************************************************

ASSAULT                      (02) 03        STAFF USE OF WEAPONS    (20) 05
ON STAFF - SECURITY                         BATON

********************************************************************************

DESCRIPTION:

     ON 7-26-09 AT APPROXIMATELY 11:41 AM AS OFFICER GRIMALDI OPENED INMATE
IRIZARRY'S 99A0222 CELL GATE A3 38, TO GIVE INMATE IRIZARRY A KEEPLOCK
TRAY, INMATE IRIZARRY PUNCHED OFFICER GRIMALDI IN THE FACE WITH HIS CLOSED
RIGHT FIST. OFFICER GRIMALDI ATTEMPTED TO DEFEND HIMSELF USING BODY HOLDS,
INMATE IRIZARRY CONTINUED TO PUNCH OFFICER GRIMALDI WITH BOTH FIST STRIKING
OFFICER GRIMALDI IN THE HEAD AND FACE. OFFICER DAVIES ACTIVATED HIS PAS
AND RESPONDED TO A3 38 CELL. OFFICER DAVIES THEN ATTEMPTED TO USE BODY
HOLDS ON INMATE IRIZARRY GIVING INMATE IRIZARRY ORDERS TO STOP. INMATE
IRIZARRY FAILED TO COMPLY. INMATE IRIZARRY THEN STRUCK OFFICER DAVIES
IN THE RIGHT EYE WITH A CLOSED RIGHT FIST, OFFICER DAVIES PUNCHED INMATE
IRIZARRY WITH BOTH FISTS 5-6    TIMES IN THE HEAD AND UPPER BODY.
INMATE IRIZARRY CONTINUED TO PUNCH AND KICK. OFFICER DAVIES THEN STRUCK
INMATE IRIZARRY 3 TO 4 TIMES WITH A BATON IN THE UPPER BODY. OFFICER HARRIS
PUNCHED IRIZARRY 6-7 TIMES IN THE HEAD/FACE  WITH BOTH FISTS, MECHANICAL
RESTRAINTS WERE APPLIED ON IRIZARRY BY OFFICER HARRIS AS INMATE COMPLIED.


********************************************************************************

EVENTS CAUSING:

     ON THE ABOVE DATE AND TIME, AS C.O. GRIMALDI OPENED INMATE IRIZARRY'S CELL
     GATE (A-3-38), INMATE IRIZARRY PUNCHED C.O. GRIMALDI IN THE FACE WITH HIS
     CLOSED RIGHT FIST.


********************************************************************************

COXSACKIE                          FAC CODE 130    FAC LOG# 090065    CCC# 210360

                                   UF LOG# 090039

INCIDENT DATE    07/26/09  TIME 11:41 AM  LOCATION  CELL        0A 03 38S

        USE OF FORCE  YES      WEAPON USED  YES

*****************************************************************************

ACTION TAKEN:
     INMATE IRIZARRY ESCORTED TO ·MEDICAL, EXAMINED BY MEDICAL INJURIES NOTED
   BRUISE RIGHT SIDE OF FOREHEAD, 3/8" LACERATION EDGE OF RIGHT EYE,
   SUPERFICIAL CUT BEHIND LEFT EAR, ABRASION RIGHT FOREARM.COMPLAINS OF PAIN
   HEAD AND BACK. ███████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████████████
   ███████████████████████████████ PHOTOS TAKEN OF INMATE AND
   INVOLVED STAFF. INMATE IRIZARRY PLACED IN SHU 28 CELL WITHOUT INCIDENT.
   PHOTOS AND PAPERWORK SUBMITTED. SGT. ROACH RESPONDED TO INCIDENT AND IS
   INVESTIGATING. NOTIFICATIONS: OD STWD. STICKLES,DSS MARTUSCELLO, SUPT.
   LAPE, CCC CAPT. SIGNOR, NYSP BCI. OFFICER DAVIES BATON PLACED IN EVIDENCE
   BY SGT. ROACH.


*****************************************************************************

MEDICAL REPORT:

   REFER TO UOF #09-0065 FOR INMATE MEDICAL REPORT.


*****************************************************************************

PROPERTY DAMAGE:

   N/A


*****************************************************************************

NOTIFICATION (FAMILY):

   N/A

COXSACKIE                          FAC CODE 130    FAC LOG# 090065     CCC# 210360

                                   UF LOG# 090039

INCIDENT DATE    07/26/09  TIME 11:41 AM  LOCATION  CELL        0A 03 38S

        USE OF FORCE   YES      WEAPON USED   YES

************************************************************************************

NOTIFICATION (POLICE/OTHER):
CCC-CAPT. SIGNOR, OD-STEWARD STICKLES, DSS MARTUSCELLO, SUPT. LAPE,
NYSP BCI.


************************************************************************************
                                   INMATE INFORMATION:
************************************************************************************

IRIZARRY, CHRISTOPHER                          99A0222  DOB 04/29/1978 ETHNIC - HISPANIC

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON   | FORCE | INJURY     |
|----------------------------------|------|----------|-------|------------|
| ASSAULT       - ON STAFF-SEC     | PERP | BODY USE | BATON | LACERATION |
| STF WEAPONS   - BATON            | PERP | BODY USE |       |            |

************************************************************************************


        SPT WILLIAM LAPE                                    08/04/09
        SUPERINTENDENT                                      DATE

MEMORANDUM

TO: Sgt Roach

FROM: C.o. S Carknard

DATE: 7/26/09

SUBJECT: UI #090065    UOF# 09-039

On the above time at approximatley 11:45 Am I C.o. Carknard escorted inmate Irizzary 99A0222 from A3 to medical. During the escort I was exposed to blood from inmate Irizzary. I had blood on both arms and my shirt.

Respectfully submitted
CO S. Carknard
C O S Carknard

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
## COXSACKIE CORRECTIONAL FACILITY

WILLIAM R. LAPE
SUPERINTENDENT

MEMORANDUM

TO: 7-3 Watch Commander

FROM: Sgt G.W Roach

DATE: 7/26/09

SUBJECT: Irizarry C 99A0222    UOF # 09-039    Page 1 of 3
UI # 09-0065

Sir

ON 7/26/09 AT APPROXIMATELY 1140 AM I RESPONDED TO A MAJOR ALARM ACTIVATED ON A13. UPON MY ARRIVAL I TOOK CUSTODY OF INMATE IRIZARRY 99A0222 FROM SGT YUNG WHO HAD RESPONDED FROM A-1 DIVISION. I ORDERED THE OFFICERS INVOLVED IN THE INCIDENT (CO'S GRIMALDI, HARRIS, DAVIES) TO REPORT TO MEDICAL FOR EVALUATION/TREATMENT. INMATE IRIZARRY WAS THEN MOVED FROM A3 TO THE COXSACKIE CLINIC BY OFFICERS FERNANDEZ AND CARKNARD AND MYSELF. OFFICER D. DIXSON MET US IN THE NORTH CORRIDOR WITH THE HAND HELD VIDEO AND REMAINED WITH THE INMATE THEREAFTER.

IRIZARRY WAS SEEN BY RN. GIORGIANNI ALL INJURIES NOTED AND TREATMENT PROVIDED FOR SMALL CUT NEAR HIS RIGHT EYE. OFFICER CARROLL T. TOOK USE OF FORCE PHOTOS. THESE PROCEDURES WERE COMPLETED UNDER THE SUPERVISION OF SGT. PAVLIN WHO ESCORTED IRIZARRY TO THE SPECIAL HOUSING UNIT THEREAFTER.

I QUESTIONED IRIZARRY UPON HIS ARRIVAL AT THE CLINIC. IRIZARRY STATED THAT DURING THE CHOW RUN HE WAS ORDERED OUT OF HIS DIVISION LINE BY THE SERGEANT IN THE ASSEMBLY (SGT.YUNG) IRIZARRY STATED THAT HE WAS FRISKED AND THEN RETURNED TO HIS CELL (C.O. VERGA). IRIZARRY CONTINUED BY STATING THAT WHEN A3 RETURNED FROM FROM CHOW AN OFFICER (GRIMALDI) BROUGHT A FEED UP TRAY TO HIS CELL. WHEN HIS CELL WAS OPENED IRIZARRY ALLEGES THAT THIS OFFICER BEGAN TO STRIKE HIM AND WAS THEN JOINED BY THE OTHER OFFICERS.

CONTINUED PAGE 2

WILLIAM R. LAPE
SUPERINTENDENT

<u>MEMORANDUM</u>

TO: 7-3 WATCH COMMANDER

FROM: GW Roach Sgt

DATE: 7/26/09

SUBJECT: UI# 09-0065                    PAGE 2 OF 3

---

AS STATED BY THE OFFICERS INVOLVED IN THE INCIDENT, INMATE IRIZARRY WAS RETURNED FROM THE CHOW RUN AND SECURED IN HIS CELL, HE DID NOT DISPLAY ANY SIGN OF AGGITATION NOR MAKE ANY THREATS TOWARDS STAFF, WHEN A-3 RETURNED AND SECURED FROM CHOW. OFFICER GRIMALDI (A3) BROUGHT A FEED-UP TRAY TO IRIZARRY'S CELL. AS PER PROCEDURE OFFICER GRIMALDI ORDERED IRIZARRY TO THE BACK OF HIS CELL, WHEN OFFICER DAVIES (A3 BLK) OPENED THE CELL OF IRIZARRY, OFFICER GRIMALDI ATTEMPTED TO PLACE THE FEED-UP TRAY IN THE CELL. INMATE IRIZARRY TURNED AND LUNGED AT OFFICER GRIMALDI STRIKING HIM IN THE HEAD WITH CLOSED FISTS. IRIZARRY STRUCK OFFICER GRIMALDI NUMEROUS TIMES (APPROX 7-8) AS THE OFFICER ATTEMPTED TO PLACE A BODY HOLD ON THE INMATE TO STOP THE ASSAULT. OFFICER GRIMALDI FELL TO THE FLOOR DURING THE ASSAULT DROPPING THE TRAY AND ITS CONTENTS.

OFFICER M. HARRIS (B3) WAS ON THE B3 TIER AND HEARD THE DISTURBANCE IN A3 AND RESPONDED TO IT. OFFICER HARRIS ENTERED THE CELL AND OBSERVED INMATE IRIZARRY STRIKING OFFICER GRIMALDI. THE INMATE REFUSING ORDERS TO STOP WAS THEN STRUCK WITH CLOSED FISTS BY OFFICER HARRIS. OFFICER HARRIS DELIVERED MULTIPLE BLOWS TO THE HEAD AND FACE OF THE INMATE.

OFFICER DAVIES (A3 BLOCK) OBSERVED THE INCIDENT FROM THE LOCK BOX AREA. HE SECURED THE LOCK BOX, ACTIVATED THE MAJOR ALARM AND RESPONDED TO THE CELL ONLY MOMENTS BEHIND OFFICER HARRIS. OFFICER DAVIES ALSO EXCHANGED PUNCHES WITH INMATE IRIZARRY. DAVIES DELIVERED MULTIPLE BLOWS TO THE HEAD AND UPPER BODY OF THE INMATE, DURING THIS EXCHANGE OFFICER DAVIES WAS STRUCK AT LEAST ONE TIME ON THE RIGHT SIDE OF HIS FACE.

BOTH OFFICERS (HARRIS / DAVIES) EXCHANGED BLOWS WITH THE COMBATIVE INMATE WHO CONTINUED TO PUNCH AND KICK AT ALL THREE OFFICERS. ALL
IN THIS INCIDENT WERE HAMPERED IN THIER EFFORTS DUE TO THE FOOD WHICH HAD BEEN DROPPED ON THE CELL FLOOR.

CONTINUED PAGE 3

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
**COXSACKIE CORRECTIONAL FACILITY**

WILLIAM R. LAPE
SUPERINTENDENT

MEMORANDUM

TO: 7-3 WATCH COMMANDER

FROM: GW ROACH SGT

DATE: 7/26/09

SUBJECT: UI # 09 0065

PAGE 3 OF 3

OFFICER HARRIS WAS FINALLY ABLE TO TAKE INMATE IRIZARRY IN A BODY HOLD AND TAKE HIM TO THE FLOOR OF THE CELL. IRIZARRY LANDED FACE DOWN ON THE CELL FLOOR, AND CONTINUED TO KICK AND FLAIL HIS ARMS AT THE OFFICERS.

OFFICER DAVIES WHILE ON THE FLOOR DREW HIS BATON AND USING A JABBING MOTION DELIVERED SEVERAL BLOWS TO THE UPPER AREA OF THE INMATES BACK, IN ORDER TO GAIN COMPLIANCE AND STOP HIS VIOLENT BEHAVIOR.

