UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER IRIZARRY,

          *Plaintiff*,

-against-

S. CORKNARD; ROBERT DAVIES III; DIXON; FERNANDEZ; K. GIORGIANNI; STEVEN GRIMALDI; MARK HARRIS; J. PLIENS; SGT. ROACH; JASON T. YUNG,

          *Defendants*.

**DECLARATION**

10-CV-1022

MAD/DRH

---

  Jason Yung, on the date noted below and pursuant to §1746 of title 28 of the United States Code, declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

  1. I am employed by the New York State Department of Correctional and Community Supervision ("DOCCS") as a sergeant at Cayuga Correctional Facility.

  2. I am a defendant in the above-captioned action and submit this declaration in support of defendants' motion for summary judgment.

  3. I worked at Southport Correctional Facility from December 8, 2011 until February 6, 2012 while awaiting transfer to my permanent position at Cayuga Correctional Facility.

4. The name of an inmate named Isaac Dozier is not familiar to me. If I ever met, or heard of this inmate, I have no memory of it.

5. I was not aware of the existence of any inmate witnesses in this case, other than the plaintiff, until March 6, 2012 when I was informed of the submission of an affidavit by inmate Isaac Dozier accusing me of witness tampering and retaliation.

6. Other than informing my supervisor that my deposition was being conducted in this case on January 30, 2012, I never spoke to anyone at Southport about this case.

7. To my knowledge no other officers at Southport even know about the existence of this case or the subject matter involved.

8. Additionally, upon learning that Mr. Dozier alleges that I was somehow involved in him being falsely accused of wrongdoing on his gallery on January 15, 2012, I checked my calendar to see where I was working at Southport that day. On that date I worked C Block recreation from 6:30 a.m. to 2:30 p.m.

9. Therefore, the allegations made against me by Mr. Dozier, both directly and impliedly, in paragraphs 40 through 43 are false and I deeply resent false allegations of such a serious nature being alleged against me in a publically-available court document.

Dated: March 7, 2012
Moravia, New York

s/ *Jason Yung*
_____
Jason Yung