RESPONSE TEAM MEMBERS ARRIVED AND PROVIDED RESTRAINTS WHICH WERE APPLIED BY OFFICER HARRIS

RESPECTFULLY

J. R. SGT

BRIAN S. FISCHER
COMMISSONER

WILLIAM R. LAPE
SUPERINTENDENT·

## MEMORANDUM

TO:     Sgt. G. Roach

FROM:   Sgt. J. Yung

DATE:   07/26/09

SUBJ:   Irizarry, 99A0222

On the above date at approximately 11:35 am I heard a watch commander response to zone 3. I was at A1 when this came over the two-way radio system. I went up to A3 to assist you. When I got to A3-38 cell I observed Officer Davies and M. Harris holding Inmate Irizarry face first to the ground. The Inmate was half in and half out of his cell. Officer M. Harris requested a set of mechanical restraints. Once he got a set, he applied them to Inmate Irizarry without further incident. You then arrived on the scene. Once the Inmate was secured, I immediately called for the hand held camera. Once you were on the scene, you took over. I then left the area and went to medical with Officers Grimaldi, Davies, and M. Harris.

Respectfully submitted,

Sgt. J. Yung

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
**COXSACKIE CORRECTIONAL FACILITY**

WILLIAM R. LAPE
SUPERINTENDENT

<u>MEMORANDUM</u>

TO: Sgt. Ronch

FROM: S. Grimaldi co

DATE: 7/26/09

SUBJECT: Use of force Inmate Irizzary 99A0222

On 7/26/09 at approx 11:41am I co. S. Grimaldi was in front of A-3-38 cell to give Inmate Irizzary 99A0222 a keep lock feed up tray. I gave Inmate Irizzary a direct order to step to the back of the cell, He complied. I then told c.o. Davies to open 38 cell, when the cell door opened I went to place the tray on the floor inside the cell. At that time I observed Inmate Irizzary lunge towards me and punched me in my head and face area several times. As I went to the ground Inmate Irizzary continued to punch me in my head and face area. I then attempted to restrain the Inmate. The Inmate remained combative, Response team arrived.

Respectfully
S. Grimaldi, c.o.

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
**COXSACKIE CORRECTIONAL FACILITY**

WILLIAM R. LAPE
SUPERINTENDENT

<u>MEMORANDUM</u>

TO: Sgt. Roach

FROM: C.O. M. Harris

DATE: 7/26/04

SUBJECT: Use of force 04-039   U.I. 040065

While taking the Rec. list for B-3 division C.O. M. Harris heard a loud disturbance coming from A-3 division I responded to A3-38 cell. I observed inmate Glissary, C. 99A0222 striking C.O. Grimaldi with closed fists. I then ordered this inmate to stop he refused and continued to strike C.O. Grimaldi I then struck this inmate with two closed fists. I struck him multiple times in the head and face area. This inmate continued to strike C.O. Grimaldi, I then grabbed him with my hands by his shirt I pulled him face down to the ground. The response team showed up and I was able to apply mechanical restraints on him.

Respectfully submitted
C.O. M. Harris

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
**COXSACKIE CORRECTIONAL FACILITY**

WILLIAM R. LAPE
SUPERINTENDENT

MEMORANDUM

TO: Sgt Roach

FROM: CO R. Davics

DATE: July 26, 2009

SUBJECT: UOF # 09-039   UI. # 09-0065

On the above date at approximately 11:40AM I was operating
the A3 lockbox for CO Grimaldi who was delivering a feedup
tray to 38cell Irizzary, C 99A0222. When I opened
the cell I heard a commotion from the cell. I
immediately secured the lockbox, activated my P.A.S., and
ran to officer Grimaldi's aid. Upon arriving at the cell I
observed the inmate repeatedly punching and kicking at
CO Grimaldi and CO Harris who also responded. I grabbed
hold of the inmates upper body, attempting to restrain
him, the inmate broke free from my hold and struck
me with a closed fist in my right side of my face.
Using both hands I began striking the inmate with
closed fist multiple times to the head and upper
body as the inmate continued to fight violently with
us. I drew my baton and applied several softening
jabs to the inmates upper body in attempt to gain
compliance. The response team arrived and the
inmate was placed in mechanical restraints.

Respectfully submitted
CO R.D
CO R Davies

# INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| NAME OF INMATE (Last, First)♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION♦ CELDA |
|---|---|---|
| Irizzary, Christopher | 99A 0222 | A - 3 - 38 |
| LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE<br>A -3-38 cell | INCIDENT DATE ♦ FECHA<br>7/26/09 | INCIDENT TIME ♦ HORA<br>approx 11:41am |

RULE VIOLATION(S) ♦ VIOLACIÓN/ES

106.10 Direct order     107.10 Interfereance

100.11 assault on Staff     104.11 violent conduct

104.13 Creating a disturbance

DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

On 7/26/09 at approx 11:41Am I co S.Grimaldi was Standing out Side A-3-38 cell to give Inmate Irizzary 99A 0222 his Keeplock feed-up tray. I ordered the Inmate to the back of the cell, The Inmate Complied. I then told co. Davies to open A-3-38, when the cell opened, I went to place the tray on the floor Inside the cell, At that time I observed Inmate Irizzary lunge towards me and Punched me Several times in the head and face areg. The Inmate was given Several direct orders to Stop ꟷꟷꟷꟷ, he failled to comply, Inmate Irizzary Remained combative until officers Harris and Davies and my self gained control. officer Harris Applied restraintes when the response team arrived. I then Reperted to medical.

| REPORT DATE ♦ FECHA | REPORTD BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 7/26/09 | S. Grimaldi | | CO |

ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)    SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)    FIRMAS   1. _____

3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

5. WERE OTHERS INMATES INVOLVED?    YES ☐   NO ☒ IF YES, GIVE NAME & #

7. AT THE TIME OF THIS INCIDENT, WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?    YES ☐   NO ☒   OR    .

AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?    YES ☒ NO ☐

5. WAS INMATE, MOVED TO ANOTHER HOUSING UNIT?    YES ☒ NO ☐    .

IF YES, (a) CURRENT HOUSING UNIT SHU - 28    (b) AUTHORIZED BY _____

3. WAS PHYSICAL FORCE USED?    YES ☒ NO ☐   (IF YES, FILE FORM 2104)

AREA SUPERVISOR ENDORSEMENT   CKC Svis.

Dist:    WHITE – Disciplinary Office CANARY – Inmate (After review)

COXSACKIE CORRECTIONAL FACILITY
Coxsackie, N.Y.
Interdepartmental Communication

TO: Sgt. Roach

FROM: C.O. Fernandez

DATE: 7/26/09

SUBJECT: UI # 09 0065
UOF # 09-039

Sir:

On the above date at approximately _11:45_ , I escorted Inmate _Irizzary_
D.I.N. _99A0222_ , from _A3_ to _Medical_ .
This escort was completed without incident.

Respectfully submitted,

C.O. C Fernandez

COXSACKIE CORRECTIONAL FACILITY
Coxsackie, N.Y.
Interdepartmental Communication

TO: Sgt. Roach

FROM: C.O. S. Carknard

DATE: 7/26/09

SUBJECT: Escort    uI # 090065
                   4cF # 09 - 039

Sir:

On the above date at approximately _11:__, I escorted Inmate _Irizzay_
D.I.N. _99 A0222_, from _A5_ to _medical_.
This escort was completed without incident.

Respectfully submitted,

C.O. S. Carknard
C.O. S Curbel

TO: Sgt Pavlin

FROM: C.O. J. Soothord

DATE: July 26, 2009

SUBJECT: Inmate Irizarry 99A0222

Sir:

On the above date at approximately _12pm_ , I escorted Inmate _Irizarry_
D.I.N. _99A0222_, from _Clinic_ to _S.H.U._ .
This escort was completed without incident.

Respectfully submitted,

C.O. J Soothord

# COXSACKIE CORRECTIONAL FACILITY
## Coxsackie, N.Y.
### Interdepartmental Communication

TO: Sg / P. v l.

FROM: C.0 S. King

DATE: 7-26-09

SUBJECT: Inmate - IRI Zarry 99A0222

Sir:

On the above date at approximately 12:35pm I escorted Inmate Iri zarry
D.I.N. 99A0222 , from Clinic to SHU .
This escort was completed without incident.

Respectfully submitted,

C.0 S. King
S. King

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
**COXSACKIE CORRECTIONAL FACILITY**

WILLIAM R. LAPE
SUPERINTENDENT

<u>MEMORANDUM</u>

TO: Sgt. Roach

FROM: C.O. C. Fernandez

DATE: 7/26/09

SUBJECT: UI# 09 0065    UOF# 09-039

Sir, On the above date and approximately 11:45Am I C.O. Fernandez escorted Inmate Irizzary #99A0222 from A³ to medical. During the escort I was exposed to blood from Inmate Irizzary. I had blood on both arms and shirt.

Respectfully Submitted,
C.O. C.
C. Fernandez

Form 2104 (3/02)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

Ref. Directives #4944, 4006

**USE OF FORCE REPORT**

There are _____ other reports filed under this Use of Force Log #

| FACILITY | COXSACKIE | Incident Date: 7/26/09 | Facility Use of Force Log # | 0 9 — 0 3 9 |
|---|---|---|---|---|
| Incident Location | A3/38cell | Incident Time: 11:40 AM | If Unusual Incident, CCC Log # | 0 9 0 0 6 5 |

**PART A - REPORT OF INCIDENT**

| INMATE INVOLVED | Name | DIN | Cell/Cube Location | Code Code* | 01 Bystander<br>02 Participant<br>03 Perpetrator<br>04 Suspect<br>05 Victim<br>06 Witness |
|---|---|---|---|---|---|
| IRIZARRY, C. | | 99A0222 | A3/38 | 03 | |

| STAFF INVOLVED | Name | Title |
|---|---|---|
| 1. | GRIMALDI | C.O. |
| 2. | HARRIS, M. | C.O. |
| 3. | DAVIES | C.O. |
| 4. | | |

**DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE**

OFFICER GRIMALDI ASSAULTED BY INMATE IRIZARRY DURING KEEPLOCK FEED-UP ON A3

UI# 09-0065

**TYPE OF FORCE USED**  01 ☑2 04

| 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 99 Other |
|---|---|---|---|
| 02 Body Hold | 04 Mechanical Restraint | 06 Shield | |

**DESCRIBE THE ACTUAL FORCE USED**    (If chemical agents are used, indicate who authorized use. If inmate is injured, attach photographs.)

OFFICER GRIMALDI AFTER BEING STRUCK, ATTEMPTS TO GRAB INMATE IN BODY HOLD TO PREVENT FURTHER ASSAULT BY INMATE.

RESPONDING OFFICER HARRIS ENTERS CELL AND STRIKES INMATE WITH CLOSED FIST BLOWS TO HEAD/FACE OF INMATE, NUMEROUS STRIKES TO INMATE USING BOTH HANDS. OFFICER HARRIS THEN USING BODY HOLD WITH BOTH HAND) AROUND COLLAR AREA TAKES INMATE TO FLOOR AND HOLDS HIM.

RESPONDING OFFICER DAVIES ENTERS CELL AND STRIKES INMATE WITH CLOSED FIST BLOWS TO HEAD AND UPPER BODY, BATON USED BY OFFICER DAVIES, SEVERAL JABS WITH BATON TO UPPER BACK AREA OF INMATE.

OFFICER HARRIS APPLIES MECHANICAL RESTRAINTS BEHIND BACK OF INMATE.

| G. W. Roach | | CORR. Sgt. | 7/26/09 |
|---|---|---|---|
| REPORTER - Name | Signature | Title | Date |

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmates(s) involved

## Attachment C

Form 2104.1 ADD (9/98)
Rev. Directive #4944, 4004

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES**
**USE OF FORCE REPORT - PART B - ADDENDUM**

**FACILITY** Hdsbie
**Date & Time of Incident** 7/26/09 1143 am
**Facility Use of Force Log #**

**INMATE NAME** FRiZarry Christopher **DIN** 99A0222 **Cell Location** A3-38

**PHYSICAL EXAMINATION/TREATMENT - DETAIL**

**EXAMINER'S NAME AND TITLE** KGiorgiauNi RN **Date & Time of Examination** 7/26/09 12²⁰



#1 Black & blue area (R) forehead. Red and discolored area back of head (L) side. Cut to outer edge (R) eye approx 3/8" long. Superficial cut behind (L) ear, (L) scapula area red. Several red marks going across (L) upper arm above elbow (back of arm). (L) forearm has an abrasion in back. I/M c/o joint discomfort, c/o sore neck and back & m able to dress self with good ROM. When talking, did not open mouth fully. I/M allowed to wash blood off. Required nursing assistance with dried blood for better viewing of skin. Did appear to be slightly stiff with head movement. Treatment required to (R) cut areas. Area cleansed with antibacterial soap & H₂O. 3 steristeri strips applied. Dry & motrin issued.

Kriorgiani Rw 7/26/09   **EXAMINER'S SIGNATURE AND DATE**

Dist: Original - Superintendent   Copy - Medical record file of inmate involved

Ref. Directives #4944, 4004

# USE OF FORCE REPORT (cont'd)

There are _____ other reports filed under this Use of Force Log #

| Facility | Date & Time of Incident | Facility Use of Force Log # |
|---|---|---|
| Cedarcliff | 7/26/9  11 43 am | 09 - 039 |

| Inmate Name | DIN | If Unusual Incident, CCC Log # |
|---|---|---|
| F Regina Christopher | 99AC333 | 09 00 65 |

## Part B - Physical Examination / Treatment Report

Examiner's Name & Title   K Giorgianni; RN    Date & Time of Examination  7/26/09   12ᵖ

Medical Report   (Indicate date & time of examination, describe extent of any injuries, and describe treatment provided)

7/26/09 12P  Seen Down to shorts assessment. Black + blue (R) forehead, Red and discolored area back of head (D) side (refers to diagram) Cut to outer edge (L) eye. approx 3/8" long. Superficial cut behind (L) ear. (L) periorbital area red. Several red marks going across (L) upper arm above elbow (back of arm), (R) forearm red and abrasion on back. I/M c/o pain discomfort. C/O one neck and back. I/M able to change, self withstand ROM while dressing. When talking, wide not open mouth fully. I/M cleaned the wash blood off. Nurse requires assistance with dried blood for better visual for injuries. Did appear to be slightly stiff with moving head for me. Tx required to (R) outer eye area rinsed. Area cleansed with antibacterial soap + H₂O. 3 slender steri strip applied. Ice + motion applied to I/M  I/M iced + iced x 5

Examiner's Signature and Date  Kgiorgianni RN 7/26/09

## Part C - Review and Evaluation by Superintendent

Superintendent's Signature and Date

Distribution:  Original - Superintendent    Copy - Guidance Unit file(s) of inmate(s) involved

FORM 1595 (11/05)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INJURY REPORT

| Facility | Date of injury | Time of injury | Place of injury |
|---|---|---|---|
| Coxsackie | 7/26/09 | 1143 Am | A 3 |

| Inmate name | DIN# | | Locking location |
|---|---|---|---|
| Christopher, Christopher | 991 6 0 3 3 2 | | A 3 - 3 J |

**What was inmate doing when injured?**
Unknown

**Cause of injury?**
Use of F

**Inmate's statement:**
My gum hurts, my teeth are loose too. My (R) eye feels like its going to pop out. My head is throbbing. My shoulders, my neck, my knees are hurting. Back pain, sharp in middle of my back.

_C.V. Long_
Inmate's Signature                    Date

**Witnesses**

**Reporting Employee**                    **Title**

---

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: | Time: AM/PM |
|---|---|
| 7/26/09 | 12 N |

**Nature of Injury:**
Bruise + blue area (R) side of forehead. O described as back of head (L) also. Cut approx 3/8" long into edge (L) eye. Several red marks back of (L) upper arm, abrasion back of (R) forearm. ROM OK while dressing. Did appear to be slightly stiff with head movement. Did not fully open mouth when speaking. Alert + oriented x 3.

**Services Provided:** ☑ First Aid ☑ Medical Treatment
I/M allowed to wash face + arms. (L) eye area cleansed with antibacterial soap + H₂O. 3 narrow steri strips applied. Ice + motrin issued.

| Was inmate admitted to facility infirmary? | Outside hospital? If yes, where? |
|---|---|
| yes ☐   no ☑ | yes ☐   no ☑ |

**Name and title of person furnishing treatment at facility:**

Signature _Kuznin_                    Title _RN_

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.

# EXHIBIT
# C

| | STATE OF NEW YORK | Grievance Number CX-15319-09 | Desig./Code I/49 | Date Filed 8/3/09 |
|---|---|---|---|---|
|  | DEPARTMENT OF CORRECTIONAL SERVICES | Facility Coxsackie Correctional Facility | | |
| | | Title of Grievance Staff Assault | | |
| INMATE GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | | Director's Signature | | Date 10/21/09 |

10/21/09

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED WITH CLARIFICATION

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied with clarification to the extent that the matter was investigated and the issue of the complaint has been found to be without merit. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the facility administration has conducted a proper investigation, and that referenced staff have gone on record to deny the grievant's allegation of assault. CORC notes that the grievant was involved in an appropriately documented Use of Force and Unusual Incident, and that he received prompt medical attention. Contrary to the grievant's assertions, CORC has not been presented with sufficient evidence to substantiate any malfeasance by staff.

It is noted that the grievant received a misbehavior report, the facts and circumstances of which were reviewable both at the disciplinary proceeding and upon appeal in accordance with 7 NYCRR, Chapter V. CORC notes that the grievant was found guilty of assault on staff, violent conduct, creating a disturbance, interference, harassment, refusing a direct order, and movement violation.

CORC notes that Directive #4040, Section 701.1, states, in part, that the grievance program is not intended to support an adversary process.

With respect to the grievant's appeal, CORC notes that the grievant was interviewed by Lieutenant H... regarding the instant complaint.

CORC notes that the grievant has been transferred.

JA/dz

------------------------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------------------------



BRIAN FISCHER
COMMISSIONER

## MEMORANDUM

TO:      Superintendent William Lape, Coxsackie Correctional Facility

FROM:    Karen Bellamy, Director, Inmate Grievance Program

DATE:    October 21, 2009

SUBJ.:   CORC Decision: CX- 15319-09

---

The attached decision is forwarded to you for **action.**

CORC notes that the grievant, C. Irizarry, 99A0222, alleged that Officer R. Davies III assaulted him on 7/26/09. The officer was interviewed by Lieutenant Huff and denied the grievant's allegations, however, a written response is required in accordance with the department's staff conduct investigation procedures.

CORC requests a copy of his written statement upon his return to duty.

This decision requires a statement of compliance and/or remedial action by your office/administration. Attach copies of any relevant documentation (order, reports, etc.). Please reply within 30 days, unless otherwise indicated.

KRB/
Attachment
CC:   Grievance File - CX-15319-09
      Supervisor, IGP - Edward Killar, Coxsackie CF

-------------------------------------------------------------------

ENDORSEMENT:

☐ The following specific action has been/is being taken:

_____

_____

_____

_____

☐ See attached documentation implementing the CORC decision.

Signed: _____ Date: _____

(Superintendent/Division Head)

CASE HISTORY AND RECORD

GRIEVANCE NO:**CX-15319-09**

NAME:**Irizarry, C.**

DIN NO:**99A0222**

TITLE:**Allegations of staff assault**

CODE:**49**                    INSTUTIONAL/DEPARTMENTAL:    **I**

DATE FILED:**8/03/09**

IGRC DATE:**NONE**

SUPERINTENDENT DATE:**9/15/09**

APPEAL DATE:**9/23/09**

INVESTIGATION:

    IGRC INVESTIGATION DATE:

    FACILITY POLICY:

    CAPTAIN DATE:**9/08/09**

    SUPERVISOR DATE:**9/05/09,8/25/09**

    EMPLOYEE DATE:**8/31/09,8/30/09,8/31/09**

    PRIOR C.O.R.C.:

    OTHER: **Copy of Disciplinary Incident Summary**

I.G.P. SUPERVISORS SIGNATURE:

**GRIEVANT NAME:**Irizarry,C.          DIN#99A0222

**GRIEVANCE NO:**CX-15319-09

**TITLE:**Allegations of staff assault

**DATE FILED:** 8/03/09

**GRIEVANCE CODE:**49

**GRIEVANCE:**Description of Problem: On the above date I was assaulted and almost killed by C.O. Steven A. Grimaldi, Robert A. Davies III, Mark A. Harris and C.O. King, while in route to chow I had words with Sgt. T. Young and as a result I was keeplocked. When C.O. Grimaldi brought a K.L. tray to the cell I was in at the time A-3-38 he entered and began to punch me in my head and face saying "don't fuck with my Sgt" shortly after C.O. Davies and Harris entered the cell and began punching me in my face and head C.O. Mark A. Harris grabbed my plastic hot pot and began to beat me repeatedly in my head with it while C.O. Davies and Grimaldi held me down on the floor face down. This is how I got all the superficial cuts behind my head and ears. I did not throw one punch I made several attempts to submit to the officers but they kept punching me and kicking me also hitting me with baton's. C.O. Harris is responsible for my leg being broken because he took it and twisted it back. I heard it snap. Once I was cuffed several other C.O.'s came and kicked me and punched me in my head and face. The only 2 officers I noticed in addition to the first 3 who assaulted me were C.O. King and Hernandez who took me out of the cell and brought me to the clinic. C.O. King punched me in my face several times while calling me a piece of shit ass hole. His partner Fernandez was angry at him because everytime he punched me my blood would splash on Fernandez shirt sleeves. While leaving the company Sgt. Young kicked me in my chest while handcuff note: most of the attack was when I was in handcuffs already restrained. Once an inmate is in mechanical restraints there is no justifiable reason to hit the inmate with closed fist's or batons if he is not resisting.

**ACTION REQUESTED:**That this complaint is fully investigated. That these C.O.'s be fired if investigation proves my complaint to be true. that these C.O.'s be held responsible for all of my injuries physical, and mental.

**I.G.R.C. RESPONSE:**NONE

**SUPERINTENDENT'S RESPONSE:**Staff denies all allegations of assaulting the grievant. The grievant was interviewed by a Lieutenant and provided no witnesses or additional information to his claims. The grievant was found guilty at a TierIII hearing for his actions on 7/26/09, including staff assault. The grievance is denied.

**APPEAL STATEMENT:**I was never interviewed by anyone regarding this complaint, being found guilty at a tier III hearing doesn't have any thing to do with the fact that I was assaulted by staff.



STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
ALBANY, NY 12226

KAREN BELLAMY
DIRECTOR
ROUTING SLIP

**To:** Karen R Bellamy

**From:** Karen Bellamy
Director

**Date:** 11/23/2009

**Inmate:** Christopher Irizarry 99A0222
Coxsackie

**Re:** Action Letter - CX-15319-09

Please circulate and review.

**TO:** R. Jones
J. Dennis
S. English
J. Hale
C. Lindquist
R. English
J. Antonelli
T. Carroll

Enclosure

20091123-110900-DCZ



STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

BRIAN FISCHER
COMMISSIONER



RECEIVED

OCT 2 3 2009

COXSACKIE CORP. FAC
SUPERINTENDENT'S OFFICE

**MEMORANDUM**

NYS DEPT OF
CORRECTIONAL SERVICES

TO: Superintendent William Lape, Coxsackie Correctional Facility

NOV 2 3 2009

FROM: Karen Bellamy, Director, Inmate Grievance Program

RECEIVED
INMATE GRIEVANCE

DATE: October 21, 2009

SUBJ.: CORC Decision: CX- 15319-09

The attached decision is forwarded to you for **action**.

CORC notes that the grievant, C. Irizarry, 99A0222, alleged that Officer R. Davies III assaulted him on 7/26/09. The officer was interviewed by Lieutenant Huff and denied the grievant's allegations, however, a written response is required in accordance with the department's staff conduct investigation procedures.

CORC requests a copy of his written statement upon his return to duty.

This decision requires a statement of compliance and/or remedial action by your office/administration. Attach copies of any relevant documentation (order, reports, etc.). Please reply within 30 days, unless otherwise indicated.

KRB/
Attachment
CC: Grievance File - CX-15319-09
    Supervisor, IGP - Edward Killar, Coxsackie CF

--- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ENDORSEMENT:

☐ The following specific action has been/is being taken:

As requested, please find the written statement from
Officer R. Davies.

☐ See attached documentation implementing the CORC decision.

Signed _____ Date: 11/20/09
    Daniel F. Martuscello, Act. Supt.
    (Superintendent/Division Head)

**MEMORANDUM**

T O: *Lt Huff*

FROM: *CO R Davies*

DATE: *Nov 18, 2009*

SUBJECT: *Grievance # CX-15319-09*

On July 26, 2009 I, CO R. Davies, did respond to
a incident involving inmate Irizarry 99A0222 and
I did use force on the inmate as documented. At
no time did I assault this inmate.

Respectfully Submitted

CO R Davies



| STATE OF NEW YORK | Grievance Number<br>CX-15319-09 | Desig./Code<br>I/49 | Date Filed<br>8/3/09 |
|---|---|---|---|
| DEPARTMENT OF<br>CORRECTIONAL SERVICES | Facility<br>Coxsackie Correctional Facility | | |
| | Title of Grievance<br>Staff Assault | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | Director's Signature | | Date<br>10/21/09 |

10/21/09

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED WITH CLARIFICATION

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied with clarification to the extent that the matter was investigated and the issue of the complaint has been found to be without merit. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the facility administration has conducted a proper investigation, and that referenced staff have gone on record to deny the grievant's allegation of assault. CORC notes that the grievant was involved in an appropriately documented Use of Force and Unusual Incident, and that he received prompt medical attention. Contrary to the grievant's assertions, CORC has not been presented with sufficient evidence to substantiate any malfeasance by staff.

It is noted that the grievant received a misbehavior report, the facts and circumstances of which were reviewable both at the disciplinary proceeding and upon appeal in accordance with 7 NYCRR, Chapter V. CORC notes that the grievant was found guilty of assault on staff, violent conduct, creating a disturbance, interference, harassment, refusing a direct order, and movement violation.

CORC notes that Directive #4040, Section 701.1, states, in part, that the grievance program is not intended to support an adversary process.

With respect to the grievant's appeal, CORC notes that the grievant was interviewed by Lieutenant H... regarding the instant complaint.

CORC notes that the grievant has been transferred.

JA/dz
-------------------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------------------

## NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
## COXSACKIE CORRECTIONAL FACILITY
William R. Lape
SUPERINTENDENT

## MEMORANDUM

TO:         IGRC – ED KILLAR

FROM:       J. Raymond, Captain

DATE:       November 19, 2009

SUBJECT:    CORC  CX-15319-09 / IRIZARRY, C. / 99A0222

As requested by CORC, attached is a written statement from C.O. Davies

concerning the above mentioned grievance.

cc:File

LISTING OF CASES BEING CLOSED

Check carefully.    The program will let you make corrections.

```
Record#  grievance         lastname   closed
    190  CX-15319-09       IRIZARRY   11/30/2009

Number closed =
         1
```

FORM 2131E (REV. 6/06)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICE
**INMATE GRIEVANCE COMPLAINT**

AUG -S 2009

| Grievance No. |
|---|
| CX-15319-09 |

Coxsackie _____ CORRECTIONAL FACILITY

Date 7-26-09

Name Chris Trizarry _____ Dept.No. 99 A0222 Housing Unit SHU 28

Program ____ X ____ AM ____ X ____ PM

*(Please Print or Type - This form must be filed within 21 calender days of Grievance Incident)* *

Description of Problem: (Please make as brief as pos) ON THE above DATE I was Assaulted AND Almost Killed by C.O's STEVEN A Grimaldi, RobeRT J DAViES III, MaRk Harris AND C.o S. KinG, While in RouTe to chow I had words with SGT Yung AND As A result I was kreplocked. When C.o Grimaldi brought A K.L TRAY The cell I was in AT The Time 4-3-35 he entered AND Begun to Punch in my head and Face Saying "dont fuck with my SGT" Shortly After C.o davies id Harris Entered the cell and began Punching me in my Face and head →

Grievant Signature Chris Trizarry

Grievance Clerk _____ Date: AUG -S 2009

Advisor Requested [ ] YES [✓] NO    Who: _____

Action requested by inmate: That this Complaint is fully INVESTIGATED, THAT These Co's be Fired if investigation Proves my Complaint to be true, That these 's be held responsible for all of my injuries physical and mentaL

This Grievance has been informally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit mat be requested under Directive #4040, section 701.6(g).

I.G File

C.O MARK.A. Harris Grabbed my Plastic Hot Pot and began to beat me Repeatidly In my head with it while C.O Davies and Grimaldi held me down on the Floor Face down. This is How I Got All The Superficial Cuts behind my head and ears, I did not Throw one punch I made severel attempts to Submit to the officers but They Kept Punching me and Kicking me Also hitting me with baTon's. C.O Harris is Responsible For my Leg being broken because he Took it and twisted it bACK. I heard it SNAP. Once I was hand Cuffed Several other C.o's Came and Kicked me and Punched me In my head and face. The only 2 officers I Noticed In addition to the first 3 who assaulted me were C.O King AND Fernandez who Took me out The Cell and Brought me To The Clinic. C.O King Punched me IN my face Several Times while Calling me A Peice of shit Ass hole. His pArtner Fernandez was Angry At him because EveryTIme he punched me my Blood would splash on fenandez Shirt Sleeve si— while leaving the Company SGT T. yung kicked me IN my Chest while hand Cuffed NOTE: most of The attack was when I was IN handcuffs Already Restained. Once an INmate is IN mechanical Restraints there is no Justifiable Reason to hit The Inmate with Closed fist's or baTons iF he is not Resisting.

C.C.File

## MEMORANDUM

**TO:**       **Ed Killar - IGRC**

**FROM:**     **J. Raymond, Captain**

**DATE:**     **October 9, 2009**

**SUBJECT:**  **Grievance – CORC  CX 15319-09 – IRIZARRY, C.   99A0222**

As requested by CORC, attached is a written statement from C. O. Gripaldi regarding the abovementioned grievance.  C.O. Davies is out on comp and will obtain a written statement from him upon his return to work.

cc: File

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES

# COXSACKIE CORRECTIONAL FACILITY

WILLIAM R. LAPE
SUPERINTENDENT

## MEMORANDUM

TO: Lt. Huff

FROM: S. Grimaldi C.O.

DATE: 9/7/09

SUBJ: Inmate Irizarry 99A 0222 Grievance

Sir

At no time did I C.O. S. Grimaldi act in an Unprofessional manor. I did not assult Inmate Irizarry. At no time did I say " dont fuck with my set." On 7/26/09 I was assulted by Inmate Irizarry, I attemped to use body holds to gain control of Inmate Irizarry.

Respectfully

C.O S. Grimaldi

## NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
## COXSACKIE CORRECTIONAL FACILITY
William R. Lape
SUPERINTENDENT

## **MEMORANDUM**

TO: Ed Killar - IGRC

FROM: J. Raymond, Captain

DATE: 9/8/09

SUBJECT: CX-15319-09  Irizarry, C.  99A0222

---

Our investigation of the above grievance has been completed. Because of the reason stated in the investigation, I recommend the grievance be denied.

cc: File

STATE OF NEW YORK
# DEPARTMENT OF CORRECTIONAL SERVICES
## COXSACKIE CORRECTIONAL FACILITY
COXSAKIE, NEW YORK 12051-0200

(518) 731-2781

BRIAN S. FISCHER
COMMISSONER

WILLIAM R. LAPE
SUPERINTENDENT

## MEMORANDUM

TO:    Lt. J. Huff

FROM:   Sgt. J. Yung

DATE:   08/25/09

SUBJ:   Inmate Izrizarry, C 99A0222 complaint CX 15319-09

Sir,

    This is in response to a complaint written by the above Inmate where he alleges that I kicked him in the chest after he assaulted staff. At no time did I strike or kick or hit this inmate in any way. I was not present when he assaulted staff on the day of 7/26/09. I did in fact write this Inmate a misbehavior report that resulted him being keeplocked on this date. The only involvement I had with the incident that took place was escort the two officers that were assaulted by this inmate to the facility clinic. Sgt. Roach was the supervisor who supervised the escort of this inmate to the facility clinic. When I arrived to assist Sgt. Roach, this inmate was already in mechanical restraints and the situation was under control. I did not witness any staff assault or hurt this inmate in any way. I believe this inmate is writing this complaint against me as a means of retaliation against me for keeplocking him and writing misbehavior report on him. This complaint is totally false. Please also note that I am Sgt. J. Yung, not Sgt. T. Yung as he wrote.

Respectfully submitted,

Sgt. J. Yung

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES

# COXSACKIE CORRECTIONAL FACILITY

WILLIAM R. LAPE
SUPERINTENDENT

## MEMORANDUM

TO: Lt. Huff

FROM: CO S. King

DATE: 8-30-09

SUBJ: C. Irizarry 99A0222

On the date of 7-26-09 I did escort Inmate Irizarry. He walked on his own from A-block to Clinic, and then Clinic to SHu. At no time did I or did I see anyone assult Inmate Irizarry at anytime. I wasnt present when Inmate Irizarry was taken from his cell

respectfully
S. King CO
S. King

STATE OF NEW YORK              PRINTED AT
                      DEPARTMENT OF CORRECTIONAL SERVICES    10/01/09  03:40 PM
                             UNUSUAL INCIDENT REPORT


  COXSACKIE                    FAC CODE 130    FAC LOG# 090065    CCC# 210360

       .                       UF LOG# 090039

  INCIDENT DATE   07/26/09  TIME 11:41 AM  LOCATION  CELL        0A 03 38S

  TELEPHONE DATE  07/26/09  TIME 03:14 PM

       PERSON CALLING      LT    J. HUFF
       PERSON RECEIVING    CAPT  JEREMY KNAPP

  REPORT DATE      07/31/09     PERSON REPORTING EMP    SHERRIE L. CISLER

       USE OF FORCE  YES      WEAPON USED   YES

  *****************************************************************************

  ASSAULT                   (02) 03        STAFF USE OF WEAPONS    (20) 05
  ON STAFF - SECURITY                      BATON

  *****************************************************************************

  DESCRIPTION:

       ON 7-26-09 AT APPROXIMATELY 11:41 AM AS OFFICER GRIMALDI OPENED INMATE
  IRIZARRY'S 99A0222 CELL GATE A3 38, TO GIVE INMATE IRIZARRY A KEEPLOCK
  TRAY, INMATE IRIZARRY PUNCHED OFFICER GRIMALDI IN THE FACE WITH HIS CLOSED
  RIGHT FIST. OFFICER GRIMALDI ATTEMPTED TO DEFEND HIMSELF USING BODY HOLDS,
  INMATE IRIZARRY CONTINUED TO PUNCH OFFICER GRIMALDI WITH BOTH FIST STRIKING
  OFFICER GRIMALDI IN THE HEAD AND FACE. OFFICER DAVIES ACTIVATED HIS PAS
  AND RESPONDED TO A3 38 CELL. OFFICER DAVIES THEN ATTEMPTED TO USE BODY
  HOLDS ON INMATE IRIZARRY GIVING INMATE IRIZARRY ORDERS TO STOP. INMATE
  IRIZARRY FAILED TO COMPLY. INMATE IRIZARRY THEN STRUCK OFFICER DAVIES
  IN THE RIGHT EYE WITH A CLOSED RIGHT FIST, OFFICER DAVIES PUNCHED INMATE
  IRIZARRY WITH BOTH FISTS 5-6    TIMES IN THE HEAD AND UPPER BODY.
  INMATE IRIZARRY CONTINUED TO PUNCH AND KICK. OFFICER DAVIES THEN STRUCK
  INMATE IRIZARRY 3 TO 4 TIMES WITH A BATON IN THE UPPER BODY. OFFICER HARRIS
  PUNCHED IRIZARRY 6-7 TIMES IN THE HEAD/FACE  WITH BOTH FISTS, MECHANICAL
  RESTRAINTS WERE APPLIED ON IRIZARRY BY OFFICER HARRIS AS INMATE COMPLIED.



  *****************************************************************************

  EVENTS CAUSING:

  ON THE ABOVE DATE AND TIME, AS C.O. GRIMALDI OPENED INMATE IRIZARRY'S CELL
  GATE (A-3-38), INMATE IRIZARRY PUNCHED C.O. GRIMALDI IN THE FACE WITH HIS
  CLOSED RIGHT FIST.



  *****************************************************************************

COXSACKIE                       FAC CODE 130    FAC LOG# 090065    CCC# 210360

                          UF LOG# 090039

INCIDENT DATE    07/26/09  TIME 11:41 AM  LOCATION  CELL          0A 03 38S

      USE OF FORCE  YES        WEAPON USED  YES

********************************************************************************

ACTION TAKEN:
    INMATE IRIZARRY ESCORTED TO MEDICAL, EXAMINED BY MEDICAL INJURIES NOTED
  BRUISE RIGHT SIDE OF FOREHEAD, 3/8" LACERATION EDGE OF RIGHT EYE,
  SUPERFICIAL CUT BEHIND LEFT EAR, ABRASION RIGHT FOREARM.COMPLAINS OF PAIN
  HEAD AND BACK.CO DAVIES EXAMINED BY MEDICAL, SMALL LACERATION AND BRUISING
  RIGHT EYE. DAVIES RELIEVED OF DUTY, FOLLOWUP WITH AMCH EMERGENCY ROOM.
  OFFICER GRIMALDI EXAMINED BY MEDICAL, BRUISE RIGHT EYE, COMPLAINS OF PAIN
  LEFT ELBOW, LEFT SIDE OF FACE. RELIEVED OF DUTY TO FOLLOWUP WITH DOCTOR.
  OFFICER HARRIS EXAMINED BY MEDICAL, COMPLAINS OF PAIN RIGHT THUMB,
  LACERATION LEFT KNUCKLES. REMAINED ON DUTY. PHOTOS TAKEN OF INMATE AND
  INVOLVED STAFF. INMATE IRIZARRY PLACED IN SHU 28 CELL WITHOUT INCIDENT.
  PHOTOS AND PAPERWORK SUBMITTED. SGT. ROACH RESPONDED TO INCIDENT AND IS
  INVESTIGATING. NOTIFICATIONS: OD STWD. STICKLES,DSS MARTUSCELLO, SUPT.
  LAPE, CCC CAPT. SIGNOR, NYSP BCI. OFFICER DAVIES BATON PLACED IN EVIDENCE
  BY SGT. ROACH.


********************************************************************************

MEDICAL REPORT:

  REFER TO UOF #09-0065 FOR INMATE MEDICAL REPORT.


********************************************************************************

PROPERTY DAMAGE:

  N/A


********************************************************************************

NOTIFICATION (FAMILY):

  N/A

 COXSACKIE                          FAC CODE 130    FAC LOG# 090065    CCC# 210360

                                UF LOG# 090039

 INCIDENT DATE    07/26/09  TIME 11:41 AM  LOCATION  CELL        0A 03 38S

        USE OF FORCE   YES      WEAPON USED   YES

************************************************************************************

NOTIFICATION (POLICE/OTHER):
  CCC-CAPT. SIGNOR, OD-STEWARD STICKLES, DSS MARTUSCELLO, SUPT. LAPE,
  NYSP BCI.


************************************************************************************
                               INMATE INFORMATION:
************************************************************************************

 IRIZARRY, CHRISTOPHER                      99A0222  DOB 04/29/1978 ETHNIC - HISPANIC

    GEN INCIDENT - SPECIFIC INCIDENT   ROLE     WEAPON       FORCE        INJURY
    ASSAULT       - ON STAFF-SEC       PERP    BODY USE      BATON     LACERATION
    STF WEAPONS   - BATON              PERP    BODY USE



************************************************************************************
                              EMPLOYEE INFORMATION:
************************************************************************************

 GRIMALDI, STEVEN A              CO

    GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY        DEGREE
    ASSAULT      - ON STAFF-SEC        BODY HOLD      ██████        ██████
************************************************************************************

 ROACH, GLENN W                  SGT

    GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY        DEGREE
    ASSAULT      - ON STAFF-SEC
************************************************************************************

 HARRIS, MARK A                  CO

    GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY        DEGREE
    ASSAULT      - ON STAFF-SEC         OTHER      ████████████    ████████
************************************************************************************

   COXSACKIE                        FAC CODE 130    FAC LOG# 090065    CCC# 210360

                            UF LOG# 090039

   INCIDENT DATE    07/26/09  TIME 11:41 AM  LOCATION  CELL        0A 03 38S

          USE OF FORCE   YES       WEAPON USED   YES

*********************************************************************************
                          EMPLOYEE INFORMATION:
*********************************************************************************
   DAVIES, ROBERT J III            CO

      GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY         DEGREE
      ASSAULT       - ON STAFF-SEC            BATON
      STF WEAPONS   - BATON


*********************************************************************************



       SPT WILLIAM LAPE                               08/04/09
       SUPERINTENDENT                                 DATE

```
UNS571      STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
10/01/09                    USE OF FORCE REPORT
15:40:46              COXSACKIE                      UF LOG NO. 090039.00
                 INCIDENT DATE 07/26/09  TIME 11:41AM  UI CCC NO. 210360
GEN LOC. 03 CELL         SPEC LOC. 0A-03-38S          CB LOG NO.
========================================================================
INMATE                      DIN    ETHNIC    ROLE
IRIZARRY, CHRISTOPHER     99A0222   HSP      PERP
========================================================================
STAFF INVOLVED            TITLE    FORCE1     FORCE2     FORCE3    DEGREE

GRIMALDI, STEVEN A         CO      BODY HOLD

HARRIS, MARK A             CO       OTHER    MECH RESTR

DAVIES, ROBERT J III       CO       BATON     OTHER    BODY HOLD
========================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
OFFICER GRIMALDI ASSAULTED BY INMATE IRIZARRY DURING KEEP LOCK FEED-UP ON
A3.




========================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER GRIMALDI, AFTER BEING STRUCK, ATTEMPTS TO GRAB INMATE IN A BODY
HOLD TO PREVENT FURTHER ASSAULT BY INMATE.
RESPONDING OFFICER HARRIS ENTERS CELL AND STRIKES INMATE WITH CLOSED FIST
BLOWS TO THE HEAD/FACE OF INMATE, NUMEROUS STRIKES TO INMATE USING BOTH
HANDS.  OFFICER HARRIS THEN, USING BODY HOLDS WITH BOTH HANDS AROUND
THE COLLAR AREA, TAKES THE INMATE TO THE FLOOR AND HOLDS HIM.
RESPONDING OFFICER DAVIES ENTERS THE CELL AND STRIKES THE INMATE WITH
CLOSED FIST BLOWS TO THE HEAD AND UPPERBODY.  BATON USED BY C.O. DAVIES,
SEVERAL JABS WITH THE BATON TO THE UPPER BACK AREA OF THE INMATE.
OFFICER HARRIS APPLIES MECHANICAL RESTRAINTS BEHIND BACK OF INMATE.
========================================================================
```

=================================================================================
INMATE                          DIN     ETHNIC    ROLE
IRIZARRY, CHRISTOPHER      99A0222     HSP      PERP
=================================================================================
EXAMINERS  NAME                  TITLE              EXAM DATE   TIME
K. GIORGIANNI                    NURSE              07/26/09   12:20PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
DOWN TO SHORTS ASSESSMENT.  BLACK AND BLUE R-FOREHEAD, RED AND DISCOLORED
AREAS TO BACK OF HEAD L-SIDE.  CUT TO OUTER EDGE OF R-EYE APPROX. 3/8"
LONG.  SUPERFICIAL CUT BEHIND L-EAR.  L-SCAPULA AREA RED.  SEVERAL RED
MARKS GOING ACROSS L-UPPER ARM ABOVE ELBOW (BACK OF ARM).  R-FOREARM HAS
AN ABRASION IN THE BACK.  INMATE COMPLAINED OF JAW DISCOMFORT.  C/O SORE
NECK AND BACK.  INATE ABLE TO DRESS SELF WITH GOOD ROM WHILE DRESSING.
WHEN TALKING, DID NOT OPEN MOUTH FULLY.  INMATE ALLOW TO WASH BLOOD OFF.
NURSE REQUIRED ASSISTANCE WITH DRIED BLOOD FOR BETTER VISUAL OF INJURIES.
(REFER TO WRITTEN REPORT FOR CONTINUATION OF NARRATIVE....................)


=================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDIOTAPED? NO
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? YES
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED? YES
WAS INMATE SEEN BY MEDICAL? YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  MOVED TO: SHU 28
REPORTED BY: SGT    G. ROACH                          DATE: 07/26/09
REVIEWED BY: LT     J. HUFF                           DATE: 07/26/09
=================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
FORCE USED WAS APPROPRIATE AND WITHIN DEPARTMENTAL GUIDELINES AS DESCRIBED
IN THE USE OF FORCE REPORTS.


=================================================================================
SPT WILLIAM LAPE                                      08/04/09
SUPERINTENDENT                                        DATE

DIN:  99A0222  NYSID:  7816605Z  NAME:  IRIZARRY, CHRISTOPHER
CURRENT FACILITY:  630  SOUTHPORT    CURRENT HOUSING LOCATION:  0A-07-012
--------------------------------------------------------------------------
TIER 3  INCIDENT: 07/26/09 11:41 AM  CO   S GRIMALDI       COXSACKIE
      ADDITIONAL OFFICERS: SGT  J YUNG
      HEARING : 08/07/09 01:26 PM  CAPT RAYMOND           COXSACKIE
      APPEAL  :              PENDING
104.11 VIOLENT CONDUCT   104.13 CREATE DISTURB   100.11 ASSAULT ON STAFF
107.10 INTERFERENCE      106.10 DIRECT ORDER     107.11 HARASSMENT
109.12 MOVEMENT VIO.
24M     SHU          RECREATION  PACKAGE     SERVICE DTES 07/26/09 07/26/11
24M     COMMISSARY   PHONE                   SERVICE DTES 07/26/09 07/26/11
24M     GOOD TIME
--------------------------------------------------------------------------


                                              NEXT DIN:

<CURSOR + ENTER> INC DETAIL
<ENTER>     <PF3>  EXIT(FUNCT)      <PF7>  BACKWARD    <CLEAR>  EXIT(SYSTEM)

```
10/01/09                    INMATE TRANSFER SYSTEM                    KITSM31
15:53:59 C999N282      3.1. - CURRENT STATUS INQUIRY      REVIEW 0913004997
DIN: 99A0222   NAME: IRIZARRY, CHRISTOPHER           OWNING FAC: SOUTHPORT
------------------------- LOCATION: SOUTHPORT   --------------------------
SENDING FAC: 130 COXSACKIE   DATE: 08/13/09
REF. REASON: SHU TO SHU
SEC LVL: MAX 01  OMH LVL: 6  MED LVL: 3
TRANSFER CONSIDERATIONS:  OTHER
      ( SHU200 REFERRAL - SCREENED FOR DOUBLE CELL                        )
      (                                                                   )
EXPLANA-  ( INMATE WAS FOUND GUILTY ON 8/7/09 FOR VIOLENT CONDUCT,ASSAULT ON  )
TION FOR  ( STAFF,CREATING DISTURBANCE,HARRASSMENT,INTERFERENCE & DIRECT ORD- )
TRANSFER: ( ER. INMATE PUNCHED A CO SEVERAL TIMES IN THE HEAD WHILE CO WAS    )
          ( ATTEMPTING DO FEED UP IN CELL. 24 MOS.SHU.SHU RELEASE 7/26/11.    )
PRIORITY TRANSFER: YES              SPECIFIC FACILITY:
REV: _ BSA    _ HUB   _ TRL   C CLM   _ HS   _ MH   C SH   _ IG   _ DCCF
ANALYST REVIEW:
  DECISION:      A 17  08/13/09   APPROVAL SHU TO SHU
  SEC. CLASS:    01 MAX A   OMH SRVC LEVEL: 6   MEDICAL SRVC LEVEL: 3
  T.O. DATE:     08/13/09   FACILITY: SOUTHPORT     ANALYST: CCLMJWC
  TRANSFER HOLD:                              DATE:

T.O. CLOSED    08/24/09                                    OPTION:
<ENTER>  <PF3> EXIT(FUNCT)   <PF4> RETURN              NEXT DIN: _____
```

MESSAGE ID: 859247A    DATE: 10/02/09  TIME: 08:32am  PRIORITY: 000

SUBJECT:  ' Reply to CX-15319-09
*** Original Author:  999IGPJNA - Antonelli, John N.; 10/01/09 03:58pm

Good afternoon,

I am going to need statements from Officers Grimaldi and Davies
addressing the grievant's allegation of assault.

Thanks for the help.....CORC IS 10/21.....JOHN

*** Comments From: 130IGP - Killar, Ed; 10/02/09 08:32am
ok will put in a request to the Capt's office
E Killar

Sent to:    999IGPJNA          Antonelli, John N.          (io)



NYS DEPT. OF
CORRECTIONAL SERVICES
OCT 1 5 2009
RECEIVED
INMATE GRIEVANCE

Sent to
Capt.
10-2

AII: JOHN
Antonelli

CORC

```
*******************************************************************************
*** REQUESTOR: 999IGPJNA - Antonelli, John N.  Cen - Inmate Grievance    ***
*******************************************************************************
***                  S Y S M   O U T B A S K E T   P R I N T             ***

MESSAGE ID: 859247        DATE: 10/01/09  TIME: 03:58pm  PRIORITY: 000

SUBJECT:    CX-15319-09
Good afternoon,

I am going to need statements from Officers Grimaldi and Davies
addressing the grievant's allegation of assault.

Thanks for the help.....CORC IS 10/21.....JOHN

Sent to:    130IGP              Killar, Ed                    (to)
```

 CORC WORKSHEET

GRIEVANCE: _CV 15319-09_                                    IRIZARRY
CONTACT: _____10/1_____                                     9990222

CO GRIMALDI                          716 result
CO DAVIES
CO HARRIS ✓                          M/R INV
CO KING ✓                            k-e LAW
SGT YUNG ✓                           Kell recontable
CO FERNANDEZ ✓
LT HUFF ✓
CPT RAYMOND ✓

DC/
37
28/3
43 AS K DH I DO av

Zd

JAF

REVIEWER: _____



STATE OF NEW YORK
**DEPARTMENT OF CORRECTIONAL SERVICES**
**COXSACKIE CORRECTIONAL FACILITY**
COXSACKIE, NEW YORK 12051-0200
(518) 731-2781

GLENN S. GOORD
COMMISSONER

ISRAEL RIVERA
SUPERINTENDENT

## MEMORANDUM

TO: Lt. Huff

FROM: C.O. Fernandee

DATE: 8|31|09

SUBJ: Inmate Irizarry #99A0222

On 7/26/09 I C.O. Fernandee responded to A3.
I escorted Inmate Irizarry #99A0222 from his cell
to medical and SHU. During the escort I observed no
staff member assault or threaten Inmate Irizarry.

Respectfully Submitted

C.O. C.

C. Fernandz

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
**COXSACKIE CORRECTIONAL FACILITY**

WILLIAM R. LAPE
SUPERINTENDENT

MEMORANDUM

TO: Lt. Huff

FROM: C.O. M. Harris

DATE: 8/3/09

SUBJECT: Grievance Response Irizarry, C 99A0222

At no time did I go outside the scope
of my duties. I deny all allegations
against me. I struck this Inmate
with closed fists in the face and head.
I struck him because he refused to stop
punching officer Grimaldi in the head.
All necessary force was documented.

Respectfully submitted.

C.O. M. Harris

## MEMORANDUM

**TO:** Capt. J. Raymond

**FROM:** Lt. J. Huff

**DATE:** 9-5-09

**SUBJECT:** CX15319-09

Sir, I have investigated the following grievance 15319-09 submitted by inmate Irizarry 99A0222. I interviewed inmate Irizarry, he stated he had nothing to add to his grievance, the whole thing was a setup. Inmate had no witness at this time.

I interviewed the following staff, Officers Grimaldi, Davies, Harris, King, Fernandez and Sgt. Yung. All staff denied the allegations made by inmate Irizarry in his grievance. Staff stated that on 7-26-09 inmate Irizarry assaulted Officer Grimaldi during keep lock feed up. Inmate Irizarry was placed on keep lock due to his actions in the assembly by Sgt. Yung on 7-21-09. Force was used by Officers Grimaldi, Harris and Davies including the use of a baton to gain compliance of inmate Irizarry as inmate Irizarry was attempting to assault the Officers. Officers Grimaldi and Davies will follow up with a written statement as soon as possible.

Based in the information gathered during this investigation, I found nothing to substantiate inmate Irizarry's grievance. Inmate Irizarry was found guilty at a Tier 3 hearing for his actions on 7-26-09 including assault on staff. The disposition from the hearing is 24 months SHU, loss of recreation, packages, commissary, phone and good time. Force was used on inmate Irizarry by staff and was documented in uof #09-0039. Inmate Irizarry did submit this grievance following his hearing on 7-26-09.

Southport

State of New York
Department of Correctional Services
Coxsackie Correctional Facility

INMATE GRIEVANCE PROGRAM
Superintendent's Response

| Grievance No. | Date Filed |
|---|---|
| CX-15319-09 | 8/03/09 |

| Facility | Policy Designation |
|---|---|
| Coxsackie C.F. | I |

| Title of Grievance | Class Code |
|---|---|
| Allegations of staff assault | 49 |

Superintendent's/Designee's Signature    Date
Will Name    9/15/09

**Grievant: Irizarry, C.**    **DIN:# 99A0222**    **Housing Unit: SHU-28**

---

Staff denies all allegations of assaulting the grievant. The grievant was interviewed by a Lieutenant and provided no witnesses or additional information to his claims. The grievant was found guilty at a Tier III hearing for his actions on 7/26/09, including staff assault.

The grievance is denied.

**Appeal Statement**

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) working days from receipt of this notice to file your appeal. Please state why you are appealing this decision C.O.R.C.

I was never Interviewed by Any one Regarding this Complaint. And Being Found Guilty AT A Tier III Henring Doesn't have Any Thing to do with The FACT That I was Assualted by STAFF

Christophe Irizarry
Grievant's Signature

9-17-09
Date

Grievance Clerk's Signature

RECEIVED
Date  SEP 2 3 2009

## STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
### INMATE GRIEVANCE COMPLAINT
# COXSACKIE CORRECTIONAL FACILITY



**49**

Grievance No.

**CX-15319-09**

**Short Title** ___ALLEGATIONS OF STAFF ASSAULT___

**Date:** Monday, August 03, 2009

| **Name:** | IRIZARRY, C | **Dept. No.:** | 99-A-0222 | **Housing Unit:** SHU-2-8 |
|---|---|---|---|---|

**Program AM:** **PM:**

*(Please Print or Type - This for must be filed within 21 days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) :

# SEE ATTACHED COPY

Grievant
Signature:  Signature and Hand written original on file with I.G.R.C. Office

Inmate Grievance Resolution Committee clerk

Grievance Clerk: ___KILLAR___ Date: **RECEIVED** **8/3/2009**

Advisor Requested: ☐ YES ☐ NO Who: _____

Action requested by inmate:

This Grievance has been informally resolved as follows:

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)
Grievant
Signature: _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

# EXHIBIT
# D

| | STATE OF NEW YORK | Grievance Number<br>CX-15336-09 | Desig./Code<br>I/22 | Date Filed<br>8/10/09 |
|---|---|---|---|---|
|  | DEPARTMENT OF<br>CORRECTIONAL SERVICES | Facility<br>Coxsackie Correctional Facility | | |
| | | Title of Grievance<br>Need Medical Attention | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | | Director's Signature | | Date<br>10/7/09 |

10/7/09

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED

Upon full hearing of the facts and circumstances in the instant case, and upon recommendation of the Division of Health Services, the action requested herein is hereby denied. CORC upholds the determination of the Superintendent for the reasons stated.

Contrary to the grievant's assertions, CORC has not been presented with sufficient evidence to substantiate any malfeasance by staff. CORC notes that the grievant was involved in an appropriately documented Use of Force and Unusual Incident on 7/26/09, and that he received prompt medical attention.

CORC asserts that, consistent with Health Services Policy Manual Item #1.21 - Health Care Referrals, the Facility Health Services Directors (FHSD) have the sole responsibility for providing treatment to the inmates under their care. The FHSDs have the responsibility of determining what outside health referrals are needed by the target population. CORC notes that the grievant's knee was x-rayed on 8/3/09, with no fracture or other significant abnormalities indicated. CORC has been advised that the grievant was notified of the diagnostic results. CORC advises the grievant that the proper avenue to address medical concerns is via the sick call mechanism.

CORC notes that the grievant is not entitled to a second medical opinion solely upon request. CORC advises the grievant that he may request a second opinion from an outside provider of his choice by making the necessary arrangements and assuming financial responsibility as specified in HSPM #7.02.

CORC notes that Directive #4040, Section 701.1, states, in part, that the grievance program is not intended to support an adversary process.

CORC notes that the grievant has been transferred.

JA/sr

## COXSACKIE CORRECTIONAL FACILITY

CASE HISTORY AND RECORD

NYS DEPT OF
CORRECTIONAL SERVICES

SEP 1 5 2009

RECEIVED
INMATE GRIEVANCE

GRIEVANCE NO:**CX-15336-09**

NAME:**Irizarry, C.**

DIN NO:**99A0222**

TITLE:**Need Medical attention**

CODE:**22**                    INSTUTIONAL/DEPARTMENTAL:  **I**

DATE FILED:**8/10/09**

IGRC DATE:**8/20/09**

SUPERINTENDENT DATE:**9/01/09**

APPEAL DATE:**9/11/09** ·

INVESTIGATION:

    IGRC INVESTIGATION DATE:

    FACILITY POLICY:

    CAPTAIN DATE:

    SUPERVISOR DATE:**8/12/09**

    EMPLOYEE DATE:

    PRIOR C.O.R.C.:

    OTHER:

I.G.P. SUPERVISORS SIGNATURE:

**GRIEVANT NAME:Irizarry, C.**          DIN#99A0222

**GRIEVANCE NO:CX-15336-09**

**TITLE:Need Medical attention**

**DATE FILED: 8/10/09**

**GRIEVANCE CODE:22**

GRIEVANCE:Description of Problem: I am being denied my constitutional right to adequate medical care. I have a possible fractured left knee and I have received no treatment for it with the exception of motrin or tramodol. I sustained this injury on 7-26-09 while being brutally attacked and assaulted by correction officer Mark Harris. He twisted my leg and my knee snapped. I reported this injury to nurse K. Giorgianni and tried to explain to her how it happened but she refused to write down how it happened and she just jotted down in my medical report that I complained of pain in knees. Since I was admitted to the SHU I been complaining about my knee being broken and I put down for sick call several times. All they offered me were Moltrin. Moltrin is not going to fix a broken knee. I was seen by doctor Miller last week. He examined mw and put me down for x-rays. I took x-rays Monday and I still didn't hear anything. My knee is damaged and I am going through excruciating pain in this cell. I need to be seen by a Doctor in a outside hospital.

ACTION REQUESTED:That I am seen by outside Doctor for second opinion. That I receive medical treatment for my knee. That if I am crippled behind this facilities failure to give me medical treatment that all parties involved responsible be held liable.

I.G.R.C. RESPONSE:Accepted to the extent that: As per investigation inmate Irizarry was examined by the Doctor on 7/27/09 and 8/03/09. Some swelling was noted to his left knee and he was ordered Ultram to address his pain, and X-ray was completed on 8/03/09 and showed no fracture or other significant abnormalities. He was notified of the results of the X-ray when the report was returned to the medical department. As per this office inmate Irizarry received the attention he needed. If the pain or problem continue, inmate is advised to go back to sick call and have it checked out.

SUPERINTENDENT'S RESPONSE:The grievant was examined by the doctor on 7/27/09 and 8/03/09 and Ultram was ordered for some swelling on his left knee He also received an X-ray on 8/03/09 and was notified that it showed no fracture or other significant abnormalities. The grievant is receiving appropriate medical care. The grievance is denied.

APPEAL STATEMENT:I did not receive adequate medical care. After X-ray left knee was still swollen and still is. Cannot bend all the way and still feeling pain, was never notified of results of X-ray.

Response of IGRC:

Excepted to the extent that: As per investigation Inmate Irizarry was examined by the Doctor on 7/27/09 and 8/3/09. Some swelling was noted to his left knee and he was ordered Ultram to address his pain, and X-Ray was completed on 8/3/09 and showed no fracture or other significant abnormalities. He was notified of the results of the X-Ray when the report was returned to the medical department. As per this office Inmate Irizarry received the attention he needed. If the pain or problem continue, Inmate is advised to go back to sick call and have it checked out.

*WAS Transferred on 8-21-09*
*To Southport Cause of delay*

Date returned to Inmate: __AUG 20 2009__          IGRC Member: _____

Chairperson: _____

*Return within 7 days and check appropriate boxes.*

[✓] I disagree with IGRC response and wish to appeal to the Superintendent.

[ ] I have reviewed deadlocked responses. Pass-Thru to Superintendent.

[ ] I agree with IGRC response and wish to appeal to the Superintendent.

[ ] I apply to the IGP Supervisor for review of dismissal.

[ ] I agree with IGRC response and do not wish to appeal.

Signed: _____
Grievant

__8-26-09__
Date

HEARING DATE
**AUG 20 2009**

_____
Grievance Clerk's Receipt

AUG 31 2009
Date

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: _____
Date:

Grievance forwarded to the Superintendent for action: _____
Date:

* An exception to the time limit may be requested under Directive #4040, section 701. 6(g).



GRIEVANCE COMPLAINT | CX-15336-09

COXSACKI

? HRISTOPHER IRIZARRY 99A0002 RECEIVED    SHU 28 CEll
I.G.R.C. Clerk
AUG 10 2009    DATE: 8-7-09

DESCRIPTION OF INCIDENT, I AM being denied my Constitutio
al Right to Adequate medical care. I have A possible
2ACTURED Left Knee AND I have Received No Treatment,
or it with the Exception of Motrin or Tramadol, I Sustained
is injury on 7-26-09 while being brutally Attacked And
ssualted by Corrections officer MARK HARRIS. He Twisted
v Leg and my Knee Snapped. I Reported this injury to Nurse
: Giorgianni AND Tryed to Explain to Her How it happened
IT she Refused to write down How it happened and She Just
TTEO "Down on my medical report that I Complained Of
AIN IN Knees. Since I was Admitted to the SHU I Been
omplaining About my Knee being broken and I put down
or Sick Call Several Times. All They offered me were
1oLTRIN. MOLTRIN is Not Going to Fix A Broken Knee.
· was Seen by doctor miller LAST Week. He Examined
IE AND PUT ME down For X-RAYs. I Took X-RAys Monday
nd i STIll didn't hear Anything. My Knee is damaged and
· Am Going through Excruciating Pain in This Cell.
: NEED to Be Seen By A Doctor in A outside hospital

Chistrang    Advisor Requested  yes ☑

ACTION Requested by INMATE    Who: Nurse administrator

That I am Seen by outside doctor for second
Oinion. That I Receive medical treatment For my
inee. That IF I Am CRippled behind This Facilitys
il ure to Give me medical treatment that All parties !
nvolved Responsible he held Liable.

OU

State of New York
Department of Correctional Services
Coxsackie Correctional Facility

INMATE GRIEVANCE PROGRAM
Superintendent's Response

Grievance No.
**CX-15336-09**

Date Filed
**8/10/09**

Facility
**Coxsackie C.F.**

Policy Designation
**I**

Title of Grievance
Need Medical attention

Class Code
**22**

Superintendent's/Designee's Signature    Date
*Will Ridge*    9/1/09

Grievant: Irizarry, C.       DIN:# 99A0222       Housing Unit: SHU-28

---

The grievant was examined by the doctor on 7/27/09 and 8/3/09 and Ultram was ordered for some swelling on his left knee. He also received an X-ray on 8/3/09 and was notified that it showed no fracture or other significant abnormalities. The grievant is receiving appropriate medical care.

The grievance is denied.

Appeal Statement
If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) working days from receipt of this notice to file your appeal. Please state why you are appealing this decision.C.O R.C.

I did not Receive adequate medical CARe. After X-Ray Left Knee was Still Swollen and Still is. Cannot bend all the way and STill feeling PAin. was never Notified of results of x-r

Christopher Irizarry
Grievant's Signature

9-8-09
Date

---

Grievance Clerk's Signature

RECEIVED
Date   SEP 11 2009

treatment plan.

▬▬▬▬▬ - ▬▬▬▬ - ▬▬▬▬--UPhold Supt response. Hospital's are
required to meet health standards and codes of cleaniless and safety
however corrections has no jurisdiction over the hospital operations.

▬▬▬▬▬ - ▬▬▬▬ - ▬▬▬▬-Has Dermatology appt scheduled for 10/6.

▬▬▬ ▬▬▬ ▬▬▬▬ ▬▬▬▬--Uphold supt response. A stress test is
being scheduled and an MRH was done on 9/30/09. Started on Zoloft
after being seen by OMH. May request second opinion by using HSPolicy
#7.2.                               9/3

CX--15336--Irizarry--99a0222--xray 1 knee on 8/11 showed sm joint effus
ion 1 knee.  no fx, Report received on 8/11.  on 8/10 was notified ofk
L knee results and seen at sick call on 8/12/09.

▬▬▬▬▬-- ▬▬▬▬, ▬▬▬▬-transferred to SPT.  UPhold Ssupt respons
e.  On 8/18  urine sent.  Refused to sign form for refusal but refused
wt and Vs on 8/7,8/6.8/5,8/4.....refused call out on 8/6/09..
uphold Supt response.

▬▬▬▬▬ - ▬▬▬▬ - ▬▬▬▬-Trasferred to SPT.  Seen 8/25/09 by
PA for R shoulder pain at SPT.

Sent to:   GRIEVANCE            <list>                    (to)

G.M
59B pvcn

EILEEN DiNISPO

55B
QJD
OPl

37

TRF

ISPS KILLAR

CX 15319 pvdy3 @ COAC
re assault ...

```
  10/06/09 CIGRJNA          HEALTH SERVICES SYSTEM               KHSCM41
  11:33:15 C999N282         4.1 - REFERRAL HISTORY    ALL - REFERRALS
  DIN: 99A0222 NAME: IRIZARRY, CHRISTOPHER    NYSID: 7816605Z DOB: 04/29/1978
  OWN FAC: SOUTHPORT    CUR FAC: SOUTHPORT    CUR LOC: 0A-07-012
  MEDICAL HOLD: *NONE                                   NO. OF REFERRALS:  25
     REFERRAL REFERRING                 URG  REF                    REFERRAL
  A   DATE    FACILITY      TOS   POS   LVL  TYP    STATUS           NUMBER
  _ 09/21/09 SOUTHPORT      ACC SOUTHPORT CF ASGN INIT SCHD 03/01/10 09429066.01
  _ 09/21/09 SOUTHPORT      ACC              ASGN INIT *SEEN-NOT SCH 09429057.01
  _ 08/25/09 SOUTHPORT      LAB SOUTHPORT CF ROUT INIT SEEN 09/17/09 09386505.01
  _ 07/27/09 COXSACKIE      XSK COXSACKIE RMU SOON INIT SEEN 08/03/09 09338652.01
  _ 06/11/09 COXSACKIE      PRI              ASGN INIT *TRANSFERRED* 09265490.01
  _ 05/28/09 COXSACKIE      PRI COXSACKIE CF SOON INIT SEEN 06/11/09 09240300.01
  _ 03/02/09 CLINTON ANNX NRS.              ASGN INIT *TRANSFERRED* 09095746.01
  _ 08/11/08 CLINTON GEN   PRI CLINTON CF   ROUT INIT SEEN 09/03/08 08348083.01
  _ 07/14/08 CLINTON GEN   NRS CLINTON CF   URG  F/UP SEEN 07/16/08 08302160.01
  _ 06/26/08 CLINTON GEN   NRS CLINTON CF   ROUT INIT SEEN 07/14/08 08276946.01
  _ 01/18/08 CLINTON GEN   NSV CLINTON CF   ROUT INIT SEEN 01/25/08 08027703.01
  _ 11/03/07 CLINTON GEN   OPO CLINTON CF   ASGN INIT SEEN 12/11/07 07439421.01M
  ACTIONS: X SELECT O OVERVW A APPTS
                               Q PRNT FORM   TOS: ___ NEXT DIN: _____
                                                       OPTION: _____
  <ENTER>  <CURSOR+ENTER> SELECT  <PF3> EXIT  <PF6> ACT REFERRALS <PF7> BACKWARD
  <PF8> FORWARD <PF9> CCP REFERRALS
```

```
10/06/09 CIGRJNA              HEALTH SERVICES SYSTEM                  KHSCM4W
11:31:01 C999N282         4.5.2 - REFERRAL OVERVIEW - II
DIN: 99A0222 NAME: IRIZARRY, CHRISTOPHER      NYSID: 7816605Z DOB: 04/29/1978
OWN FAC: SOUTHPORT     CUR FAC: SOUTHPORT      CUR LOC: 0A-07-012
REFERRAL NO.: 09338652.01   INITIAL
REASON FOR CONSULTATION:   N MAIL  N FAX       USER: 08/03/09 10:40A  C130JML
( LEFT KNEE FOR C/O PAIN FOLLOWING ALTERCATION; R/O FRACTURE              )
( _____ )
( _____ )
( _____ )
( _____ )
DECISION COMMENTS:
( _____ )
( _____ )
( _____ )
APPOINTMENT COMMENTS:                         USER: 08/03/09 01:40P  C130KSD
( _____ )
( _____ )
POST-CLINIC COMMENTS:                         USER: 08/11/09 07:15A  C130S3M
( LEFT KNEE XRAY COMPLETED-CD                                             )
(   REPORT REC 8/11/09                                           .        )
                                                   NEXT REF: _____ __
                                                     OPTION: __ __
<ENTER> <PF3> EXIT <PF6> OVERVIEW-I <PF10> APPT(REF) <PF11> APPT(DIN) <CLEAR>
```

COXSACKIE                            FAC CODE 130 · FAC LOG# 090065      CCC# 210360

                              UF LOG# 090039

INCIDENT DATE   07/26/09  TIME 11:41 AM  LOCATION  CELL          0A 03 38S

TELEPHONE DATE· 07/26/09  TIME 03:14 PM

     PERSON CALLING       LT    J. HUFF
     PERSON RECEIVING     CAPT  JEREMY KNAPP

REPORT DATE     07/31/09    PERSON REPORTING EMP    SHERRIE L. CISLER

     USE OF FORCE  YES     WEAPON USED  YES

************************************************************************************

ASSAULT                     (02) 03     STAFF USE OF WEAPONS    (20) 05
ON STAFF - SECURITY                     BATON

************************************************************************************

DESCRIPTION:

    ON 7-26-09 AT APPROXIMATELY 11:41 AM AS OFFICER GRIMALDI OPENED INMATE
IRIZARRY'S 99A0222 CELL GATE A3 38, TO GIVE INMATE IRIZARRY A KEEPLOCK
TRAY, INMATE IRIZARRY PUNCHED OFFICER GRIMALDI IN THE FACE WITH HIS CLOSED
RIGHT FIST. OFFICER GRIMALDI ATTEMPTED TO DEFEND HIMSELF USING BODY HOLDS,
INMATE IRIZARRY CONTINUED TO PUNCH OFFICER GRIMALDI WITH BOTH FIST STRIKING
OFFICER GRIMALDI IN THE HEAD AND FACE. OFFICER DAVIES ACTIVATED HIS PAS
AND RESPONDED TO A3 38 CELL. OFFICER DAVIES THEN ATTEMPTED TO USE BODY
HOLDS ON INMATE IRIZARRY GIVING INMATE IRIZARRY ORDERS TO STOP. INMATE
IRIZARRY FAILED TO COMPLY. INMATE IRIZARRY THEN STRUCK OFFICER DAVIES
IN THE RIGHT EYE WITH A CLOSED RIGHT FIST, OFFICER DAVIES PUNCHED INMATE
IRIZARRY WITH BOTH FISTS 5-6   TIMES IN THE HEAD AND UPPER BODY.
INMATE IRIZARRY CONTINUED TO PUNCH AND KICK. OFFICER DAVIES THEN STRUCK
INMATE IRIZARRY 3 TO 4 TIMES WITH A BATON IN THE UPPER BODY. OFFICER HARRIS
PUNCHED IRIZARRY 6-7 TIMES IN THE HEAD/FACE  WITH BOTH FISTS, MECHANICAL
RESTRAINTS WERE APPLIED ON IRIZARRY BY OFFICER HARRIS AS INMATE COMPLIED.


************************************************************************************

EVENTS CAUSING:

ON THE ABOVE DATE AND TIME, AS C.O. GRIMALDI OPENED INMATE IRIZARRY'S CELL
GATE (A-3-38), INMATE IRIZARRY PUNCHED C.O. GRIMALDI IN THE FACE WITH HIS
CLOSED RIGHT FIST.

************************************************************************************

COXSACKIE                          FAC CODE 130    FAC LOG# 090065    CCC# 210360

                                UF LOG# 090039

INCIDENT DATE    07/26/09   TIME 11:41 AM   LOCATION  CELL          0A 03 38S

     USE OF FORCE   YES      WEAPON USED   YES

*****************************************************************************************

ACTION TAKEN:
     INMATE IRIZARRY ESCORTED TO MEDICAL, EXAMINED BY MEDICAL INJURIES NOTED
  BRUISE RIGHT SIDE OF FOREHEAD, 3/8" LACERATION EDGE OF RIGHT EYE,
  SUPERFICIAL CUT BEHIND LEFT EAR, ABRASION RIGHT FOREARM.COMPLAINS OF PAIN
  HEAD AND BACK.CO DAVIES EXAMINED BY MEDICAL, SMALL LACERATION AND BRUISING
  RIGHT EYE. DAVIES RELIEVED OF DUTY, FOLLOWUP WITH AMCH EMERGENCY ROOM.
  OFFICER GRIMALDI EXAMINED BY MEDICAL, BRUISE RIGHT EYE, COMPLAINS OF PAIN
  LEFT ELBOW, LEFT SIDE OF FACE. RELIEVED OF DUTY TO FOLLOWUP WITH DOCTOR.
  OFFICER HARRIS EXAMINED BY MEDICAL, COMPLAINS OF PAIN RIGHT THUMB,
  LACERATION LEFT KNUCKLES. REMAINED ON DUTY. PHOTOS TAKEN OF INMATE AND
  INVOLVED STAFF. INMATE IRIZARRY PLACED IN SHU 28 CELL WITHOUT INCIDENT.
  PHOTOS AND PAPERWORK SUBMITTED. SGT. ROACH RESPONDED TO INCIDENT AND IS
  INVESTIGATING. NOTIFICATIONS: OD STWD. STICKLES,DSS MARTUSCELLO, SUPT.
  LAPE, CCC CAPT. SIGNOR, NYSP BCI. OFFICER DAVIES BATON PLACED IN EVIDENCE
  BY SGT. ROACH.



*****************************************************************************************

MEDICAL REPORT:

  REFER TO UOF #09-0065 FOR INMATE MEDICAL REPORT.



*****************************************************************************************

PROPERTY DAMAGE:

  N/A



*****************************************************************************************

NOTIFICATION (FAMILY):

  N/A

COXSACKIE                        FAC CODE I30    FAC LOG# 090065    CCC# 210360

                                 UF LOG# 090039

INCIDENT DATE    07/26/09  TIME II:41 AM  LOCATION  CELL        0A 03 38S

        USE OF FORCE  YES      WEAPON USED  YES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTIFICATION (POLICE/OTHER):
CCC-CAPT. SIGNOR, OD-STEWARD STICKLES, DSS MARTUSCELLO, SUPT. LAPE,
NYSP BCI.



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                              INMATE INFORMATION:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRIZARRY, CHRISTOPHER                    99A0222  DOB 04/29/I978 ETHNIC - HISPANIC

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|
| ASSAULT·    - ON STAFF-SEC | PERP | BODY USE | BATON | LACERATION |
| STF WEAPONS  - BATON | PERP | BODY USE | | |



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                              EMPLOYEE INFORMATION:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GRIMALDI, STEVEN A              CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ASSAULT      - ON STAFF-SEC | BODY HOLD | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROACH, GLENN W                  SGT

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ASSAULT      - ON STAFF-SEC | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HARRIS, MARK A                  CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ASSAULT      - ON STAFF-SEC | OTHER | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COXSACKIE                        FAC CODE 130    FAC LOG# 090065    CCC# 210360

                                UF LOG# 090039

INCIDENT DATE    07/26/09  TIME 11:41 AM  LOCATION  CELL        0A 03 38S

      USE OF FORCE   YES      WEAPON USED  YES

**********************************************************************************
                        EMPLOYEE INFORMATION:
**********************************************************************************
DAVIES, ROBERT J III            CO

      GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
      ASSAULT      - ON STAFF-SEC             BATON
      STF WEAPONS  - BATON

**********************************************************************************


      SPT WILLIAM LAPE                                    08/04/09
      SUPERINTENDENT                                      DATE

==================================================================================
INMATE                        DIN     ETHNIC   ROLE                      .
IRIZARRY, CHRISTOPHER      99A0222   HSP      PERP
==================================================================================
STAFF INVOLVED               TITLE    FORCE1    FORCE2      FORCE3      DEGREE

GRIMALDI, STEVEN A            CO     BODY HOLD                          ◾◾◾

HARRIS, MARK A                CO      OTHER    MECH RESTR               ◾◾◾

DAVIES, ROBERT J III          CO      BATON     OTHER     BODY HOLD    ◾◾◾
==================================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
OFFICER GRIMALDI ASSAULTED BY INMATE IRIZARRY DURING KEEP LOCK FEED-UP ON
A3.

==================================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER GRIMALDI, AFTER BEING STRUCK, ATTEMPTS TO GRAB INMATE IN A BODY
HOLD TO PREVENT FURTHER ASSAULT BY INMATE.
RESPONDING OFFICER HARRIS ENTERS CELL AND STRIKES INMATE WITH CLOSED FIST
BLOWS TO THE HEAD/FACE OF INMATE, NUMEROUS STRIKES TO INMATE USING BOTH
HANDS.  OFFICER HARRIS THEN, USING BODY HOLDS WITH BOTH HANDS AROUND
THE COLLAR AREA, TAKES THE INMATE TO THE FLOOR AND HOLDS HIM.
RESPONDING OFFICER DAVIES ENTERS THE CELL AND STRIKES THE INMATE WITH
CLOSED FIST BLOWS TO THE HEAD AND UPPERBODY.  BATON USED BY C.O. DAVIES,
SEVERAL JABS WITH THE BATON TO THE UPPER BACK AREA OF THE INMATE.
OFFICER HARRIS APPLIES MECHANICAL RESTRAINTS BEHIND BACK OF INMATE.
==================================================================================

```
UNS571          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
10/01/09                          USE OF FORCE REPORT
15:40:46                 COXSACKIE                         UF LOG NO. 090039.00
                   INCIDENT DATE 07/26/09  TIME 11:41AM    UI CCC NO. 210360
GEN LOC. 03 CELL          SPEC LOC. 0A-03-38S              CB LOG NO.
============================================================================
INMATE                          DIN      ETHNIC    ROLE
IRIZARRY, CHRISTOPHER      99A0222   HSP      PERP
============================================================================
EXAMINERS   NAME                   TITLE           EXAM DATE   TIME
K. GIORGIANNI                      NURSE           07/26/09   12:20PM
```

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
DOWN TO SHORTS ASSESSMENT.  BLACK AND BLUE R-FOREHEAD, RED AND DISCOLORED
AREAS TO BACK OF HEAD L-SIDE.  CUT TO OUTER EDGE OF R-EYE APPROX. 3/8"
LONG.  SUPERFICIAL CUT BEHIND L-EAR.  L-SCAPULA AREA RED.  SEVERAL RED
MARKS GOING ACROSS L-UPPER ARM ABOVE ELBOW (BACK OF ARM).  R-FOREARM HAS
AN ABRASION IN THE BACK.  INMATE COMPLAINED OF JAW DISCOMFORT.  C/O SORE
NECK AND BACK.  INATE ABLE TO DRESS SELF WITH GOOD ROM WHILE DRESSING.
WHEN TALKING, DID NOT OPEN MOUTH FULLY.  INMATE ALLOW TO WASH BLOOD OFF.
NURSE REQUIRED ASSISTANCE WITH DRIED BLOOD FOR BETTER VISUAL OF INJURIES.
(REFER TO WRITTEN REPORT FOR CONTINUATION OF NARRATIVE...................)

```
============================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDIOTAPED? NO
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? YES
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED? YES
WAS INMATE SEEN BY MEDICAL? YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  MOVED TO: SHU 28
REPORTED BY: SGT   G. ROACH                            DATE: 07/26/09
REVIEWED BY: LT    J. HUFF                             DATE: 07/26/09
============================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
FORCE USED WAS APPROPRIATE AND WITHIN DEPARTMENTAL GUIDELINES AS DESCRIBED
IN THE USE OF FORCE REPORTS.
```

```
============================================================================
```

SPT WILLIAM LAPE                                      08/04/09
SUPERINTENDENT                                        DATE

```
     09/06/09  C130JWH              DISCIPLINARY SYSTEM                 KDCPM40
     08:21:08  C130N078         130    COXSACKIE                        PAGE    1
                             DISCIPLINARY INCIDENT SUMMARY     MANUAL RECS ?

  DIN:  99A0222   NYSID:  7816605Z  NAME:  IRIZARRY, CHRISTOPHER
  CURRENT FACILITY:  630  SOUTHPORT     CURRENT HOUSING LOCATION:  0A-07-012
  ------------------------------------------------------------------------
  TIER 3  INCIDENT: 07/26/09 11:41 AM  CO    S GRIMALDI         COXSACKIE
       ADDITIONAL OFFICERS: SGT  J YUNG
              HEARING : 08/07/09 01:26 PM  CAPT RAYMOND          COXSACKIE
       APPEAL  :            PENDING
     104.11 VIOLENT CONDUCT    104.13 CREATE DISTURB , 100.11 ASSAULT ON STAFF
     107.10 INTERFERENCE       106.10 DIRECT ORDER      107.11 HARASSMENT
     109.12 MOVEMENT VIO.
     24M   SHU           RECREATION  PACKAGE     SERVICE DTES 07/26/09 07/26/11
     24M   COMMISSARY    PHONE                   SERVICE DTES 07/26/09 07/26/11
     24M   GOOD TIME
  ------------------------------------------------------------------------


                                                       NEXT DIN:

  <CURSOR + ENTER> INC DETAIL
  <ENTER>    <PF3>  EXIT(FUNCT)      <PF7>  BACKWARD    <CLEAR>  EXIT(SYSTEM)
```

## MEMORANDUM

**To:**       IGRC

**From:**   V. Baldwin, NA1

**Date:**   8/12/09

**Grievance:**   CX-15336-09      Inmate Name: C. Irizarry      DIN: 99A0222

In this grievance, inmate Irizarry states he fractured his left knee during an altercation on 7/26/09 and tried to explain this to Nurse Giorgianni, but she did not document exactly what inmate Irizarry told her, documenting instead that he complained of pain in his knees. Inmate Irizarry says he's complained of knee pain several timed but he's only being offered Motrin. He was seen by Dr. Miller and had x-rays done of his knee, but he hasn't heard anything. Inmate Irizarry wants to be seen by an outside doctor for a second opinion, and that he receive treatment for his knee.

During the post-altercation examination, Nurse Giorgianni documented all the injuries noted on inmate Irizarry's body and his complaints, which did not include an injury to his left knee. During the SHU admit exam, Nurse Pleines documented that inmate Irizarry was walking and yelling in his cell such that she could not complete the examination because he would not cooperate with her.

Inmate Irizarry was examined by Dr. Miller on 7/27/09 and on 8/03/09. Some swelling was noted to his left knee and he was ordered Ultram to address his pain. An x-ray was completed on 8/03/09 and showed no fracture or other significant abnormalities. He was notified of the results of the x-ray when the report was returned to the Medical Department.

This grievance is without merit and frivolous.

FORM 2131 (5/88):

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES**
**INMATE GRIEVANCE COMPLAINT**
**COXSACKIE CORRECTIONAL FACILITY**



Grievance No.

**CX-15336-09**

**Short Title** REQUEST MEDICAL ATTENTION FOR KNEE INJURY

Date: Monday, August 10, 2009

**Name:** IRIZARRY, C          **Dept. No.:** 99-A-0222          **Housing Unit:** SHU-2-8

Program AM: _____          PM: _____

*(Please Print or Type - This for must be filed within 21 days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) :

## SEE ATTACHED COPY

Grievant
Signature:          Signature and Hand written original on file with I.G.R.C. Office

Inmate Grievance Resolution Committee clerk

Grievance Clerk: _____          Date: RECEIVED   8/10/2009

Advisor Requested:     ☐ YES   ☐ NO     Who: _____

Action requested by inmate:

This Grievance has been informally resolved as follows:

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)
Grievant
Signature: _____          Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

# EXHIBIT E

| GRIEVANCE | LASTNAME | DIN | FILED | TITLE | DISPO | Reviewer |
|---|---|---|---|---|---|---|
| A-45277-03 | IRIZARRY | 99A0222 | 6/16/03 | Moved To SHU - Property Missing | 7/30/03 | TV |
| GH-60819-06 | IRRIZARRY | 99A0222 | 11/1/06 | Verbal Abuse | 12/27/06 | JD |
| GH-62048-07 | IRIZARRY | 99A0222 | 3/16/07 | Threats By CO And Sergeant | 5/2/07 | RE |
| GH-62105-07 | IRIZARRY | 99A0222 | 3/26/07 | Dismiss Misbehavior Report | 6/6/07 | RJ |
| GH-62106-07 | IRRIZARRY | 99A0222 | 3/26/07 | Tried To Trip | 6/20/07 | RJ |
| CX-15320-09 | IRIZARRY | 99A0222 | 8/3/09 | Unprofessional Conduct | 9/9/09 | TC |
| CX-15336-09 | IRIZARRY | 99A0222 | 8/10/09 | Need Medical Attention | 10/7/09 | JA |
| CX-15319-09 | IRIZARRY | 99A0222 | 8/3/09 | Staff Assault | 10/21/09 | JA |

# EXHIBIT F

# EXHIBIT F -- ESCORT VIDEOTAPE

Filed with the Court conventionally via U.S. mail,
and sent to the Inmate Records Office at Plaintiff's
Facility for his review in opposing this motion.

# EXHIBIT
# G














# EXHIBIT
# H

# EXHIBIT H -- MEDICAL RECORDS

Filed separately.